```
              UNITED STATES BANKRUPTCY COURT
            FOR THE DISTRICT OF MASSACHUSETTS
                      WESTERN DIVISION
```

In re

Jacalyn S. Nosek
    Debtor
_____
                                              }
Jacalyn S. Nosek                }        Chapter 13
    Plaintiff                  }        Case No. 02-46025-JBR
                                              }
v.                                                 }        Adversary Proceeding
                                              }        Case No. 04-04517-JBR
Ameriquest Mortgage Company  }
    Defendant                  }
_____}

```
      ANSWER OF DEFENDANT, AMERIQUEST MORTGAGE COMPANY,
         TO COMPLAINT FOR ADVERSARY PROCEEDING OF
                PLAINTIFF, JACALYN S. NOSEK
```

To The Honorable Joel B. Rosenthal:

```
                        INTRODUCTION
```

    DEFENDANT, AMERIQUEST MORTGAGE COMPANY (HEREINAFTER "DEFENDANT"), HEREBY ANSWER THE COMPLAINT OF JACALYN S. NOSEK, (HEREINAFTER "PLAINTIFF") AS FOLLOWS:

```
                          PARTIES
```

1.   The Defendant admits the allegations contained in paragraph 1 based upon information and belief.

2.   The Defendant admits the allegations contained in paragraph 2.

```
              ALLEGATIONS COMMON TO ALL COUNTS
```

3.   The Defendant admits the allegations contained in paragraph 3.

4.   The Defendant is without sufficient knowledge or information to admit or deny the allegations in

1

      paragraph number 4 of the Plaintiff's complaint and call upon Plaintiff to prove same.

5. The Defendant admits the allegations contained in paragraph 5.

6. The Defendant denies the allegations contained in paragraph 6.

7. The Defendant denies the allegations contained in paragraph 7.

8. The Defendant admits the allegations contained in paragraph 8.

9. The Defendant admits the allegations contained in paragraph 9.

10. The Defendant admits the allegations contained in paragraph 10.

11. The Defendant denies the allegations contained in paragraph 11 as stated.

12. The Defendant denies the allegations contained in paragraph 12.

13. The Defendant denies the allegations contained in paragraph 13.

14. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 14 and call upon Plaintiff to prove same.

15. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 15 and call upon Plaintiff to prove same.

16. The Defendant denies the allegations contained in paragraph 16.

17. The Defendant denies the allegations contained in paragraph 17.

18. The Defendant admits the allegations contained in paragraph 18.

19. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 19 and call upon Plaintiff to prove same.

20. The Defendant denies the allegations contained in paragraph 20.

21. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 21 and call upon Plaintiff to prove same.

22. The Defendant admits the allegations contained in paragraph 22.

23. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 23 and call upon Plaintiff to prove same.

24. The Defendant denies the allegations contained in paragraph 24.

25. The Defendant denies the allegations contained in paragraph 25.

26. The Defendant denies the allegations contained in paragraph 26 and is without sufficient information to admit or deny the allegations contained in "Exhibit 3" and call upon Plaintiff to prove same.

27. The Defendant denies the allegations contained in paragraph 27.

28. The Defendant denies the allegations contained in paragraph 28.

29. The Defendant denies the allegations contained in paragraph 29.

30. The Defendant denies the allegations contained in paragraph 30.

31. The Defendant admits the allegations contained in paragraph 31.

32. The Defendant denies the allegations contained in paragraph 32.

33. The Defendant admits the allegations contained in paragraph 33.

34. The Defendant admits the allegations contained in paragraph 34.

35. The Defendant denies the allegations contained in paragraph 35.

36. The Defendant denies the allegations contained in paragraph 36.

37. The Defendant admits the allegations contained in paragraph 37.

38. The Defendant admits the allegations contained in paragraph 38.

39. The Defendant admits the allegations contained in paragraph 39.

40. The Defendant denies the allegations contained in paragraph 40.

41. The Defendant admits the allegations contained in paragraph 41.

42. The Defendant admits the allegations contained in paragraph 42.

43. The Defendant denies the allegations contained in paragraph 43.

44. The Defendant admits the allegations contained in paragraph 44.

## COUNT I
## TRUTH IN LENDING ACT

45. The Defendant repeats and reallege their answers to paragraphs 1 through 44 above and incorporate them herein by reference.

46. The Defendant admits the allegations contained in paragraph 46.

47. The allegations contained in paragraph 47 are allegations of law to which no response is required and none is given. To the extent that the allegations contained in paragraph 47 are intended to allege any liability or wrongdoing against the Defendants, they are denied.

48. The Defendant denies that the interest rates charged by Ameriquest do not comport with the Terms of the Note. The Defendant admits the remainder of paragraph 48.

49. The Defendant denies the allegations contained in paragraph 49.

50. The Defendant denies the allegations contained in paragraph 50.

51. The Defendant denies the allegations contained in paragraph 51.

52. The allegations contained in paragraph 52 are allegations of law to which no response is required and none is given. To the extent that the allegations contained in paragraph 52 are intended to allege any liability or wrongdoing against the Defendants, they are denied.

    WHEREFORE the Defendant requests judgment in their favor plus costs and such further relief as the Court deems just and proper.

## COUNT II
## QUALIFIED WRITTEN REQUEST UNDER RESPA

53. The Defendant repeats and reallege their answers to paragraphs 1 through 52 above and incorporate them herein by reference.

