UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:
Chapter 13

Jacalyn S. Nosek                                                Case No.: 02-46025-JBR
Debtor
Jacalyn S. Nosek Adversary Proceeding No. 04-04517
Plaintiff
v.
Ameriquest Mortgage Company
Defendant

DEFEENDANT'S OPPOSITION TO MOTION TO STRIKE

Now comes the Defendant Ameriquest and requests the Court to grant the defendant ten days to Amend it's response to Plaintiff's Request for Admissions. The Defendant timely responded, but counsel for the Defendant omitted including the actual request followed by the response as required.

Wherefore, the Defendant requests the additional time to prepare the corrected response and have it signed by the party as required.

                                                Ameriquest by their Attorney,

                                                /Is/Robert F. Charlton
                                                BBO 081200
                                                92 Montvale Ave 2950
                                                Stoneham, MA 02180
                                                781-246-8995