UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
       Debtor

Chapter 13
Case No.: 02-46025-JBR

Jacalyn S. Nosek
       Plaintiff
v.
Ameriquest Mortgage Company
       Defendant

Adversary Proceeding No. 04-04517

**Debtor's Motion for Partial Summary Judgment, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only**

Now comes the Debtor, and moves this Honorable Court to enter judgment in her favor on the issue of liability only.

In support of this motion, Debtor relies upon the *Memorandum in Support*, filed herewith, and the *Affidavit of Jacalyn S. Nosek*, also filed herewith.

                                                           Jacalyn S. Nosek
                                                           by her attorney,

                                                           /s/ Philip M. Stone
                                                           Philip M. Stone, BBO # 544139
                                                           44 Front Street
                                                           Worcester, MA 01608
                                                           Tel. (508) 755-7354
                                                           Fax. (508) 752.3730
                                                           E-mail: pstonelaw@rcn.com

Dated:        September 14, 2005

CERTIFICATE OF SERVICE

       I, Philip M. Stone, do hereby certify on this day I electronically filed the foregoing pleading with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Robert Charlton, Esq.

       I further certify that I have mailed this day by first-class mail, postage prepaid, a copy of the aforementioned pleading electronically filed with the Court on the following non-CM/ECF participants:

Jacalyn S. Nosek
60 Bolton Road
PO Box 1311
S. Lancaster, MA 01561

                                      /s/ Philip M. Stone
                                      Philip M. Stone

DATED:       September 14, 2005