*Memorandum in Support of Motion*

# EXHIBIT - 7

**EXHIBIT 7**

09-17-04  08:54am  From-AMERIQUEST MORTGAGE         +714 245 8437    T-604  P.001/002  F-876

AMERIQUEST MORTGAGE COMPANY
505 CITY PARKWAY WEST, SUITE 100
ORANGE, CA 92868-2913
(800) 630-5262

September 10, 2004        PAYOFF STATEMENT
                          FOR INTERNAL USE ONLY

TO:                              Contact Phone: (714)634-2474
Natasha Pavloff
Amq-Bankruptcy
Fax No 714 147 6098
                                 Loan No. 0004219615
                                 Loan Type: Conventional
                                 Property Address:
Borrower(s):                     60 Bolton Rd
Jacalyn S Shock                  South Lancaster MA 01561

60 Bolton Rd
South Lancaster MA 01561

Interest is calculated to September 10, 2004.
This loan is due for the May 01, 2003 payment.                $   86,660.18
The current total unpaid Principal Balance is:                    15,361.01
Interest at 9.500008                                                    .00
Prepayment Penalty/Expiration Date: 11-30-00                      -3,929.78
Suspense Balance                                                     374.18
Unpaid Late Charges                                                   10.00
Unpaid NSF Charges                                                12,726.49
Expenses Paid by Ameriquest Mortgage                               1,880.00
Foreclosure Fee                                                       48.00
Demand/Beneficiary                                                    20.00
Property Inspection
TOTAL AMOUNT TO PAY IN FULL AS OF September 10, 2004:  $         107,241.81

Funds received after September 10, 2004 will require an additional $ 18.64
interest per day. A late charge of $ 20.27 will be assessed if any
monthly payment is not received within 15 days of the due date.

PAYOFF FUNDS MUST BE RECEIVED VIA CERTIFIED CHECK, CASHIERS/OFFICIAL
BANK CHECK OR WIRE TRANSFER.  ESCROW/TRUST CHECKS ARE NOT ACCEPTED.
Wiring Instructions: JP Morgan Chase Bank of Texas, ABA 113000609
credit: Ameriquest Mortgage Company; Account No. 00103279601;
Further Credit: Loan No. 0004219615. Attention: Payoff Department.

Verification: All figures are subject to final verification of the
Note Holder. Figures may be adjusted if any check or money order
previously received is rejected by the institution by which it is
drawn. The Note Holder reserves the right to demand additional funds
before or subsequent to the release of the Note Holder security
interest in the property securing the loan to correct any error or
omission in these figures made in good faith.

Provide seller's future address if other than the concerned property.
All refunds will be paid directly to the borrower identified above.
If the payoff remittance is less than required, the check issuer will
be contacted. Additional interest will be due and payable.

SEE NEXT PAGE FOR ADDITIONAL COMMENTS

09-17-04    09:54am    From-AMERIQUEST MORTGAGE    4714 245 3437    T-864    P.002/032    F-576

AMERIQUEST MORTGAGE COMPANY
505 CITY PARKWAY WEST, SUITE 100
ORANGE, CA 92868-2912
PHONE (800) 420-5262

DO NOT SEND ANY CHECKS TO THE ABOVE ADDRESS!

September 10, 2004

Jacalyn S Nowak
60 Bolton Rd
South Lancaster MA 01561

RE: Loan No. 0004219515

PAYOFF STATEMENT - ADDITIONAL COMMENTS

INTEREST RATE WILL ADJUST EFFECTIVE 26/2003

TAXES WILL DISBURSE N/A

Foreclosure/Bankruptcy fees/costs are good through 10/07/04.

Foreclosure Sale Date is set for N/A.

In the event this loan reinstates prior to the expiration date, this payoff statement becomes null and void.

In the event we receive relief or dismissal on the Bankruptcy, additional foreclosure fees may apply and a new payoff statement must be requested.

PLEASE VERIFY FIGURES PRIOR TO PAYOFF.

