# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Nosek v. Ameriquest Mortgage Company

**Case Number** 04-04517 (JBR)
**Chapter**

In re JACALYN S. NOSEK, 02-46025
#27 Debtor's Motion for Partial Summary Judgment, or in the Alternate for Judgment on the Pleadings, on the Issue of Liability Only and #35 Opposition of Defendant, Ameriquest Mortgage Company
Philip M. Stone for Plaintiff/Debtor
Robert F. Charlton for Defendant

**COURT ACTION:**

**Show Cause Order** ________ **Released** ________ **Enforced**
________ **Granted** ________ **Approved** ________ **Moot**
________ **Denied** ________ **Denied Without Prejudice**
________ **Withdrawn in Open Court**
________ **Sustained** ________ **Overruled**
________ **Continued to** ________________________________
________ **Proposed Order to be Submitted by** ________________________________
________ **Stipulation to be Submitted by** ________________________________
________ **Taken Under Advisement**

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

FOR THE REASONS SET FORTH ON THE RECORD: SUMMARY JUDGMENT IS DENIED WITH RESPECT TO COUNTS 1, 4, 5, AND 6.
SUMMARY JUDGMENT IS GRANTED AS TO LIABILITY ONLY ON COUNTS 2 AND 3.

**SO ORDERED:**

Joel B. Rosenthal (signature) **Dated** 10/25/2005

**Joel B. Rosenthal**
**United States Bankruptcy Judge**