United States Bankruptcy Court
District of Massachusetts
Western Division

| | |
|---|---|
| In re: ) | |
| ) | |
| JACALYN S. NOSEK, ) | Chapter 13 |
|        DEBTOR. ) | Case No. 02-46025-JBR |
| ) | |
| ) | |
| JACALYN S. NOSEK, ) | Adversary Proceeding |
|        PLAINTIFF, ) | No. 04-4517 |
| ) | |
| v. ) | |
| AMERIQUEST MORTGAGE COMPANY,) | |
|        DEFENDANT. ) | |
| ) | |

## CORRECTION TO DECISION (Doc. 45)

The Court hereby makes a correction to the decision docketed on November 17, 2005. On page 2, third line from the bottom, it should read "suspense accounts" not "expense accounts."

SO ORDERED.

Date: November 21, 2005

/s/ Joel B. Rosenthal
Joel B. Rosenthal
United States Bankruptcy Judge