UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
        Debtor

Chapter 13
Case No.: 02-46025-JBR

Jacalyn S. Nosek
        Plaintiff
v.
Ameriquest Mortgage Company
        Defendant

Adversary Proceeding No. 04-04517

**Emergency Motion to Quash Subpoena**

Now comes the Debtor, and moves this Honorable Court to quash the subpoena issued by counsel to the Defendant and served upon Jane Appell, PhD. Said subpoena, attached here as Exhibit 1, was received by Dr. Appell yesterday, December 14, 2005.

Dr. Appell is the plaintiff's treating psychotherapist. As such, all communications between the Debtor and Dr. Appell are privileged as set forth in M.G.L. c. 233, section 20B.

The U.S. Supreme Court, in *Jaffee v. Redmond*, 518 U.S. 1, 18 (1996), recognized the existence of a patient psychotherapist privilege under Fed. R. Evidence 501.

The subpoena as drafted is extraordinarily broad. It asks for, "Your complete file concerning the treatment of the Plaintiff, Jacalyn S. Nosek."

The Plaintiff has been in treatment with Dr. Appell for over 15 years. Dr. Appell's notes also contain records concerning confidential communications with Ms. Nosek which are not relevant to this

proceeding, and which if revealed would cause injury to Ms. Nosek

B.R. 7026 (c) empowers this Court to issue any Order "which justice requires to protect a party or person from annoyance, embarrassment, oppression ..."

Plaintiff's counsel has attempted to contact attorney Charlton to discuss the terms of a protective order, but at this time has not been able to speak to him.

WHEREFORE, for the reasons set forth herein, Jacalyn S. Nosek. moves this Honorable Court to quash the subpoena issued by counsel to the Defendant and served upon Dr. Jane Appell.

                                                Jacalyn S. Nosek
by her attorney,

/s/ Philip M. Stone
Philip M. Stone, BBO # 544139
44 Front Street
Worcester, MA  01608
Tel. (508) 755-7354
Fax.  (508) 752.3730
E-mail: pstonelaw@rcn.com

Dated:       December 15, 2005

FROM :Ja...                    FAX NO. :781-259-1043              Dec. 15 2005 12:35AM P 2

# UNITED STATES BANKRUPTCY COURT

__Massachusetts__ District of __Western Division__

Debtor

Jacalyn S. Nosek

v.

Ameriquest Mortgage

SUBPOENA IN A CASE UNDER THE BANKRUPTCY CODE

Case No. 02-46025   Adversary 04-04517

Chapter 13

Jane Appell, Ph.D.
Damonmill Square, Suite 3A
Concord, MA 01742

YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME 12/12/05 |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Your complete file regarding the treatment of the plaintiff, Jacalyn S. Nosek. In lieu of appearing with the documents, you may mail a complete copy of the records. Defendants agree to pay reasonable copy costs.

| PLACE | DATE AND TIME |
| --- | --- |
| Ablitt & Charlton, P.C.<br>92 Montvale Ave., Suite 2950<br>Stoneham, MA 02180 | December 15, 2005 at 10:00AM |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this proceeding that is subpoenaed to testify or for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Fed.R.Civ.P. 30(b)(6) made applicable to this proceeding by Rule 7030, Fed.R.Bankr.P. See Rules 7030 and 9014, Fed .R. Bankr. P.

| ISSUING OFFICER SIGNATURE AND TITLE  781-246 8995 | DATE  12-9/05 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER

* If the bankruptcy case is pending in a district other than the district in which the subpoena is issued, state the district under the case number.

## CERTIFICATE OF SERVICE

       I, Philip M. Stone, do hereby certify on this day I electronically filed the foregoing pleading with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Robert Charlton, Esq.

       I further certify that I have mailed this day by first-class mail, postage prepaid, a copy of the aforementioned pleading electronically filed with the Court on the following non-CM/ECF participants:

| | |
|---|---|
| Jacalyn S. Nosek<br>60 Bolton Road<br>PO Box 1311<br>S. Lancaster, MA 01561 | Jane Appell, Ph.D. (Via e-mail) |

                                     /s/ Philip M. Stone  
                                       Philip M. Stone

DATED:       December 15, 2005