UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
        Debtor

Chapter 13
Case No.: 02-46025-JBR

Jacalyn S. Nosek
        Plaintiff
v.
Ameriquest Mortgage Company
        Defendant

Adversary Proceeding No. 04-04517

**Opposition of Jacalyn S. Nosek pursuant to Fed. R. Bankr. P. 8003(a)
to Motion of Ameriquest Mortgage Company for Leave to Appeal**

Now comes the Debtor/Plaintiff, Jacalyn S. Nosek, and in opposition to the Motion of

Ameriquest Mortgage Company for Leave to Appeal, says as follows:

1. The Motion of Ameriquest Mortgage Company for Leave to Appeal filed on December 7, 2005, must be denied because the Notice of Appeal was untimely filed. (A complete copy of the PACER docket for the period from September 13, 2005 to December 16, 2005 is attached as **Exhibit 1**.)

2. The operative dates are as follows:

| Date | Docket Number | Description |
|---|---|---|
| 9/14/2005 | 27 | Debtor's Motion for Partial Summary Judgment, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only |

| Date | Doc # | Description |
|---|---|---|
| 9/14/2005 | 28 | Affidavit of Jacalyn S. Nosek in Support of Debtor's Motion for Partial Summary Judgment, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only |
| 9/14/2005 | 29 | Memorandum in Support of Debtor's Motion for Partial Summary Judgment, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only |
| 9/15/2005 | 30 | Exhibits RE Debtor's Motion for Partial Summary Judgment |
| 10/4/2005 | 35 | Opposition with certificate of Service filed by Defendant Ameriquest Mortgage Company RE Debtor's Motion for Partial Summary Judgment |
| 10/24/2005 | 37 | Affidavit of John Kelleher RE Debtor's Motion for Partial Summary Judgment filed by Defendant Ameriquest Mortgage Company |
| 10/24/2005 | 38 | Affidavit of Natasha Pavloff RE Debtor's Motion for Partial Summary Judgment filed by Defendant Ameriquest Mortgage Company |
| 10/25/2005 | | Hearing Held RE Motion filed by Plaintiff Jacalyn C. Nosek for Partial Summary Judgment, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only |
| 10/26/2005 | 39 | Order Dated 10/25/05 Regarding [27] Motion filed by Plaintiff Jacalyn S. Nosek For Summary Judgment - Partial, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only. FOR THE REASONS SET FORTH ON THE RECORD: SUMMARY JUDGMENT IS DENIED WITH RESPECT TO COUNTS 1, 4, 5, AND 6. SUMMARY JUDGMENT IS GRANTED AS TO LIABILITY ONLY ON COUNTS 2 AND 3. |
| 11/03/2005 | 41 | Motion filed by Defendant Ameriquest Mortgage Company to Reconsider (Re: 39 Order on Motion For Summary Judgment, ) with certificate of service filed by Defendant Ameriquest Mortgage Company (Attachments: # 1 Certificate of Service # 2 Exhibit) |
| 11/11/2005 | 43 | Opposition *to Defendant Ameriquest Mortgage Company's Motion for Reconsideration* with certificate of service by |

