# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MASSACHUSETTS - WORCESTER

====================================

IN THE MATTER OF:  .  Case #02-46025

   JACALYN S. NOSEK.  .  Worcester, Massachusetts
                             **October 25, 2005**
             Debtor  .  11:11:36 a.m.

====================================

JACALYN S. NOSEK
            Plaintiff,  .  Adv. #04-4517
        v.  .
AMERIQUEST MORTGAGE CO.  .
            Defendant.  .

====================================

## TRANSCRIPT OF HEARING ON:
**(#27) DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE FOR JUDGMENT ON THE PLEADINGS, ON THE ISSUE OF LIABILITY ONLY, AND:**
**(#35) OPPOSITION OF DEFENDANT**
**BEFORE THE HONORABLE JOEL B. ROSENTHAL, JR., J.U.S.B.C.**

APPEARANCES:

For the Debtor:

                                PHILIP M. STONE, ESQ.
                                44 Front Street
                                Worcester, MA  01608

For Ameriquest Mortgage Company:

                                ROBERT F. CHARLTON, ESQ.
                                Ablitt & Caruolo, PC.
                                92 Montvale Ave., Suite 2950
                                Stoneham, MA  02180

Electronic Sound Recording Operator:    Leah DiDonato

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Certified Transcription Service

## GCI TRANSCRIPTION SERVICES
### 210 Bayberry Avenue
### Egg Harbor Township, NJ  08234-5901
1-609-927-0299    FAX 1-609-927-6420    1-800-471-0299
e-mail - irwingloria@comcast.net

# IMAGE NOT AVAILABLE.

You may review the document in the case file in the appropriate Clerk's Office.