UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
    Debtor

Chapter 13
Case No.: 02-46025-JBR

Jacalyn S. Nosek
    Plaintiff
v.
Ameriquest Mortgage Company
    Defendant

Adversary Proceeding No. 04-04517

### Response of Plaintiff Jacalyn S. Nosek's Counsel
### to Show Cause Order dated February 22, 2006

Now comes Philip M. Stone, Esq, counsel to the Plaintiff/Debtor, and states that counsel's failure to submit proposed Requests for Findings of Fact and Rulings of Law in the form directed by the Court was an oversight caused by counsel's physical and mental exhaustion.

Revised Requests for Findings of Fact and Rulings of Law have been filed herewith

Counsel apologizes for any inconvenience caused to the Court.

                                                Jacalyn Nosek
                                                By her attorney,
                                                /s/ Philip M. Stone
                                                Philip M. Stone, BBO # 544139
                                                44 Front Street
                                                Worcester, MA 01608
                                                Tel. (508) 755-7354
                                                Fax. (508) 752.3730
                                                E-mail: pstonelaw@rcn.com

Dated:        February 25, 2006

## CERTIFICATE OF SERVICE

      I, Philip M. Stone, do hereby certify on this day I electronically filed the foregoing pleading with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Robert Charlton, Esq.

                                                /s/ Philip M. Stone
                                                Philip M. Stone

DATED:      February 25, 2006