UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:

Jacalyn S. Nosek
       Debtor

Chapter 13
Case No.: 02-46025-JBR

Jacalyn S. Nosek
       Plaintiff
v.
Ameriquest Mortgage Company
       Defendant

Adversary Proceeding No. 04-04517-JBR

**Plaintiff's Motion Pursuant to Fed. R. Civ. P. 59(c) and
Fed. R. Bankr. P. 9023 for Reconsideration RE Order of March 8, 2006
RE: Plaintiff's Motion Pursuant to Bankruptcy Rule 7015(b) to Amend Pleading to Conform
to the Evidence**

Now comes the Plaintiff and moves this Honorable Court pursuant to Fed. R. Civ. P. 59(c) and Fed. R. Bankr. P. 9023 to reconsider its Order of March 8, 2006, wherein it DENIED *Plaintiff's Motion Pursuant to Bankruptcy Rule 7015(b) to Amend Pleading to Conform to the Evidence*.

In support of this Motion, Plaintiff states that a clear error of law was made by the Court when it denied Plaintiff's request to add proposed Count 8, which asserted that Ameriquest's application of post petition payments tendered by the Debtor against pre-petition arrears amounts constituted a

violation of 11 U.S.C §362.

    A *Memorandum in Support of Plaintiff's Motion for Reconsideration* is filed herewith.

                                                              Jacalyn S. Nosek
                                                               by her attorney,

                                                               /s/ Philip M. Stone
                                                               Philip M. Stone, BBO # 544139
                                                               44 Front Street
                                                               Worcester, MA 01608
                                                               Tel. (508) 755-7354
                                                               Fax. (508) 752.3730
                                                               E-mail: pstonelaw@rcn.com

Dated:        March 16, 2006

## CERTIFICATE OF SERVICE

    I, Philip M. Stone, do hereby certify on this day I electronically filed the foregoing pleading with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Robert Charlton, Esq.
William Amann, Esq.

    I further certify that I have mailed this day by first-class mail, postage prepaid, a copy of the aforementioned pleading electronically filed with the Court on the following non-CM/ECF participants:

Jacalyn S. Nosek
60 Bolton Road
PO Box 1311
S. Lancaster, MA 01561

                                                              /s/ Philip M. Stone
                                                              Philip M. Stone