54. The Defendant denies the allegations contained in paragraph 54.

55. The Defendant denies the allegations contained in paragraph 55.

5

WHEREFORE the Defendant requests judgment in their favor plus costs and such further relief as the Court deems just and proper.

## COUNT III
## MGL c. 93A, §§2 and 9

56. The Defendant repeats and reallege their answers to paragraphs 1 through 55 above and incorporate them herein by reference.

57. The Defendant admits the allegations contained in paragraph 57.

58. The Defendant denies the allegations contained in paragraph 58.

59. The Defendant denies the allegations contained in paragraph 59.

60. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 60 of the Plaintiff's complaint and call upon Plaintiff to prove same.

61. The Defendant denies the allegations contained in paragraph 61.

62. The Defendant denies the allegations contained in paragraph 62.

63. The Defendant denies the allegations contained in paragraph 63.

WHEREFORE the Defendant requests judgment in their favor plus costs and such further relief as the Court deems just and proper.

## COUNT IV
## UNJUST ENRICHMENT

64. The Defendant repeats and reallege their answers to paragraphs 1 through 63 above and incorporate them herein by reference.

65. The Defendant denies the allegations contained in paragraph 65.

6

> WHEREFORE the Defendant requests judgment in their favor plus costs and such further relief as the Court deems just and proper.

## COUNT V
## BREACH OF IMPLIED COVENANT OF
## GOOD FAITH AND FAIR DEALING

66. The Defendant repeats and reallege their answers to paragraphs 1 through 65 above and incorporate them herein by reference.

67. The Defendant denies the allegations contained in paragraph 67.

> WHEREFORE the Defendant requests judgment in their favor plus costs and such further relief as the Court deems just and proper.

## COUNT VI
## INFLICTION OF EMOTIONAL DISTRESS

68. The Defendant repeats and reallege their answers to paragraphs 1 through 44 above and incorporate them herein by reference.

69. The Defendant denies the allegations contained in paragraph 69.

70. The Defendant denies the allegations contained in paragraph 70.

71. The Defendant denies the allegations contained in paragraph 71.

72. The Defendant denies the allegations contained in paragraph 72.

73. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 73 and call upon Plaintiff to prove same.

> WHEREFORE the Defendant requests judgment in their favor plus costs and such further relief as the Court deems just and proper.

## COUNT VII
## LOST INCOME

74. The Defendant repeats and reallege their answers to paragraphs 1 through 44 above and incorporate them herein by reference.

75. The Defendant denies the allegations contained in paragraph 75.

76. The Defendant is without sufficient information to admit or deny the allegations contained in paragraph 76 and call upon Plaintiff to prove same.

    WHEREFORE the Defendant requests judgment in their favor plus costs and such further relief as the Court deems just and proper.

WHEREFORE, Defendant respectfully request this Court;

1. Find in favor of Defendant on all counts set forth in Plaintiff's complaint;

2. Award Defendant costs and reasonable attorneys fees attributable to defense of this action;

### AFFIRMATIVE DEFENSES

The Defendant, Ameriquest, hereby raises the following affirmative defenses in response to the allegations contained in the Plaintiff's compliant.

### FIRST DEFENSE

The Plaintiff's compliant fails to state a claim for which relief could be granted.

### SECOND DEFENSE

The Defendant affirmatively pleads the defense of waiver and estoppel.

### THIRD DEFENSE

The Defendant affirmatively pleads the defense of good faith and fair dealing.

## FOURTH DEFENSE

The Defendant affirmatively pleads the defense of breach of contract and failure of consideration.

## FIFTH DEFENSE

Plaintiff's claims are barred in whole or in part because she has unclean hands.

## SIXTH DEFENSE

The Defendant hereby gives notice that they intend to rely upon such other defenses as may become available or appear during the discovery proceedings in this case and hereby reserves the right to amend their answer to assert any such defense.

WHEREFORE the Defendant prays that Plaintiff's complaint be dismissed, that all relief prayed for therein be denied, that the Defendant be granted their attorneys' fees and costs incurred in and about the defense of this action, and that the Defendant be granted such other relief as may appear to the Court to be just and proper.

> Respectfully Submitted,
> Ameriquest Mortgage Company
> By Its Attorneys
>
> ABLITT & CARUOLO, PC

Dated 1-3-05            /Is/, William J. Amann
                        Brian T. LaManna (657220)
                        William J. Amann (648511)
                        333 North Avenue, 4th Floor
                        Wakefield, Massachusetts 01880
                        (781) 246-8995 Telephone
                        (781) 246-8994 Facsimile

```
                    UNITED STATES BANKRUPTCY COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
                           WESTERN DIVISION

In re

Jacalyn S. Nosek
      Debtor
_____
                               }
Jacalyn S. Nosek               }    Chapter 13
      Plaintiff                }    Case No. 02-46025-JBR
                               }
v.                             }    Adversary Proceeding
                               }    Case No. 04-04517-JBR
Ameriquest Mortgage Company    }
      Defendant                }
_____}
```

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing, ANSWER, by mailing a copy first-class, postage prepaid or by serving electronically via CM/ECF, to the following parties:


DATED: 01-04-05                          /Is/, William J.Amann


**Jacalyn S. Nosek**
60 Bolton Road
P.O. Box 1311
South Lancaster, MA 01561

**Attorney Philip M. Stone**
44 Front Street
Worcester, MA 01608

**Richard King**
Office of U.S. Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

**Denise M. Pappalardo**
P.O. Box 16607
Worcester, MA 01601

10