WIRING INSTRUCTIONS

JP MORGAN CHASE BANK OF HOUSTON TEXAS
ABA NUMBER: 113000609
CREDIT: AMERIQUEST MORTGAGE COMPANY
ACCOUNT NUMBER: 00183279601
FURTHER CREDIT: LOAN NUMBER 0004219515
ATTENTION: PAYOFF DEPARTMENT

F0514/006/PZD

.iquest Mortgage Company
.O. Box 11000
Santa Ana, CA 92711-1000


AMERIQUEST
MORTGAGE
COMPANY

# EXHIBIT 8

April 21, 2003

Jacalyn S Nosek
60 Bolton Rd
South Lancaster, MA 01561

Re: Loan Number 0004219515
Property Address: 60 Bolton Rd
South Lancaster MA 01561

ADJUSTABLE LOAN NOTIFICATION

Your promissory note permits us to change the interest rate and monthly payment amount on your loan every 6 months. This notice is to give you information about the next such change.

Your new interest rate will be 8.50000%, which is based on an index value of 1.33438. The margin on your loan is 6.75000. Based on the new interest rate and a projected loan balance of $ 86,512.38, your new principal and interest amount will be $ 700.77. Your first payment at the new amount will be due on 07-01-03.

The interest rate in effect immediately prior to this change is 9.50000%, which is based on an index value of 1.82375.

NEW INTEREST RATE AND PAYMENT:

Interest Rate                              8.50000%
Principal & Interest          $             700.77
TOTAL PAYMENT                 $             700.77

Effective Date of New Payment              07-01-03

If you have any questions, please call our Customer Service Department at (800) 436-5262. Our office hours are 7:00 a.m. to 6:00 p.m. Pacific Standard Time.

Ltr. No. AR002/015/CPI

Ameriquest Mortgage Company
P.O. Box 11000
Santa Ana, CA 92711-1000

**AMERIQUEST**
MORTGAGE COMPANY

October 20, 2003

EXHIBIT 9

Jacalyn S Nosek
60 Bolton Rd
South Lancaster, MA 01561

Re: Loan Number 0004219515
Property Address: 60 Bolton Rd
South Lancaster MA 01561
Bankruptcy Case No.: 02-46025

ADJUSTABLE LOAN NOTIFICATION

Your promissory note permits us to change the interest rate and monthly payment amount on your loan every 6 months. This notice is to give you information about the next such change.

Your new interest rate will be 8.00000%, which is based on an index value of 1.20625. The margin on your loan is 6.75000. Based on the new interest rate and a projected loan balance of $ 85,975.11, your new principal and interest amount will be $ 672.37. Your first payment at the new amount will be due on 01-01-04.

The interest rate in effect immediately prior to this change is 8.50000%, which is based on an index value of 1.33438.

NEW INTEREST RATE AND PAYMENT:

| | |
|---|---|
| Interest Rate | 8.00000% |
| Principal & Interest | $ 672.37 |
| TOTAL PAYMENT | $ 672.37 |
| Effective Date of New Payment | 01-01-04 |

If you have any questions, please call our Customer Care Department at (800) 430-5262. Our office hours are 7:00 a.m. to 6:00 p.m. Pacific Standard Time.

Ltr. No. AR002/017/CPI

Ameriquest Mortgage Company
P.O. Box 11000
Santa Ana, CA 92711-1000



April 20, 2004

**EXHIBIT 10**

Jacalyn S Nosek
60 Bolton Rd
South Lancaster, MA 01561

Re: Loan Number 0004219515
Property Address: 60 Bolton Rd
South Lancaster MA 01561
Bankruptcy Case No.: 02-46025

ADJUSTABLE LOAN NOTIFICATION

Your promissory note permits us to change the interest rate and monthly payment amount on your loan every 6 months. This notice is to give you information about the next such change.

Your new interest rate will be 8.00000%, which is based on an index value of 1.29000. The margin on your loan is 6.75000. Based on the new interest rate and a projected loan balance of $ 85,369.90, your new principal and interest amount will be $ 672.37. Your first payment at the new amount will be due on 07-01-04.