|  |  |  |
|---|---|---|
|  |  | Plaintiff Jacalyn S. Nosek Re: [41] Motion filed by Defendant Ameriquest Mortgage Company to Reconsider (Re: [39] Order on Motion For Summary Judgment, ) with certificate of service |
| 11/17/2005 |  | Hearing Held Re: [41] Motion filed by Defendant Ameriquest Mortgage Company to Reconsider [39] Order on Motion For Summary Judgment. |
| 11/17/2005 | 45 | Opinion Issued Re: [41] Motion filed by Defendant Ameriquest Mortgage Company to Reconsider [39] Order on Motion For Summary Judgment. See Order for Full Text. |
| 11/21/2005 | 47 | CORRECTION TO DECISION (DOC. 45) Re: [45] Opinion Issued on [41] Motion to Reconsider filed by Defendant Ameriquest Mortgage Company. See Order for Full Text. |
| 12/07/2005 | 52 | Notice of Appeal. Fee Amount $5 Filed by Defendant Ameriquest Mortgage Company (RE: [39] Order on Motion For Summary Judgment,, [45] Opinion Issued). |
| 12/07/2005 | 53 | Election of Appeal to District Court Filed by Defendant Ameriquest Mortgage Company (RE: [52] Notice of Appeal). |
| 12/07/2005 | 55 | Motion filed by Defendant Ameriquest Mortgage Company for Leave to Appeal (Re: [39] Order on Motion For Summary Judgment,, [45] Opinion Issued). with certificate of service filed by Defendant Ameriquest Mortgage Company (Amann, William) (Entered: 12/07/2005) |
| 12/07/2005 | 58 | Exhibits (Re:[55] Motion for Leave to Appeal). filed by Defendant Ameriquest Mortgage Company (Attachments: # 1 Exhibit B# 2 Exhibit C) |

3.  The Order appealed from (Docket item #39) was entered on 10/26/2005. It says in relevant part: SUMMARY JUDGMENT IS GRANTED AS TO LIABILITY ONLY ON COUNTS 2 AND 3.

4. Docket item #45 is the Opinion entered on 11/17/2005 on the Motion filed by Defendant Ameriquest Mortgage Company to Reconsider, [39] the Order on Plaintiff's Motion For Summary Judgment.

5. The Notice of Appeal (Docket item #52) was not filed by Ameriquest Mortgage Company until 12/07/2005. As docketed, it reads:

    Notice of Appeal. Fee Amount $5 Filed by Defendant Ameriquest Mortgage Company (RE:39 Order on Motion For Summary Judgment,, [45] Opinion Issued).

6. The pleadings entered on 12/07/2005 were filed electronically by Ameriquest Mortgage Company's attorney William Amann using the ECF system..

7. **Rule 8002. Time for Filing Notice of Appeal** says
   **(a) Ten-day period.** The notice of appeal shall be filed with the clerk within 10 days of the date of the entry of the judgment, order, or decree appealed from. ...

8. **Rule 8002. Time for Filing Notice of Appeal** says
   **(b) Effect of motion on time for appeal.**
   If any party makes a timely motion of a type specified immediately below, the time for appeal for all parties runs from the entry of the order disposing of the last such motion outstanding. This provision applies to a timely motion:
   (1) to amend or make additional findings of fact under Rule 7052, whether or not granting the motion would alter the judgment;
   (2) to alter or amend the judgment under Rule 9023;
   (3) for a new trial under Rule 9023; or
   (4) for relief under Rule 9024

9. The motion for reconsideration filed by Ameriquest pursuant to Fed. R. Civ. P 59(e), as made applicable in adversary proceedings by Fed. R. Bankr. P. 9023, was filed within 10 days of the entry of the Order on Plaintiff's Motion For Summary Judgment and thus did toll the initial appeal period.

10. As set forth in Rule 8002(b), the time for appeal for all parties runs from the entry of the order disposing of the last such motion outstanding, in this case the Opinion entered on 11/17/2005

DENYING the motion filed by Defendant Ameriquest Mortgage Company to reconsider the Order on plaintiff's motion for summary judgment.

11. Ten days from November 17, 2005 - the date the Opinion entered on the motion for reconsideration - fell on Sunday, November 27, 2005.

12. Applying the time computation rules set forth in Fed. R. Bankr. P. 9006, the Notice of Appeal should have been filed no later than Monday, November 28, 2005, not on December 7, 2005.