The interest rate in effect immediately prior to this change is 8.00000%, which is based on an index value of 1.20625.

NEW INTEREST RATE AND PAYMENT:

Interest Rate                              8.00000%
Principal & Interest          $            672.37
TOTAL PAYMENT                 $            672.37

Effective Date of New Payment              07-01-04

For information on your mortgage loan, you can visit www.myameriquestloan.com. If you have any additional questions or concerns, please contact our Customer Care Department at (800) 430-5262, Monday through Friday, 7:00 a.m. to 6:00 p.m., Pacific Time.

AR002/020/CPI



**AMERIQUEST MORTGAGE COMPANY**

Payment History & Reconciliation

State: MA

| Borrower: | Nosek, Jacalyn | Loan # | 0004219515 |

Filing Date: 10/2/2002

| Date Received | Check No. | Amount | Post-petition Due Date | Funds Applied to: | Over/Short Pmt |
|---|---|---|---|---|---|
| 11/14/02 | 146 | $820.96 | 1-Nov-02 | Suspense | |
| 3/10/03 | 223 | $820.11 | 1-Dec-02 | Suspense | (0.85) |
| 4/21/03 | 647327330 | $850.00 | 1-Jan-03 | Suspense | 29.04 |
| 4/21/03 | 299192946 | $820.11 | 1-Feb-03 | Suspense | (0.85) |
| 5/27/03 | 165946932 | $900.00 | 1-Mar-03 | Suspense | 79.04 |
| 5/27/03 | 1084952 | $903.36 | 1-Apr-03 | Suspense | 82.40 |
| 5/27/03 | 6674 | $50.00 | 1-May-03 | Suspense | (709.67) |
| 5/24/03 | 7633 | $100.00 | 1-May-03 | Suspense | (659.67) |
| 6/10/03 | 299193156 | $164.00 | 1-May-03 | Suspense | (595.67) |
| 6/27/03 | 226 | $394.89 | 15-Jun-03 | APO PMT | |
| 7/25/03 | 385442503 | $1,542.13 | May03-June03 | Suspense | 22.79 |
| 8/18/03 | 165947461 | $700.11 | 1-Jul-03 | Suspense | (0.66) |
| 9/19/03 | 353743225 | $700.77 | 1-Aug-03 | Suspense | |
| 10/20/03 | 165947837 | $700.11 | 1-Sep-03 | Suspense | (0.66) |
| 11/25/03 | 453108206 | $700.77 | 1-Oct-03 | Suspense | |
| 12/31/03 | 453108284 | $630.25 | 15-Jul-03 | APO PMT | |
| 12/31/03 | 732206559 | $700.77 | 1-Nov-03 | Suspense | |
| 2/3/04 | 453108382 | $725.00 | 1-Dec-03 | Suspense | (24.23) |
| 2/23/04 | 6531546543 | $700.77 | 1-Jan-04 | Suspense | 28.40 |
| 5/4/04 | 6853391728 | $700.00 | 1-Feb-04 | Suspense | 27.63 |
| 6/8/04 | 459491147 | $700.00 | 1-Mar-04 | Suspense | 27.63 |
| 7/15/04 | 6853647543 | $673.00 | 1-Apr-04 | Suspense | 0.63 |
| 8/24/04 | 765203649 | $1,400.00 | May04-June04 | Suspense | 55.26 |
| **TOTALS** | | **$16,397.11** | | | |

*: Total amount received which is reflected above includes the additional payments made per the Adequate Protection Order.*