13. The 10-day deadline fixed by Bankruptcy Rule 8002(b) must be strictly construed since it is jurisdictional. *Aguiar v. Interbay Funding, LLC*, United States Bankruptcy Appellate Panel for the First Circuit (BAP No. MB 03-087) (June 25, 2004), "(t)he time limits established for filing a notice of appeal are 'mandatory and jurisdictional'." *(citing) Yamaha Motor Corp. v. Perry Hollow Mgmt. Co., Inc. (In re Perry Hollow Mgmt. Co., Inc.)*, 297 F.3d 34, 38 (1st Cir. 2002) (quoting *Acevedo-Villa Lobos v. Hernandez*, 22 F.3d 384, 387 (1st Cir. 1994)).

WHEREFORE, for the reasons set forth herein, Jacalyn S. Nosek states that the Motion of Ameriquest Mortgage Company for Leave to Appeal, must be denied.

    Jacalyn S. Nosek
    by her attorney,

    /s/ Philip M. Stone
    Philip M. Stone, BBO # 544139
    44 Front Street
    Worcester, MA  01608
    Tel. (508) 755-7354
    Fax.  (508) 752.3730
    E-mail: pstonelaw@rcn.com

Dated:    December 16, 2005

**APPEAL**

# United States Bankruptcy Court
## District of Massachusetts (Worcester)
## Adversary Proceeding #: 04-04517

*Assigned to:* Judge Joel B. Rosenthal
*Related BK Case:* 02-46025
*Related BK Title:* Jacalyn S. Nosek
*Demand:*
*Nature of Suit:* 498

*Date Filed:* 12/02/04

**Plaintiff**
-----------------------

**Jacalyn S. Nosek** 01561
( )
SSN: xxx-xx-6055

represented by **Philip M. Stone**
44 Front Street
Worcester, MA 01608
(508) 755-7354
Fax : 508.752.3730
Email: PSTONELAW@VERIZON.NET

V.

**Defendant**
-----------------------

**Ameriquest Mortgage Company**

represented by **Robert F. Charlton**
Ablitt and Caruolo, PC
92 Montvale Ave., Suite 2950
Stoneham, MA 02180
(781) 246-8995
Email: rcharlton@acdlaw.com

**William J. Amann**
Ablitt & Caruolo, P.C.
92 Montvale Avenue, Suite 2950
Stoneham, MA 02180
(781) 246-8995
Fax : 781-246-8994
Email: wamann@acdlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 12/15/2005 | [59](#) | Emergency Motion filed by Plaintiff Jacalyn S. Nosek to Quash |

| | | |
|---|---|---|
| | | *subpoena issued by counsel to the Defendant and served upon Jane Appell, Ph.D.* with certificate of service filed by Plaintiff Jacalyn S. Nosek (Stone, Philip) (Entered: 12/15/2005) |
| 12/08/2005 | 58 | Exhibit *s* (Re: 55 Motion for Leave to Appeal). filed by Defendant Ameriquest Mortgage Company (Attachments: # 1 Exhibit B# 2 Exhibit C) (Amann, William) (Entered: 12/08/2005) |
| 12/07/2005 | 57 | Receipt of filing fee for Notice of Appeal(04-04517) [appeal,ntcapl] ( 5.00). Receipt Number 1922594, amount $ 5.00. (U.S. Treasury) (Entered: 12/07/2005) |
| 12/07/2005 | 56 | Certificate of Service (Re: 55 Motion for Leave to Appeal). filed by Defendant Ameriquest Mortgage Company (Amann, William) (Entered: 12/07/2005) |
| 12/07/2005 | 55 | Motion filed by Defendant Ameriquest Mortgage Company for Leave to Appeal (Re: 39 Order on Motion For Summary Judgment,, 45 Opinion Issued). with certificate of service filed by Defendant Ameriquest Mortgage Company (Amann, William) (Entered: 12/07/2005) |
| 12/07/2005 | 54 | Request for Transcript re: Appeal Filed by Defendant Ameriquest Mortgage Company (RE: 52 Notice of Appeal). (Amann, William) (Entered: 12/07/2005) |
| 12/07/2005 | 53 | Election of Appeal to District Court Filed by Defendant Ameriquest Mortgage Company (RE: 52 Notice of Appeal). (Amann, William) (Entered: 12/07/2005) |
| 12/07/2005 | 52 | Notice of Appeal. Fee Amount $5 Filed by Defendant Ameriquest Mortgage Company (RE: 39 Order on Motion For Summary Judgment,, 45 Opinion Issued). (Amann, William) (Entered: 12/07/2005) |
| 11/30/2005 | 51 | Order Dated 11/30/05 Regarding: 1 498 (Other Action): Complaint by Jacalyn S. Nosek against Ameriquest Mortgage Company. CONTINUED TO 12/2/05 AT 11:00 A.M. (mbd, usbc) (Entered: 11/30/2005) |
| 11/30/2005 | | Trial Held and Continued to 12/2/05 at 11:00 A.M. Worcester Courtroom 3 - JBR Re: 1 498 (Other Action): Complaint by Jacalyn S. Nosek against Ameriquest Mortgage Company. (mbd, usbc) (Entered: 11/30/2005) |
| 11/28/2005 | 50 | Order Dated 11/28/05 Regarding: 1 498 (Other Action): Complaint by Jacalyn S. Nosek against Ameriquest Mortgage Company. |