**EXHIBIT 11**

9/23/2004

# EXHIBIT 12

## PAYMENT HISTORY AND ACCOUNT RECONCILIATION

Nosek, Jacalyn
Loan No. 0004219515

| DATE REC'D | CK No. | AMT | MTG AMT | LC | DUE DATE | DIFFERENCE |
|---|---|---|---|---|---|---|
| 6-27-03 | 226 | 394.89 | 759.67 | 0.00 | 6-01-03 | 0.00** |
| 7-25-03 | 385442503 | 1542.13 | 700.77 | 22.79 | 8-01-03 | 97.49 |
|  |  |  |  | 20.31 |  |  |
| 8-18-03 | 165947461 | 700.11 | 700.77 | 20.31 | 9-01-03 | 76.52 |
| 9-19-03 | 3537423225 | 700.77 | 700.77 | 20.31 | 10-01-03 | 56.21 |
| 10-20-03 | 165947837 | 700.11 | 700.77 | 20.31 | 11-01-03 | 35.24 |
| 11-25-03 | 453108206 | 700.77 | 700.77 | 20.31 | 12-01-03 | 14.93 |
| 12-31-03 | 453108284 | 630.25 | 1175.00 APO/STIP PYMT |  |  | (544.75)** |
| 12-31-03 | 732206559 | 700.77 | 700.77 | 20.31 | 1-01-04 | (5.38) |
| 2-3-04 | 453108382 | 725.00 | 672.37 | 20.17 | 2-01-04 | 27.08 |
| 2-23-04 | 6531546543 | 700.77 | 672.37 | 20.17 | 3-01-04 | 35.31 |
| 5-4-04 | 6853391728 | 700.00 | 672.37 | 20.17 | 4-01-04 | 42.77 |
| 6-8-04 | 459491147 | 700.00 | 672.37 | 20.17 | 5-01-04 | 50.23 |
| 7-15-04 | 6853647543 | 673.00 | 672.37 | 20.17 | 6-01-04 | 30.69 |
| 8-24-04 | 765203649 | 1400.00 | 672.37 | 20.17 | 8-01-04 | 65.78 |
| 10-15-04 | 6531550165 | 725.22 | 672.37 | 20.17 | 9-01-04 | 98.46 |

DUE FOR SEPTEMBER 1, 2004 POST-PETITION REGULAR MORTGAGE PAYMENT
AND $544.75 SHORTGAGE ON STIPULATION AGREEMENT.

**See Stipulation to bring account current filed by parties June 2003

FN:  Rate Changes
    June 2003        $759.67
    July 2003        $700.77
    January 2004     $672.37

F:\RMCM CASE FILES\Buchalter\16.0049 - Nosek\PAYMENT HISTORY AND ACCOUNT RECONCILIATION.doc

*[handwritten note:]* Phil, [illegible] on my way to Court now [illegible] [illegible] call before the hearing [illegible]. Bill Aman[?]

*Memorandum in Support of Motion*

# EXHIBIT - 8

**EXHIBIT 4**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

IN RE:

Jacalyn S. Nosek

| | |
|---|---|
| Ameriquest Mortgage Company<br><br>v.<br><br>Jacalyn S. Nosek | CHAPTER 13<br>CASE NO. 02-46025-JBR |

### MOTION TO WITHDRAW AMERIQUEST MORTGAGE COMPANY'S AFFIDAVIT OF NON-COMPLIANCE WITHOUT PREJUDICE

Now comes Ameriquest Mortgage Company and moves that this Court allow it to withdraw its Affidavit of Non-Compliance, relative to the above captioned matter.

As grounds therefor, Ameriquest Mortgage Company states that the debtor has brought her account current pursuant to the terms of the Stipulation.

Respectfully submitted,

Ameriquest Mortgage Company
By its Attorney

/s/ Jennifer G. Haskell
_____
Jennifer G. Haskell, Esquire
BBO No. 651034
ABLITT & CARUOLO PC
333 North Avenue, 4th Floor
Wakefield, MA 01880

DATE: December 10, 2003        781-246-8995

12/11/2003 ALLOWED.