| | | |
|---|---|---|
| | | CONTINUED TO 11/30/05 AT 2:00 P.M. (mbd, usbc) (Entered: 11/28/2005) |
| 11/28/2005 | | Trial Held and Continued to 11/30/2005 at 2:00 PM at Worcester Courtroom 3 - JBR Re: 1 498 (Other Action): Complaint by Jacalyn S. Nosek against Ameriquest Mortgage Company. (mbd, usbc) (Entered: 11/28/2005) |
| 11/22/2005 | 48 | Transcript of Hearing Held on 10/25/05 RE: Decision on 27 Motion for Summary Judgment filed by Plaintiff Jacalyn S. Nosek . (ld, usbc) (Entered: 11/22/2005) |
| 11/21/2005 | 47 | CORRECTION TO DECISION (DOC. 45) Re: 45 Opinion Issued on 41 Motion to Reconsider filed by Defendant Ameriquest Mortgage Company. See Order for Full Text. (mbd, usbc) (Entered: 11/21/2005) |
| 11/17/2005 | 45 | Opinion Issued Re: 41 Motion filed by Defendant Ameriquest Mortgage Company to Reconsider 39 Order on Motion For Summary Judgment. See Order for Full Text. (mbd, usbc) (Entered: 11/17/2005) |
| 11/17/2005 | 44 | Document Filed by Defendant Ameriquest Mortgage Company Re: 41 Motion filed by Defendant Ameriquest Mortgage Company to Reconsider Re: 39 Order on Motion For Summary Judgment. FILED IN OPEN COURT ON 11/17/05. (mbd, usbc) (Entered: 11/17/2005) |
| 11/17/2005 | | Hearing Held Re: 41 Motion filed by Defendant Ameriquest Mortgage Company to Reconsider 39 Order on Motion For Summary Judgment. (mbd, usbc) (Entered: 11/17/2005) |
| 11/11/2005 | 43 | Opposition *to Defendant Ameriquest Mortgage Company's Motion for Reconsideration* with certificate of service by Plaintiff Jacalyn S. Nosek Re: 41 Motion filed by Defendant Ameriquest Mortgage Company to Reconsider (Re: 39 Order on Motion For Summary Judgment, ) with certificate of service (Stone, Philip) (Entered: 11/11/2005) |
| 11/07/2005 | 42 | Hearing Scheduled for 11/17/2005 at 01:30 PM Worcester Courtroom 3 - JBR Re: 41 Motion filed by Defendant Ameriquest Mortgage Company to Reconsider 39 Order on Motion For Summary Judgment. (mbd, usbc) (Entered: 11/07/2005) |
| 11/03/2005 | 41 | Motion filed by Defendant Ameriquest Mortgage Company to Reconsider (Re: 39 Order on Motion For Summary Judgment, ) with certificate of service filed by Defendant Ameriquest Mortgage Company (Attachments: # 1 Certificate of Service # 2 Exhibit) |