12-12-03

*Memorandum in Support of Motion*

**EXHIBIT - 9**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>Jacalyn S. Nosek<br>　　　Debtor | Chapter 13<br>Case No.: 02-46025-JBR |
| Jacalyn S. Nosek<br>　　　Plaintiff<br>v.<br>Ameriquest Mortgage Company<br>　　　Defendant | Adversary Proceeding No. 04-04517 |

NOTICE OF DEPOSITION PURSUANT TO F.R.C.P. RULE 30 AND F.R.B.P. RULE 7030

**TO:**
Robert Charlton, Esq.
Ablitt & Caruolo
333 North Avenue, 4th Floor
Wakefield, MA 01880



Please take notice that commencing at 10.00A.M. on the <u>25th</u> day of March, 2005 at the office of Philip M. Stone, 44 Front Street, Worcester, MA 01608, the Plaintiff in this action, by their attorney, Philip M. Stone, Esquire, will take the deposition upon oral examination of:

Ben Vittali, Bankruptcy Manager
Ameriquest Mortgage Company
1100 Town & Country Road, Suite 200
Orange, CA 92868

before a Notary Public of the Commonwealth, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. <u>Please take further notice that the above-named witness is required to produce at the time and place of deposition the documents and things set forth on the attached Schedule A.</u>

Jacalyn S. Nosek
by her attorney,

/s/ Philip M. Stone
Philip M. Stone, BBO # 544139
44 Front Street
Worcester, MA 01608
Tel. (508) 755-7354
Fax. (508) 752.3730
E-mail: pstonelaw@rcn.com

Dated:      February 17, 2005

## EXHIBIT "A"

### INSTRUCTIONS

A. Each request shall be continuous and you shall be obliged to provide supplemental answers with respect to the matters set forth as provided in F.R.C.P. Rule 26(e).

B. As to documents called for by these requests to which you claim a privilege or contend are not subject to production, please provide the Plaintiff at the time for production set forth above, a listing which describes each such document and states with respect to each such document: (a) the type of document (e.g. letter, memorandum, report, etc.); (b) the date; (c) the title; (d) the number of pages; (e) the authority or addressor; (f) the addressee or addressees, and the name of any other person who has sent or who received or obtained a copy of the document; (g) the subject matter of the document; and (h) the factual and legal basis of the claim or privilege or ground for non-production asserted with respect to the document.

C. If you contend that you are unable to produce the documents requested herein, or any part thereof, fully or completely after exercising due diligence to locate the documents, please so state, specifying the basis for such limited production, the reason for the inability to produce the documents requested, whether said documents have been destroyed and why, and describing any information concerning the location of such documents.

D. Unless the context clearly requires, this request for documents includes all documents of the Defendant, those within his custody and control, those within the custody and control of its agents, servants, representatives or employees and those to which any of the above described persons have access.

### DEFINITIONS

The following definitions apply to all discovery requests:

1. This action. The term "this action" or "this case" means:

    **Jacalyn S. Nosek v. Ameriquest Mortgage Company**

    **Chapter 13 Case No. 02-46025-JBR, Adv. Pro. No. 04-04517-JBR**

2. Communication. The term "communication" means the transmittal of information (in the form of facts, ideas, inquiries, or otherwise).

3. Document. The term "document" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a), and includes but is not limited

to correspondence, memoranda, notes, diaries, statistics, ledgers, telegrams, minutes, contracts, reports, studies, checks, statements, receipts, returns, summaries, pamphlets, books, inter-office and intra-office communications, notations of any conversations, telephone calls, telephone logs, meetings or other communications, bulletins, printed matter, computer printouts, teletype, telefax, invoices, work sheets, all drafts, alternations, modifications, revisions, changes, and amendments of any of the foregoing; graphic and oral records or representations of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotapes, recordings, motions pictures) and any electronic, mechanical or electric records or representations of any kind (including without limitation, tapes, cassettes, disks, recordings, and computer memories). A draft or non-identical copy is a separate document within the meaning of this term.

4. **Identify (With Respect to Persons).** When referring to a person, "to identify" means to give, to the extent known, the person's full name, present or last known address, and when referring to a natural person, additionally the present or last known place of employment. Once a person has been identified in accordance with this subparagraph, only the name of that person need be listed in response to subsequent discovery requesting the identification of that person.