| | | |
|---|---|---|
| | | (Charlton, Robert) (Entered: 11/03/2005) |
| 10/26/2005 | 40 | Scheduling Order. The Following Dates have been Reserved for Trial. Ms Nosek's testimony: Monday, November 28, 2005 - 1:30 p.m. - 3:30 p.m.; Wednesday, November 30, 2005 - 2:00 p.m. - 4:00 p.m.; Friday, December 2, 2005 - 11:00 a.m. - 1:00 p.m. and Monday, December 5, 2005 - 10:30 p.m. - 12:30 p.m. Testimony of other Plaintiff Witness Thursday, December 22, 2005 All Day, Commencing at 9:30 a.m. (mbd, usbc) (Entered: 10/26/2005) |
| 10/26/2005 | 39 | Order Dated 10/25/05 Regarding 27 Motion filed by Plaintiff Jacalyn S. Nosek For Summary Judgment - Partial, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only. FOR THE REASONS SET FORTH ON THE RECORD: SUMMARY JUDGMENT IS DENIED WITH RESPECT TO COUNTS 1, 4, 5, AND 6. SUMMARY JUDGMENT IS GRANTED AS TO LIABILITY ONLY ON COUNTS 2 AND 3. (mbd, usbc) (Entered: 10/26/2005) |
| 10/25/2005 | | Hearing Held Re: 27 Motion filed by Plaintiff Jacalyn S. Nosek For Summary Judgment - Partial, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only. (mbd, usbc) Modified on 12/7/2005 to Correct Date of Hearing Held. (mbd, usbc). (Entered: 10/26/2005) |
| 10/24/2005 | 38 | Affidavit of Natasha Pavloff (Re: 35 Motion for Summary Judgment, ). filed by Defendant Ameriquest Mortgage Company (Charlton, Robert) (Entered: 10/24/2005) |
| 10/24/2005 | 37 | Affidavit of John Kelleher (Re: 35 Motion for Summary Judgment, ). filed by Defendant Ameriquest Mortgage Company (Attachments: # 1 Affidavit) (Charlton, Robert) (Entered: 10/24/2005) |
| 10/04/2005 | 36 | Corrective Entry Re: 35 Opposition with certificate of service filed by Defendant Ameriquest Mortgage Company Re: 27 Motion filed by Plaintiff Jacalyn S. Nosek For Summary Judgment - Partial, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only. CORRECTIVE ENTRY: Added Linkage to Related Document 27 and Modified Text to Correctly Identify Document Filed. (jr, usbc) (Entered: 10/04/2005) |
| 10/04/2005 | 35 | Opposition with certificate of service filed by Defendant Ameriquest Mortgage Company Re: 27 Motion filed by Plaintiff Jacalyn S. Nosek For Summary Judgment - Partial, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only. CORRECTIVE ENTRY: Added Linkage to Related Document 27 and Modified Text to Correctly Identify Document Filed. (Attachments: # 1 Certificate of Service) (Charlton, Robert) Modified on 10/4/2005 (jr, usbc). |