5. **Identify (With Respect to Documents).** When referring to documents, "to identify" means to give, to the extent known, the

   (a)  type of document;

   (b)  general subject matter and content;

   (c)  date of the document; and

   (d)  authors(s), addressee(s), and/or recipient(s).

6. **Parties.** The terms "Plaintiff" and "Defendant" as well as a party's full or abbreviated name or a pronoun referring to a party mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries, or affiliates.

7. **Person.** The term "person" is defined as any natural person or any business, legal or governmental entity or association.

8. **Concerning.** The term "concerning" means referring to, relating to, describing, evidencing, or constituting.

9.  **You and your.** The terms "you" and "your" shall mean the Defendant Ameriquest Mortgage Company.

## REQUESTS

1. All documents concerning the posting of payments, adjustments, credits and charges concerning the account of Jacalyn S. Nosek with the Defendant for the period since November 25, 1997, to date.

2. All documents concerning late charges, attorneys fees, and any other fees or costs other than interest concerning the account of Jacalyn S. Nosek with the Defendant for the period since November 25, 1997, to date.

3. All documents concerning the posting of payments, adjustments, credits, charges and disbursements on the escrow account of Jacalyn S. Nosek maintained by the Defendant for the period since November 25, 1997, to date.

4. All documents concerning the determination of the London Interbank Overnight Rate (LIBOR) used in determining the variable interest rate charged on the Debtor's mortgage account with the Defendant for the period since November 25, 1997, to date.

5. All documents, including, but not limited to, internal procedural manuals, training material, and inter-office memorandum, concerning the application of payments received by the Defendant from Chapter 13 Trustees and Debtors during the pendency of any chapter 13 case involving a borrower from Ameriquest Mortgage Company.

6. All documents concerning the receipt and posting of payments received by Ameriquest from Denise Pappalardo, Standing Chapter 13 Trustee, concerning the Debtor's accounts with Ameriquest for the period since November 25, 1997, to date.

7. All communications between Ameriquest Mortgage Company and its agent/attorneys, including employees of the law firms of Buchalter, Nemer, Fields & Younger of Newport Beach, California and Ablitt & Caruolo of Wakefield, Massachusetts, concerning payments received from the Plaintiff.

8. All documents upon which you rely in denying the allegations stated in paragraph 11 of the Complaint in this action.

9. All documents upon which you rely in denying the allegations stated in paragraph 12 of the Complaint in this action.

10. All documents upon which you rely in denying the allegations stated in paragraph 32 of the Complaint in this action.

11. All documents concerning any of the claims or defenses raised in this action, including but not limited to any and all oral or written communications between you and any other party to this action.

12. All documents listed in your Answers to the Plaintiff's First Set of Interrogatories.

13. All documents you plan to introduce as exhibits at the trial in this action.

Jacalyn S. Nosek
by her attorney,

/s/ Philip M. Stone
Philip M. Stone, BBO # 544139
44 Front Street
Worcester, MA  01608
Tel. (508) 755-7354
Fax. (508) 752.3730
E-mail: pstonelaw@rcn.com

Dated:        February 17, 2005

## CERTIFICATE OF SERVICE

I, Philip M. Stone, do hereby certify on this day I electronically served via e-mail the foregoing pleadings on the following:

Richard King, Office of the U.S. Trustee to: USTPRegion01.WO.ECF@USDOJ.GOV;
Denise Pappalardo, Chapter 13 Trustee to: denisepappalardo@ch13worc.com;
Robert Charlton, Esq. (for Ameriquest Mortgage) to: rcharlton@acdlaw.com and wamann@acdlaw.com

I further certify that I have mailed this day by first-class mail, postage prepaid, a copy of the aforementioned pleading to:

Jacalyn S. Nosek
60 Bolton Road
PO Box 1311
S. Lancaster, MA 01561

/s/ Philip M. Stone
Philip M. Stone