| | | |
|---|---|---|
| | | (Entered: 10/04/2005) |
| 09/23/2005 | 34 | Notice of Hearing *with Certificate of Service* (RE: 27 Motion for Summary Judgment). Filed by Plaintiff Jacalyn S. Nosek (Stone, Philip) (Entered: 09/23/2005) |
| 09/20/2005 | 33 | Court Certificate of Mailing Re: 32 Hearing Scheduled. (mbd, usbc) (Entered: 09/20/2005) |
| 09/20/2005 | 32 | Hearing Scheduled for 10/25/2005 at 11:00 AM Worcester Courtroom 3 - JBR on 27 Motion filed by Plaintiff Jacalyn S. Nosek for Partial Summary Judgment, or in the Alternate for Judgment on the Pleadings, on the Issue of Liability Only. (mbd, usbc) (Entered: 09/20/2005) |
| 09/19/2005 | 31 | Joint Pre-Trial Statement. filed by Defendant Ameriquest Mortgage Company, Plaintiff Jacalyn S. Nosek (Stone, Philip) (Entered: 09/19/2005) |
| 09/15/2005 | 30 | Exhibit 1-6 Re: 27 Motion for Summary Judgment filed by Plaintiff Jacalyn S. Nosek (Attachments: (1) Exhibits 7 - 9; (2) Exhibit 10; (3) Exhibit 11 (1-5); (4) Exhibit 11 (6-12); (5) Exhibit 11 (13); (6) Exhibit 11 (14); (7) Exhibit 11 (14b); (8) Exhibit 11 (14c); (9) Exhibit 11 (14d); (10) Exhibits 15-18; (11) Exhibit 12-13; (12) Exhibit 14; (13) Exhibit 15; (14) Exhibit 16; (15) Exhibit 17 and (16) Exhibit 18-19). (mbd, usbc) (Entered: 09/16/2005) |
| 09/14/2005 | 29 | Brief *with Certificate of Service* (Re: 27 Motion for Summary Judgment). filed by Plaintiff Jacalyn S. Nosek (Stone, Philip) (Entered: 09/14/2005) |
| 09/14/2005 | 28 | Affidavit of Jacalyn S. Nosek with certificate of service (Re: 27 Motion for Summary Judgment). filed by Plaintiff Jacalyn S. Nosek (Stone, Philip) (Entered: 09/14/2005) |
| 09/14/2005 | 27 | Motion filed by Plaintiff Jacalyn S. Nosek For Summary Judgment - *Partial, or in the alternate for Judgment on the Pleadings, on the Issue of Liability Only* with certificate of service filed by Plaintiff Jacalyn S. Nosek (Stone, Philip) (Entered: 09/14/2005) |
| 09/14/2005 | 26 | Endorsed Order Dated 9/14/05 Denying 25 Emergency Motion filed by Plaintiff Jacalyn S. Nosek for Leave to File Waive Rule 5 of Appendix 8 - Electronic Filing Rules. DENIED AS FOLLOWS. EXHIBITS MUST BE FILED ELECTRONICALLY. DEBTOR HAS THREE BUSINESS DAYS TO FILE THE EXHIBITS. COURTESY HARD COPY STILL MUST BE FILED WITH THE COURT. (mbd, usbc) (Entered: 09/14/2005) |
| | | |

| 09/13/2005 | [25](#) | Emergency Motion filed by Plaintiff Jacalyn S. Nosek for Leave to File Waive Rule 5 of Appendix 8 - Electronic Filing Rules with certificate of service filed by Plaintiff Jacalyn S. Nosek (Stone, Philip) (Entered: 09/13/2005) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/16/2005 14:08:58 | | | |
| **PACER Login:** | ps0078 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 04-04517 Fil or Ent: Fil From: 9/1/2005 Doc From: 0 Doc To: 99999999 Links: n Format: HTMLfmt |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

## CERTIFICATE OF SERVICE

I, Philip M. Stone, do hereby certify on this day I electronically filed the foregoing pleading with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Robert Charlton, Esq.
William Amann, Esq.

I further certify that I have mailed this day by first-class mail, postage prepaid, a copy of the aforementioned pleading electronically filed with the Court on the following non-CM/ECF participants:

Jacalyn S. Nosek
60 Bolton Road
PO Box 1311
S. Lancaster, MA 01561

                                                      /s/ Philip M. Stone
                                                      Philip M. Stone

DATED:       December 16, 2005