UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

---

In re:

Jacalyn S. Nosek
     Debtor

Chapter 13
Case No.: 02-46025-JBR

---

Jacalyn S. Nosek
     Plaintiff

v.

Ameriquest Mortgage Company
     Defendant

Adversary Proceeding No.  04-04517

---

**Affidavit of Philip M. Stone, Esq.
in Support of Motion to Assess Attorney's Fees and Costs**

I, Philip M. Stone, Esq., being duly sworn and under oath do hereby depose and say as follows:

1.     In October, 2002, I was first contacted by the Debtor for the purpose of filing a chapter 13 bankruptcy petition.  A foreclosure sale by Ameriquest Mortgage Company on the Debtor's residence at 60 Bolton Road, S. Lancaster, MA was imminent.

2.     Ameriquest is the holder of a first position mortgage in the original amount of $90,000.00, given by Ms. Nosek to Ameriquest on or about November 25, 1997.

3.     A retainer agreement was executed, and a skeleton petition was filed on October 2, 2002, under Chapter 13 in the United States Bankruptcy Court for the District of Massachusetts.

4.     The retainer agreement stated that a flat fee of $2,500 would be charged for specified services (referred to as Section I matters) including the preparation and filing of debtor's chapter 13

petition and initial Plan, and that specified additional services (referred to as Section II matters) which would require additional time and court appearances would be billed at counsel's then current rate of $195.00 per hour.  See Exhibit 1, attached.

5.    I increased my hourly rate to $225 per hour effective February 1, 2003.  A memo advising all clients of the increase was inserted in the monthly statements mailed on or about January 8, 2003. On July 9, 2004, I advised all clients by memo inserted in the monthly statements that effective August 1, 2004, my hourly rate would increase to $250.00.

6.    On February 10, 2004, I filed the *First Interim Application and Affidavit of Philip M. Stone, Esq., Counsel for the Debtor, For Fees and Expenses*, which covered the period from October 1, 2002 through January 30, 2004.

7.    The Section II matters included in my *First Interim Application* included matters related to an accounting dispute with Ameriquest, such as responding to a motion for relief, and preparing and prosecuting the Debtor's objection to the proof of claim filed by Ameriquest. They also included matters unrelated to Ameriquest, such as addressing claims of the taxing authorities, and the preparation of two amended Chapter 13 Plans. An Order Confirming *Debtor's Second Amended Plan* entered in January, 2004.

8.    My *First Interim Application* was ALLOWED by this Court on March 15, 2004.

9.    For the sake of simplicity, I am presuming that the accounting disputes with Ameriquest during the time covered by my *First Interim Application for Fees and Expenses* concerned the application of payments made by the Debtor during her two prior bankruptcy cases, which resulted in the filing of an *Amended Proof of Claim*, but which was different from the subject of this adversary proceeding.

10.      During the five-month period from February 1, 2004 through June, 2004, my time devoted to addressing Ameriquest's accounting practices was billed under general Section II matters.  See Exhibit 2, *"Section II matters - Time by Job Detail"*, attached.

11.      On February 19, 2004, I had my first conversation with Ms. Nosek concerning a re-finance of her mortgage to Ameriquest.

12.      My notes indicate that during February through April, 2004, I devoted one-half hour to the proposed re-finance, including communicating with the mortgage broker, obtaining payoff figures from the chapter 13 trustee, and requesting payoff information and a payment history from Ameriquest.

13.      In May and June, 2004, I devoted 3.3 hours to addressing Ameriquest's accounting.

14.      Thus, from February through June, 2004, I devoted 3.8 hours to the re-finance and to addressing Ameriquest's accounting, which I billed at $225 per hour, for a total of $855.00.

15.      On or about July 20, 2004, I set up a separate billing "job" in QuickBooks parlance captioned "Section II matters: Ameriquest, Claim v." where I tracked my time devoted to matters concerning Ameriquest's accounting practices.  See Exhibit 3, *"Section II matters: Ameriquest, Claim v. - Time by Job Detail"*, attached.

16.      My initial approach to resolving the accounting dispute with Ameriquest was to begin to draft an adversary complaint.  After further reflection, I decided that it would be faster and more economical to draft and file a motion to determine amount of liens, which was completed and filed on August 11, 2004.

17.      Despite several hearings and Orders from the Court on Debtor's *Motion to Determine Amount of Liens,* Ameriquest failed to satisfactorily explain their accounting practices.

18.    Pursuant to an Order of the Court entered on November 2, 2004, that I file an Adversary

Proceeding, I revised the first draft of the adversary complaint I had begun in July, and filed it

on December 2, 2004.

19.    As is set forth in Exhibit 3, during the period from July 20, 2004 through June 5, 2006, I

devoted 337.95 hours to the prosecution of this adversary proceeding against Ameriquest.

20.    A complete, contemporaneous description of my work associated with this case, including the

discovery process, the preparation of a motion for summary judgment, preparation and

conducting of the trial, and the post trial pleadings and hearings, is set forth in the Monthly

*Itemizations*, attached as Exhibit 4. My time records also include a *de minimis* amount of time

spent in communications with other attorneys representing chapter 13 debtors whose mortgages

are/were held by Ameriquest, as well as consultations with several highly experienced Worcester

trial lawyers.

21.    Plaintiff's motion for summary judgment was allowed on October 25, 2005, as to Counts II and

III.  Count II alleged violation of the RESPA statute, a violation of which is a *per se* violation of

chapter 93A,the Massachusetts Consumer Protection statute.

22.    Count III alleged violations of chapter 93A, which provides by statute for the award of

attorney's fees. The Monthly *Itemizations* (Exhibit 4) are totaled in Exhibit 5, captioned *"Find*

*Report"*, which indicates that the value of my time billed with respect to the litigation concerning

Ameriquest's accounting practices is $83,647.50. Activity in July, 2004, on *"Section II*

*matters: Ameriquest, Claim v.* was billed at $225.00 per hour; all subsequent work com-

mencing on August 1, 2004, was billed at $250.00 per hour.

23.    I have devoted 6.85 hours to the preparation of the *Motion to Assess Attorney's Fees and*

*Costs* and this *Affidavit*.

24.     In addition, I advanced and disbursed $2,395.80 in costs in connection with the litigation

concerning Ameriquest's accounting practices as detailed in the *Summary of Costs Advanced*

*and Disbursed*, attached as Exhibit 6.

25.     For the reasons set forth above, I am requesting that attorneys fees of $86,215.00 as summa-

rized below, plus the costs of $2,395.80, be assessed and added to the Judgment to be entered

by this Court on or after June 19, 2006.

| | |
|---|---|
| February through June, 2004 (*Section II matters*) 3.8 hours at $225 per hour | $855.00 |
| July, 2004 through May, 2006 (*Section II matters: Ameriquest, Claim v.* ) | $83,647.50 |
| Preparation of *Motion to Assess Attorney's Fees and Costs* and *Affidavit*. 6.85 hours at $250.00 per hour | $1,712.50 |
| Sub Total | $86,215.00 |
| Costs | $2,395.80 |
| TOTAL | $88,610.80 |

Signed under the pains and penalties of perjury.

Respectfully submitted,

_____

Philip M. Stone, Esq., BBO# 544139
44 Front Street
Worcester, MA  01608
Tel. (508) 755-7354

DATED:        June 14, 2006

and this *Affidavit*.

24.    In addition, I advanced and disbursed $2,395.80 in costs in connection with the litigation

concerning Ameriquest's accounting practices as detailed in the *Summary of Costs Advanced*

*and Disbursed*, attached as Exhibit 6.

25.    For the reasons set forth above, I am requesting that attorneys fees of $86,215.00 as summa-

rized below, plus the costs of $2,395.80, be assessed and added to the Judgment to be entered

by this Court on or after June 19, 2006.

| | |
|---|---|
| February through June, 2004 (*Section II matters*) | |
| 3.8 hours at $225 per hour | $855.00 |
| | |
| July, 2004 through May, 2006 | |
| (*Section II matters: Ameriquest, Claim v.* ) | $83,647.50 |
| | |
| Preparation of *Motion to Assess* | |
| *Attorney's Fees and Costs* and *Affidavit*. | |
| 6.85 hours at $250.00 per hour | $1,712.50 |
| | |
| Sub Total | $86,215.00 |
| | |
| Costs | $2,395.80 |
| | |
| TOTAL | $88,610.80 |

Signed under the pains and penalties of perjury.

Respectfully submitted,

Philip M. Stone, Esq., BBO# 544139
44 Front Street
Worcester, MA  01608
Tel. (508) 755-7354

DATED:        June 14, 2006

COMMONWEALTH OF MASSACHUSETTS

WORCESTER, ss.                                    June 14, 2006

On this day before me, the undersigned notary public, personally appeared the above-named Philip M. Stone, proved to me through satisfactory evidence of identification, which was a Massachusetts drivers license, to be the person whose name is signed on the preceding or attached document, and acknowledged to me that he signed it voluntarily for its stated purpose.

Notary Public  Janet Reilly
My commission expires: May 15, 2009

EXHIBIT  1

# RETAINER AGREEMENT
## CHAPTER 13

This will confirm the agreement between _Tealyn S. Nosek_ and Philip M. Stone, Esq. ("the Attorney") and sets forth the terms on which the Attorney agrees to represent you as Debtor(s) in the case you intend to file in the U.S. Bankruptcy Court. The fee is $2,500 plus $ 165.00 for filing fees and costs. *It is expressly understood that all sums due must be paid in full before the petition is filed with the Bankruptcy Court.*

**I.      The services to be provided include:**

1.      General legal advice and assistance concerning debt problems;

2.      Legal advice and assistance in preparing and filing of all necessary papers, including petition, list of creditors, schedule of affairs and chapter 13 Plan; and

3.      Legal representation at the following: meeting of creditors pursuant to Section 341 and the discharge hearing, if scheduled, pursuant to Section 524(d).

The expenses chargeable against the retainer may include filing fees, deposition expenses, transcript costs, document production and reproducing costs, charges for toll, long-distance and conference telephone calls, expedited mail or delivery services, and travel costs.

**II.      Please note that the fee paid does not cover any of the following matters that may require additional legal work and/or attendance at hearings:**

1.      Adversary proceedings brought by or against the debtor;

2.      Controversy concerning claimed exemptions;

3.      Lien subordination pursuant to Section 506;

4.      Disputed claims either as to status or amount;

5.      Claims of taxing authorities;

6.      Objections to discharge generally or questions as to the dischargeability of a particular debt;

7.      The sale of any property of the estate;

8.      The conversion of the case from one chapter of the Bankruptcy Code to another.

9.      "Workouts". The Debtor may request that the Attorney negotiate with one or more creditors either before or during the pendency of a bankruptcy case as part of an effort to either avoid the need to file bankruptcy, or to effectuate a confirmable Plan.

If such matters occur, the Attorney reserves the right to request an additional retainer against which he may bill at his customary hourly rates. The current hourly billing rate for the Attorney is $195.00, and $50.00 to $75.00 for paralegals. If satisfactory arrangements for the payment of any additional fees cannot be made, the Attorney will withdraw his appearance on your behalf, subject to the approval of the Bankruptcy Court, and will not represent you on these other matters.

When billing you on an hourly basis, the Attorney will periodically send you a statement along with a detailed daily description of his time charges and reimbursable expenses.

In addition, once a meeting with the paralegal assigned to your case has taken place, you are to provide all missing information necessary to file your petition within 60 days of that initial meeting unless a mutual decision is reached that more time is needed. If you fail to provide the needed information on a timely basis, your file will become inactive and all work will be suspended. In order to reactivate your case, there will be an additional $100.00 fee charged, and no work will resume and/or your petition will not be filed until all payments due are made in full.

In the event your file is suspended and not reactivated, the Attorney shall be entitled to keep all payments made for services rendered. If the debtor fails to pay any additional money owed the Attorney under section II above, the Attorney shall be entitled to also recover all costs of collection, including reasonable attorneys fees.

_____      10/2/02
Attorney                                          DATE

ACCEPTED:

_____
Client(s) Signature(s)
The Client(s) Acknowledge Receiving a Copy of This Agreement

Rev. 1/2002

EXHIBIT 2

4:32 PM

06/14/06

**Philip M. Stone, Esq.**

# Time by Job Detail

**February 19 through June 18, 2004**

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| **Nosek, Jacalyn S.:Section II matters** | | | |
| **Hourly Legal** | | | |
| 2/19/2004 | PMS | 0.15 | 02/19/2004  TC w/. clnt re proposed re fi through mortgage broker. She will get Good Faith Estimate |
| 2/20/2004 | PMS | 0.10 | 02/20/2004  Rev fax of proposed closing costs from Affordable Mortgage.  Forwrd to clnt w/ cvr lett |
| 2/27/2004 | PMS | 0.05 | 02/27/2004  RC to Paul Kerins @ Affordable Mortgage @ 401.365.6832; LM |
| 3/25/2004 | PMS | 0.10 | 03/25/2004  Rev faxed corres from mortgage broker, IOM to HJ re obtaining payoff from c 13 Ttee |
| 4/14/2004 | PMS | 0.10 | 04/14/2004  Rev msg from clnt. IOC w/ HJ re possible contacts to get info needed, now that atty Has |
| 5/10/2004 | PMS | 0.15 | 05/10/2004  Rev correspondence from Ameriquest. |
| 5/12/2004 | PMS | 0.30 | 05/12/2004  TC from clnt, says that Ameriquest accounting is a mess. All her payments have been pos |
| 6/2/2004 | PMS | 0.25 | 06/02/2004  Status review.  TC to atty Haskell's for,er office. case is now being handled by atty B |
| 6/4/2004 | PMS | 0.45 | 06/04/2004  RC to atty Hachey, LM on his VM. TC w/ him, explained that mortgage broker was looking |
| 6/8/2004 | PMS | 0.15 | 06/08/2004  TC to clnt re Ttee's mo to dismiss.. Says she thought she was going to refinance and pa |
| 6/10/2004 | PMS | 0.35 | 06/10/2004  1st review of detailed letter from clnt re problems with Ameriquest.  TC to Jacqui, LM |
| 6/10/2004 | PMS | 0.35 | 06/10/2004  Letter to client |
| 6/11/2004 | PMS | 0.20 | 06/11/2004  TC from Jacqui. Discussed issues re Ameriquest, she will call on Monday to discuss how |
| 6/18/2004 | PMS | 1.25 | 06/18/2004  Confer w/ Jacqui re Ameriquest account. Reviewed receipts, payment history. These peopl |
| 6/18/2004 | PMS | 0.10 | 06/18/2004  Confer w/ Jacqui re c. 13 ttee's mo to dismiss. She will have funds for c. 13 Ttee [1/2 |
| Total Hourly Legal | | 4.05 | |
| Total Nosek, Jacalyn S.:Sectio... | | 4.05 | |
| **TOTAL** | | **4.05** | |

EXHIBIT 3

6:07 PM

06/14/06

**Philip M. Stone, Esq.**

# Time by Job Detail

### As of June 5, 2006

| Date | Name | Duration | Notes |
|------|------|----------|-------|

**Nosek, Jacalyn S.:Section II matters:Ameriquest, Claim v.**

**Hourly Legal**

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 7/20/2004 | PMS | 3.60 | 07/20/2004  Continue research, begin drafting adversary complaint |
| 7/23/2004 | PMS | 1.10 | 07/23/2004  Letter to atty Hachey, w/ attachments; cc; clnt |
| 8/2/2004 | PMS | 0.10 | 08/02/2004  Rev e-mail, attached file from client. |
| 8/3/2004 | PMS | 0.10 | 08/03/2004  RC to clnt. Left very detailed msg as to options, timing and strategy re Ameriquest. |
| 8/4/2004 | PMS | 0.10 | 08/04/2004  TC from new atty at Ablitt & Carulo, says that Brian Hachey is no longer w/ firm. He wi |
| 8/5/2004 | PMS | 0.30 | 08/05/2004  TC w/ Jacqui re Ameriquest. Advised that new atty was handling the case, she wants PMS |
| 8/6/2004 | PMS | 0.30 | 08/06/2004  Begin draft of mo to determine amnt of liens |
| 8/11/2004 | PMS | 0.35 | 08/11/2004  Final revisions, compile exhibits referenced in mo to determine amount of Ameriquest li |
| 9/7/2004 | PMS | 0.35 | 09/07/2004  Preapre for hearing this PM on mo to determine amnt of Ameriquest lien. They failed to r |
| 9/7/2004 | PMS | 0.75 | 09/07/2004  Attend Crt. hearing on mo to determine amount of liens. Continued to 9/21 at 2.30, Crt. |
| 9/8/2004 | PMS | 0.10 | 09/08/2004  TC from Ablitt & Caruolo, went over issues, he will get information to PMS by Monday. |
| 9/23/2004 | PMS | 0.50 | 09/23/2004  Review corres and attchments from Atty. Amann, is not a payment history. This is merely |
| 9/23/2004 | PMS | 0.20 | 09/23/2004  Review payment log from c. 13 Ttee's office. Confer w/ Leo, says one check "went stale' |
| 10/1/2004 | PMS | 0.35 | 10/01/2004  1st review of very detailed memo from client re Ameriquest's accountings. |
| 10/1/2004 | PMS | 3.00 | 10/01/2004  Complete review of client's memo. Review and flag docs. This is the worst example of mo |
| 10/4/2004 | PMS | 3.35 | 10/04/2004  Prepare outline of notes for hearing tomorrow,  table of payments made. |
| 10/5/2004 | PMS | 1.50 | 10/05/2004  Court appearance on continued hearing on mo to determine amount of lien. Ameriquest ord |
| 10/6/2004 | PMS | 0.35 | 10/06/2004  RC to Leah, obtained amnt of chk needed to order transcript. Chk cut, cover letter draf |
| 10/26/2004 | PMS | 0.25 | 10/26/2004  TC w/ atty Amann, set up a conference call for tomorrow after 1.30 PM.  TC to Leah at B |
| 10/27/2004 | PMS | 0.70 | 10/27/2004  TC w/ atty Amann, says that Ameiquest in effect does not have an accounting system that |
| 10/29/2004 | PMS | 0.30 | 10/29/2004  Review transcript of hearing, copy sent to client w/ cvr letter. |
| 11/2/2004 | PMS | 1.50 | 11/02/2004  Crt appearance on continued hearing to determine amount of lien. Confer w/ atty Amann. |
| 11/3/2004 | PMS | 0.10 | 11/03/2004  Download and review Crt's Order re yesterday's hearing. Copy sent to client w/ cvr lett |
| 11/4/2004 | PMS | 0.05 | 11/04/2004  RC to atty Amann, tld him I had forwarded Crt. order to JN, and that I was waiting to h |
| 11/5/2004 | PMS | 0.40 | 11/05/2004  Letter to atty Roy Bourgeois, w/ copies of docs. |
| 11/9/2004 | PMS | 0.10 | 11/09/2004  Telephone calls w/ atty Bourgeois rescheduling this afternoon's appt. |
| 11/11/2004 | PMS | 0.30 | 11/11/2004   Rev additional response from Ameriquest re suspense accounts. They are talking about |
| 11/11/2004 | PMS | 1.50 | 11/11/2004  Confer w/ atty Roy Bourgeois re litigation strategy for adversary. |
| 11/11/2004 | PMS | 1.00 | 11/11/2004  Begin on-line research on Ameriquest. |
| 11/15/2004 | PMS | 0.05 | 11/15/2004  TC w/ Denise, she will be available to meet tomorrow morning |
| 11/16/2004 | PMS | 1.00 | 11/16/2004  Confer w/ D. Pappalardo, obtained list of open c. 13 cases in Western Distr. of MA in w |
| 11/17/2004 | PMS | 1.25 | 11/17/2004  Set up data base file structure for 102 active c. 13 cases in MA where Ameriquest holds |
| 11/22/2004 | PMS | 1.50 | 11/22/2004  Confer w/ client and Elizabeth Castle, her minister re status of case, and elements and |
| 11/29/2004 | PMS | 1.50 | 11/29/2004  Begin update of  complaint drafted this past spring, obtain copy of class action suit v. |
| 11/30/2004 | PMS | 1.75 | 11/30/2004  Continue revisions to Complaint, on line research re C. 93A, AG's CMR regulations |
| 12/1/2004 | PMS | 0.15 | 12/01/2004   Review US Supreme Crt. decision capping damages in Koons v. Nigh. |
| 12/1/2004 | PMS | 5.75 | 12/01/2004  Compile exhibits for Complaint, complete drafting of revisions to chronology, causes of |
| 12/2/2004 | PMS | 0.20 | 12/02/2004  Enter adversary proceeding, IOC w/ HJ re diarying for summons to be dissued by Bankr. C |
| 1/4/2005 | PMS | 0.20 | 01/04/2005  1st review of answer to adversary. Was filed by Ablitt & Caruolo. Copy sent to client w |
| 1/12/2005 | PMS | 0.85 | 01/12/2005  Match answers to allegations set forth in complaint and review same. Begin outline for |

6:07 PM

06/14/06

## Philip M. Stone, Esq.
# Time by Job Detail
### As of June 5, 2006

| Date | Name | Duration | Notes |
|---|---|---|---|
| 1/14/2005 | PMS | 0.45 | 01/14/2005  TC from Bob Charlton, wants to explore settlement issues. Told him that I wd recommend |
| 1/19/2005 | PMS | 1.85 | 01/19/2005 Draft form letter to attys and review for accuracy of list of names/cases. Letter to att |
| 1/25/2005 | PMS | 0.25 | 01/25/2005  TC from two attys/ One c.13 was dismissed by c. 13 Ttee for lack of insuramce. But Stev |
| 1/27/2005 | PMS | 0.50 | 01/27/2005  TC from Kim (?) at JP Legal Services, Tara has left the office. She has an adversary pe |
| 1/28/2005 | PMS | 0.25 | 01/28/2005  TC from atty Michael Eramo @ 978..774.2200 re his client Evelyn Golini Case No. 04-1560 |
| 2/1/2005 | PMS | 0.05 | 02/01/2005  Rev corres from atty Joseph Foley |
| 2/8/2005 | PMS | 0.15 | 02/08/2005  TC w/ atty Bourgeois, faxed him copy of article from LA Times. |
| 2/8/2005 | PMS | 0.15 | 02/08/2005  TC w/ Bill Amann. says that Bob Charlton has the lead responsibility, that Bob is in Bu |
| 2/9/2005 | PMS | 0.20 | 02/09/2005  TC from Diane Anderson, also has problems w/ Ameriquest - has a complete file. She is p |
| 2/10/2005 | PMS | 0.15 | 02/10/2005  TC from Diane Anderson, she will make copies and mail to PMS, says her case is also ass |
| 2/10/2005 | PMS | 0.05 | 02/10/2005  TC from Bob Charlton, says Ameriquest wants a breakdown of fees and costs |
| 2/11/2005 | PMS | 0.45 | 02/11/2005 Compile information requested by atty Charlton, fax to him w/ cvr note. |
| 2/14/2005 | PMS | 0.25 | 02/14/2005  Rev e-mails from client, atty Aframe |
| 2/15/2005 | PMS | 0.10 | 02/15/2005  Confer w/ clnt re status. Gave her copy of LA Times article. Told her I had faxed info |
| 2/15/2005 | PMS | 0.10 | 02/15/2005  TC w/ atty Charlton, Ameriquest is not ready to settle. Discussed discovery options. |
| 2/17/2005 | PMS | 4.75 | 02/17/2005  Begin and complete prep of discovery, including requests for admission, ID of docs refe |
| 2/18/2005 | PMS | 0.10 | 02/18/2005  Rev e-mails rejecting pleadings served via e-mail to c. 13 Ttee.  Confer w/ HJ, per HJ, |
| 3/1/2005 | PMS | 1.25 | 03/01/2005 TC w/ atty Robert Charlton @  Ablitt & Caruolo. Says that Ben Vitalli ended his employme |
| 3/15/2005 | PMS | 0.25 | 03/15/2005  RC to atty Charlton. Says that person who will be deposed will be Judy Johnston, but sh |
| 3/17/2005 | PMS | 0.50 | 03/17/2005 Download and review J. Boroff's decision in Plant - decided 2/10/2003, and 9th Circ. dec |
| 3/23/2005 | PMS | 0.30 | 03/23/2005  Rev Def's responses to requests for admission.  Rev MLBR 7036-1. Fails to comply. Needs |
| 3/25/2005 | PMS | 0.80 | 03/25/2005 Draft mo to strike answers to req for admissions. Attach exhibits, file via ECF. TC to J |
| 3/30/2005 | PMS | 0.15 | 03/30/2005 Download and review Def.'s Response to Mo to Strike Response to Requests for Admissions. |
| 3/31/2005 | PMS | 0.75 | 03/31/2005  TC from atty Charlton. Wants "slack" on mo to strike, told him that he had promised doc |
| 4/1/2005 | PMS | 0.10 | 04/01/2005  Rev msg from Halina re sanctions, RC to her.  Rev e-mail from Halina and reply. |
| 4/5/2005 | PMS | 0.40 | 04/05/2005 Draft, file and serve mo for clarification of sanctions Order dtd 11/2/2004. |
| 4/5/2005 | PMS | 1.10 | 04/05/2005 Review MLBR re process for discovery sanctions. Draft and revise letter to atty Charlton |
| 4/6/2005 | PMS | 0.10 | 04/06/2005  TC w/ Bob Charlton, agreed that PMS will take depo either  May 4th or 5th, that docs wi |
| 4/7/2005 | PMS | 0.50 | 04/07/2005  TC from Bob Charlton, he read his draft of jt status report. Will send it attached to a |
| 4/13/2005 | PMS | 0.20 | 04/13/2005  Rev Crt. Order re $500 sanctions, copy to clnt w/ cvr letter. |
| 4/14/2005 | PMS | 0.10 | 04/14/2005  TC from atty Charlton, agreed to give him an additional week to respond to requests for |
| 4/15/2005 | PMS | 0.10 | 508.450.6356  RC to Bob Charlton, agreed that mo wd be continued to 5/12/05, he will file  necessar |
| 4/25/2005 | PMS | 0.20 | 04/25/2005  TC to atty Charlton, says we are still on track time wise, he expecxts to get docs from |
| 4/26/2005 | PMS | 0.30 | 04/26/2005  Begin prep of deposition outline. |
| 4/28/2005 | PMS | 0.25 | 04/28/2005 Begin review of responses to discovery requests |
| 4/28/2005 | PMS | 3.00 | 04/28/2005 Review Def's responses to discovery requests, payment history provided and other docs. C |
| 4/29/2005 | PMS | 3.85 | 04/29/2005  IOC w/ HJ re calling client RE getting copy of payment history to her. Continue deposit |
| 4/30/2005 | PMS | 4.75 | 04/30/2005 Deposition preparations [5.10-6.15 PM, 7.15-11 PM]. |
| 5/1/2005 | PMS | 4.00 | 05/01/2005  Deposition preparations [7 - 7.15 PM, 8.30 -11.15 pm] |
| 5/2/2005 | PMS | 0.60 | 05/02/2005  TC w/ Mccarthy Reporting re depo on Wedn. Told Judy depo in this case was on Wed, and o |
| 5/2/2005 | PMS | 2.50 | 05/02/2005 Continue deposition preparations (8.45 PM - 11.15 PM) |
| 5/3/2005 | PMS | 1.50 | 05/03/2005 Complete list of docs needed for deposition, compile docs for copying for tomorrow's dep |
| 5/4/2005 | PMS | 6.25 | 05/04/2005 Final prep, conduct deposition, confer w/ atty Charlton re additional docs to be produce |

6:07 PM

06/14/06

**Philip M. Stone, Esq.**

# Time by Job Detail

### As of June 5, 2006

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 5/9/2005 | PMS | 0.10 | 05/09/2005 Rev noticeof adjustable rate change effective 7/1/05 |
| 5/9/2005 | PMS | 0.10 | 05/09/2005 Rev and RC to client re results of deposition. |
| 5/10/2005 | PMS | 0.20 | 05/10/2005 Forward copy of deposition transcript to J. Nosek w/ cover letter. |
| 5/11/2005 | PMS | 0.25 | 05/11/2005 TC from Bob Charlton re hearing tomorrow. Told him I wd review my time, and c.b. Comput |
| 5/12/2005 | PMS | 0.10 | 05/12/2005 Rev Crt. Order continuing hearing on mo to strike answers to req for admissions, re-diar |
| 5/24/2005 | PMS | 0.10 | 05/24/2005 TC from Bob Charlton re taking depo of Jacqui. |
| 5/26/2005 | PMS | 0.15 | 05/26/2005 Rev VM msg from atty Charlton, TC w/ him, Will be Fed Exing docs to PMS. Wants to resche |
| 5/27/2005 | PMS | 1.35 | 05/27/2005 TC to client; LM. Begin review of docs forwrded by atty Charlton. |
| 6/1/2005 | PMS | 0.10 | 06/01/2005 TC to Bob Charlton; LM on his VM that I intended to go forward with hearing tomorrow. L |
| 6/1/2005 | PMS | 0.15 | 06/01/2005 TC from atty Charlton, told him I wd be going forward on mo tomorrow, and that Jacqui h |
| 6/1/2005 | PMS | 0.50 | 06/01/2005 Rc to client. She hasa been preparing a summary of deposition testimony. PMS to send he |
| 6/1/2005 | PMS | 1.00 | 06/01/2005 Re-organize file, make copies for client |
| 6/1/2005 | PMS | 0.50 | 06/01/2005 Prep for hearing tomorrow, continue review of Lenstar printout. |
| 6/2/2005 | PMS | 0.10 | 06/02/2005 Letter to client w/ enclosed docs. |
| 6/2/2005 | PMS | 0.75 | 06/02/2005 Crt appearance on mo to strike answer to req for admissions. Allowed, no attys fees awar |
| 6/2/2005 | PMS | 0.30 | 06/02/2005 TC to client re depo. She is meeting with her counselor and Dr. tomorrow. Went over opti |
| 6/3/2005 | PMS | 0.35 | 06/03/2005 Conf call w clnt and her counselor re deposition concerns. She has an appt this PMS w/ |
| 6/10/2005 | PMS | 0.10 | 06/10/2005 TC w/ Bob Charlton, told him I was waiting for letter from MD. He is OK about agreeing |
| 6/13/2005 | PMS | 0.75 | 06/13/2005 Draft and file jt. mo to extend deadlines of 2/17/2005 Order |
| 6/14/2005 | PMS | 0.15 | 06/14/2005 TC w/ Jacqui, went ove terms of agreement I reached re conducting deposition, she prefe |
| 6/16/2005 | PMS | 0.05 | 06/16/2005 TC to atty Charlton; LM on his VM that I spoken to client and was calling to discuss mu |
| 6/16/2005 | PMS | 0.05 | 06/16/2005 Download and review Order granting mo to extend deadlines in pre-trial Order. |
| 6/16/2005 | PMS | 0.25 | 06/16/2005 Tc w/ Bob Charlton, agreed upon 6/30 at 1 PM. Letter to client. Diary. |
| 6/22/2005 | PMS | 0.35 | 06/22/2005 TC w/ client. Set up appt for Monday at 1 to prep for depo, she is working on raising f |
| 6/27/2005 | PMS | 2.00 | 06/27/2005 Confer w/ J. Nosek in prep for deposition this Thursday. Went over her detailed comment |
| 6/28/2005 | PMS | 0.10 | 06/28/2005 Tc from atty Charlton, told him we prepared to go forward on thurs as scheduled |
| 6/30/2005 | PMS | 0.20 | 06/30/2005 Prep for deposition, confer w/ stenographer. |
| 6/30/2005 | PMS | 2.00 | 06/30/2005 Attend deposition, confer w/ client afterwards re prep of mo for partial summary judgmen |
| 7/25/2005 | PMS | 0.25 | 07/25/2005 Download and first review of J. Rosenthal's decision in RE Patchell |
| 8/3/2005 | PMS | 0.25 | 08/03/2005 Download and review Boston Globe article. TC to client, set up tent appointment for Fri |
| 8/4/2005 | PMS | 0.75 | 08/04/2005 Draft mo to extend deadline to file pre-trial stip |
| 8/5/2005 | PMS | 0.10 | 08/05/2005 TC from client, needs to reschedule today's mtg, has a migraine. She will put notes tog |
| 8/12/2005 | PMS | 0.10 | 08/12/2005 Download and review Order allowing mo to extend time to file pre-trial stip. |
| 8/17/2005 | PMS | 0.10 | 08/17/2005 TC w/ client, she will fax and e-mail summary to PMS. |
| 8/18/2005 | PMS | 0.10 | 08/18/2005 TC [3x] w/ Jacqui re ways to forward her computer file to PMS. |
| 8/18/2005 | PMS | 0.50 | 08/18/2005 TC w/ Jacqui, confirmed receipt of e-mail, review her summary. |
| 8/23/2005 | PMS | 1.25 | 08/23/2005 Begin prep of mo for for partial summary judgment |
| 8/24/2005 | PMS | 1.50 | 08/24/2005 Continue prep of mo for for partial summary judgment |
| 9/1/2005 | PMS | 4.00 | 09/01/2005 Continue prep of mo for s.j.; complete review of Ameriquest document [actual time 9 PM - |
| 9/6/2005 | PMS | 5.00 | 09/06/2005 Pprep memo for limited partial summary judgment [1.45 - 6 PM] and 6.30 - 7.45 PM |
| 9/8/2005 | PMS | 4.85 | 09/08/2005 RC to atty Charlton RE prep of jt. pre-trial Stipulation; LM @ 10.21 AM. Prepare Affidav |
| 9/8/2005 | PMS | 1.25 | 09/08/2005 Compile list of Exhibits to Memo [8.45 - 10 PM] |
| 9/8/2005 | PMS | 0.50 | 09/08/2005 Proof and edit 1st draft of memo [actual time 10.15 - 11.15 PM] |

6:07 PM

06/14/06

**Philip M. Stone, Esq.**

# Time by Job Detail

### As of June 5, 2006

| Date | Name | Duration | Notes |
|---|---|---|---|
| 9/9/2005 | PMS | 1.50 | 09/09/2005 Revise memo per proofing comments, prepare Exh Summary for Atty Charlton |
| 9/10/2005 | PMS | 2.00 | 09/10/2005 Continue drafting memo in support |
| 9/12/2005 | PMS | 3.10 | 09/12/2005 e-mail sent to atty Charlton with lists of exhibits, converted files from WP to MS WORD |
| 9/12/2005 | PMS | 1.00 | 09/12/2005 Review and revise memo |
| 9/13/2005 | PMS | 2.75 | 09/13/2005 Incorporate last night's revisions into memo, draft conclusion. Final proof reading, con |
| 9/14/2005 | PMS | 0.50 | 09/14/2005 PACER chk, no action on emer mo.  Case in chief is Joanne's, Adv case last 2 digits wd b |
| 9/14/2005 | PMS | 0.50 | 09/14/2005 File pleadings via ECF. |
| 9/15/2005 | PMS | 0.10 | 09/15/2005  Download and review Order on emer mo RE exhibits. IOC w/ AS re 5 page summary preapred |
| 9/16/2005 | PMS | 0.25 | 09/16/2005  Tc w/ atty Charlton RE his issues about proposed exhibits, he has concerns about PMS's |
| 9/19/2005 | PMS | 0.75 | 09/19/2005  PACER review as to treatment of exhibits scanned. IOC w/ AS. She will review and call C |
| 9/19/2005 | PMS | 0.70 | 09/19/2005 Prep additional info for Jt. pre-trial statement, sent attached to e-mail to atty Charlt |
| 9/19/2005 | PMS | 0.15 | 09/19/2005  TC from atty Charlton, he will get some help to send attached file to PMS. Says he want |
| 9/19/2005 | PMS | 0.45 | 09/19/2005  TC from atty Charlton, made changes to attached file as per his request deleted all ref |
| 9/21/2005 | PMS | 0.10 | 09/21/2005 Rev and diary Notice of Hearing on Mo fgor Partial SJ. IOM to AS |
| 9/21/2005 | PMS | 0.20 | 09/21/2005  TC to client. left detailed msg regarding date of hearing on mo for partial summary jud |
| 9/23/2005 | PMS | 0.10 | 09/23/2005 TC w/ Jacqui, says she will get summary of her claims to PMS on Tuesday. Discussed her c |
| 9/23/2005 | PMS | 0.20 | 09/23/2005 File Notice of Hearing via ECF RE mo for Partial Summ Judg |
| 9/29/2005 | PMS | 0.75 | 09/29/2005  1st review of client's faxed itemization of damages. IOC w/ attys CB ang AG RE tax trea |
| 10/3/2005 | PMS | 0.05 | 10/03/2005 TC to SAK; LM at his home #. |
| 10/4/2005 | PMS | 0.05 | 10/04/2005 TC to SAK at home #, LM asking for c.b. |
| 10/5/2005 | PMS | 0.35 | 10/05/2005 Download and review opposition to motion for partial summary judgment, forward copy to J |
| 10/6/2005 | PMS | 1.25 | 10/06/2005  Confer w/ atty SAK RE go-forward strategy, potential trial issues, settlement options, |
| 10/6/2005 | PMS | 0.00 | |
| 10/7/2005 | PMS | 0.95 | 10/07/2005 TC from Jacqui, draft and revise demand letter. Send to atty Charlton via fax and first |
| 10/20/2005 | PMS | 0.25 | 10/20/2005 Unscheduled IOC w/ client. Told her I had rec'd msg from atty Charlton, but we had not c |
| 10/24/2005 | PMS | 1.50 | 10/24/2005 Rev MLBR, Fed R. 56,  Affidavits in opposition are to be filed "prior to the day of hear |
| 10/25/2005 | PMS | 2.25 | 10/25/2005 Prep for hearing at 11 AM, TC from clnt,  offers to pick PMS up. Crt. Appearance on mo f |
| 10/27/2005 | PMS | 0.30 | 10/27/2005  TC to Bankr Crt. Per Halina, judge wiull not be issuing a written decision, to get it i |
| 10/28/2005 | PMS | 0.35 | 10/28/2005  Cut check, forward w/ letter to Leah at Bankr Crt for portion of transcript; cc: client |
| 10/31/2005 | PMS | 0.15 | 10/31/2005  TC to atty Charlton @ 1.45 PM, per sec he is gone for the remainder of the day. left de |
| 11/1/2005 | PMS | 0.10 | 11/01/2005 Rev e-mail from Halina, TC to atty Charlton @ 11.08 AM, LM in his VM. |
| 11/1/2005 | PMS | 0.25 | 11/01/2005  RC from atty Charlton, says his client will not pay $6m, and probably not $2m. Agreed t |
| 11/3/2005 | PMS | 0.05 | 11/03/2005  TC to atty Pitnof, LM. |
| 11/3/2005 | PMS | 0.35 | 11/03/2005  TC from Jackie w/ ? RE status. Told her that judge was unable to come up with a mediato |
| 11/4/2005 | PMS | 0.30 | 11/04/2005 Rev notice of change in variable rate. Download and review mo for reconsideration, |
| 11/4/2005 | PMS | 0.25 | 11/04/2005 TC w/ atty NDP RE valuing case from PI atty's perspective. Set up appt for Tues AM at 9. |
| 11/7/2005 | PMS | 0.05 | 11/07/2005 IOC w/ AS re copies to NDP. |
| 11/8/2005 | PMS | 1.25 | 11/08/2005 Confer w/ atty Pitnof, TC to clnt; LM @ 10.58 AM |
| 11/8/2005 | PMS | 0.75 | 11/08/2005  Begin prep of response to mo for reconsideration, doanload and rev. J. Feeney's decsisi |
| 11/8/2005 | PMS | 0.25 | 11/08/2005 Continue draft of opp to mo for reconsideration |
| 11/9/2005 | PMS | 0.40 | 11/09/2005  Confer w. Leah RE status TC w/ clnt RE conf w. NDP yesterday. Discussed scheduling mtgs |
| 11/9/2005 | PMS | 3.00 | 11/09/2005 Complete prep of oppp to mo to reconsideration, per TC from Leah, transcript was complet |
| 11/10/2005 | PMS | 0.75 | 11/10/2005  TC w. atty Charlton RE settlement options. TC fro Jane Appell RE her concerns RE testif |

6:07 PM

06/14/06

**Philip M. Stone, Esq.**

# Time by Job Detail

### As of June 5, 2006

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 11/11/2005 | PMS | 0.25 | 11/11/2005 Revise opposition to  Motion for Reconsideration, file via ECF, hard copy to client. |
| 11/11/2005 | PMS | 1.25 | 11/11/2005 Begin draft of demand letter to atty Charlton. TC to Jacqui, she will stop in to review |
| 11/11/2005 | PMS | 0.75 | 11/11/2005 Confer w/ client. Rev draft of letter to atty Charlton, discussed testimony of therapist |
| 11/11/2005 | PMS | 0.45 | 11/11/2005 Revise letter per IOC w/ clnt, fax and mail to atty Charlton; cc: client |
| 11/14/2005 | PMS | 0.40 | 11/14/2005  TC to atty Charlton, LM on his VM. IOC w/ AS RE prep of medical records release authori |
| 11/15/2005 | PMS | 0.50 | 11/15/2005  TC from Bob Charlton RE letter sent, he wants a demand to forward to his client. Told h |
| 11/17/2005 | PMS | 0.25 | 11/17/2005  TC w/  Jane Appell RE mtg tomorrow at 1 PM, obtained directions, TC to NDP, PMS will pi |
| 11/17/2005 | PMS | 0.75 | 11/17/2005 Crt appearance on Ameriquest's mo for reconsideration, Denied. |
| 11/18/2005 | PMS | 0.75 | 11/19/2005 Download and review J. Rosenthal's Decision on Mo for Reconsideration.  Review exhibits |
| 11/18/2005 | PMS | 4.60 | 11/18/2005 Trial prep. Trav to Concord w/ atty Pitnof and return. Confer w/ J. Appell, Liz Castle, |
| 11/18/2005 | PMS | 0.10 | 11/18/2005 Review Offer of Judgment of $40,000. |
| 11/21/2005 | PMS | 0.30 | 11/21/2005 Trial Prep. IOC w/ AS RE assembly of exhibit binders, TC w/ Bob at Henry's Copy Center. |
| 11/21/2005 | PMS | 4.00 | 11/21/2005 [2.30 -> 7.40 PM] TC to Jacqui, she spoke to  Dr. Lundquist, who will be expecting a cal |
| 11/21/2005 | PMS | 2.00 | 11/21/2005 Trial prep. Continue outline of direct exam of J. Nosek. [actual time 8.30 PM to 11:45 p |
| 11/22/2005 | PMS | 0.60 | 11/22/2005 Continue trial preparations, prepare for meeting this PM w/ JN, 1st witness to be called |
| 11/22/2005 | PMS | 2.75 | 11/22/2005 Trial prep. Continue working on direct examination outline, notes regarding exhibits. Re |
| 11/22/2005 | PMS | 2.30 | 11/22/2005 Confer w/ JN RE hearing on Mon, see notes .She will fax medical history, has spoken to b |
| 11/23/2005 | PMS | 0.20 | 11/23/2005  IOC w/ JN RE medical history. She will update and fax to PMS for Friday, says that one |
| 11/25/2005 | PMS | 1.50 | 11/25/2005 Came in to review fax of medical history, promised for 10 AM, not here at 2.30 PM. Revis |
| 11/27/2005 | PMS | 1.25 | 11/27/2005 Trial prep. Draft and revise opening statement. |
| 11/28/2005 | PMS | 1.20 | 11/28/2005 Trial prep. Rev filed pre-trial stip, RE admitted facts, transcript of Court's decision |
| 11/28/2005 | PMS | 3.75 | 11/28/2005 Begin trial. Confer w/ JN afterwards RE testimony at next hearing on Wednesday. |
| 11/30/2005 | PMS | 0.10 | 11/30/2005 TC to Dr. Lundquist, see notes in file. LM. TC to Dr. Casal, told to call back after 1.1 |
| 11/30/2005 | PMS | 0.20 | 11/30/2005 Rev outline RE JN's testimony for today. |
| 11/30/2005 | PMS | 3.25 | 11/30/2005 Crt appearance for 2nd day of trial. Confer afterwards w/ client RE prep for cross exami |
| 12/2/2005 | PMS | 2.75 | 12/02/2005  Court appearance for 3rd day of trial. Confer w/ client RE MD witnesses. |
| 12/2/2005 | PMS | 0.40 | 12/02/2005  TC from clnt. She spoke to Dr. Lundquist, who wd like JN to obtain records from prior t |
| 12/5/2005 | PMS | 0.25 | 12/05/2005  TC w/ Dr. Lundquist, went over status of case, set up appt for Thurs 12/15 at 10 AM at |
| 12/6/2005 | PMS | 0.20 | 12/06/2005  Download, print and review Washington Post article RE Ameriquest's failure to make paym |
| 12/6/2005 | PMS | 0.20 | 12/06/2005  TC w/ client re her health care provider witnesses. She has an appointment on Fri at 1 |
| 12/8/2005 | PMS | 1.00 | 12/08/2005  Download and review: Notice of Appeal dtd 12/7/2005, election to have appeal by US Dist |
| 12/8/2005 | PMS | 0.20 | 12/08/2005  TC w/ atty Charlton, they will agree to split costs of transcript. Made demand for $.5m |
| 12/14/2005 | PMS | 1.75 | 12/14/2005 Trav and return for mtg. w/ Dr. Casal, she will appear without need for a subpoena. Obta |
| 12/14/2005 | PMS | 0.10 | 12/14/2005  Rev msg left by Jane Appell RE served w/ subpoena. RC to her at all numbers, given. LM |
| 12/14/2005 | PMS | 0.30 | 12/14/2005 1st review of medical records from Dr. Casal. |
| 12/14/2005 | PMS | 0.10 | 12/14/2005  TC w/ Leah, she says that Steve Ablitt has already ordered transcripts of hearing on mo |
| 12/14/2005 | PMS | 0.95 | 12/14/2005  TC from Dr. Jane Appell, discussed subpoena she received today. She will fax it to PMS |
| 12/14/2005 | PMS | 1.00 | 12/14/2005 Rev J. Agnes's unreported decision in Donovan v. Prussman (Essex Superior 11/22/2004) re |
| 12/15/2005 | PMS | 0.10 | 12/15/2005 Rev faxed copy of subpoena received by Jane Appell. |
| 12/15/2005 | PMS | 3.25 | 12/15/2005  Trav to UMC, confer w/ client and Dr. Lundquist, she was also served with a subpoena. D |
| 12/16/2005 | PMS | 0.35 | 12/16/2005 Obtain copies unpublished decision, FRD decision at Law Library |
| 12/16/2005 | PMS | 0.10 | 12/16/2005 Rev msg from Dr. Lundquist.  RC to Bob Charlton, LM. |
| 12/16/2005 | PMS | 0.50 | 12/16/2005  TC w/ atty Charlton RE subpoenas he issued. He will agree that med records produced by |

6:07 PM

06/14/06

**Philip M. Stone, Esq.**

# Time by Job Detail

### As of June 5, 2006

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 12/16/2005 | PMS | 5.00 | 12/16/2005  e-mail to Dr. Appell RE status of mo to quash. Draft and revise opp to mo to appeal, fi |
| 12/18/2005 | PMS | 1.20 | 12/18/2005 Prep 1st draft of outline of direct exam of Dr. Casal. |
| 12/19/2005 | PMS | 0.20 | 12/19/2005  Rev and reply to e-mail from J. Appell. |
| 12/19/2005 | PMS | 0.65 | 12/19/2005  TC to JN, LM on both #s asking about status of UMMC records. TC w/ Jane Appell [32 min] |
| 12/19/2005 | PMS | 1.20 | 12/19/2005 PACER check @ 10.47 AM. Crt. has scheduled an emergency hearing for tom at 9 AM. Downloa |
| 12/19/2005 | PMS | 1.35 | 12/19/2005  TC to JN at home #, calls are not going through. LM on her cell # @ 1.05 PM. Begin dra |
| 12/19/2005 | PMS | 2.75 | 12/19/2005  TC to JN's cell#, LM on VM @ 2.40 PM RE UMMC records. TC from atty Charlton, he is OK w |
| 12/20/2005 | PMS | 0.75 | 12/20/2005 Crt. appearance RE mo to quash, Stip allowed and emer mo filed in open Crt. and allowed. |
| 12/20/2005 | PMS | 1.35 | 12/20/2005  TC w/ Dr. Appell RE picking up records. She is at home now, PMS to make calls. TC to JN |
| 12/20/2005 | PMS | 0.30 | 04-04517 Paged Liz Castle, TC to Liz, set up apt for tom at 3 PM, she says she keeps notes of her s |
| 12/20/2005 | PMS | 0.30 | 12/20/2005  IOC w/ AS, says that Dr. Appell delivered notes to atty Charlton, that she mailed copie |
| 12/20/2005 | PMS | 0.25 | 12/20/2005  TC from atty Charlton, Dr. Appell wd not give him copies unless he had a signed Order f |
| 12/20/2005 | PMS | 0.75 | 12/20/2005 Continue prep of out of direct exam of MD's. TC to Halina, LM asking what time 1st after |
| 12/21/2005 | PMS | 1.00 | 12/21/2005 Letters to Dr. witnesses, TC to Dr . Appell, TC w/ client RE Jan. scheduled trial dates, |
| 12/21/2005 | PMS | 1.00 | 12/21/2005 Continue prep of outline of direct exam of Dr. Appell, review notes from mtg/ w/ J. Nose |
| 12/21/2005 | PMS | 0.50 | 12/21/2005 Rev copies of notes from J. Appell, delivered by UPS at 2.30 PM! |
| 12/21/2005 | PMS | 2.85 | 12/21/2005 Confer w/ Liz Castle RE hearing tomorrow , prep summary of notes, outline of her direct |
| 12/22/2005 | PMS | 7.00 | 12/22/2005 Full day of trial [9.00 - 12.30], confer w/ JN [.25], return @ 1.15 PM, confer w/ Liz Ca |
| 12/22/2005 | PMS | 0.10 | 12/22/2005 Download and review Orders dismissing case. |
| 12/27/2005 | PMS | 0.35 | 12/27/2005 Rev and reply to e-mail from Bob Charlton RE costs of transcripts, download and review E |
| 12/28/2005 | PMS | 0.50 | 12/28/2005 Legal research at Law Library RE satisfying requirements for class certification, obtain |
| 12/28/2005 | PMS | 0.20 | 12/28/2005 Rev and reply to e-mail from Jane Appell RE borderline personality |
| 1/10/2006 | PMS | 0.75 | 01/10/2006 1st rev of trial transcripts |
| 1/10/2006 | PMS | 0.50 | 01/10/2006 1st rev of transcript of Day Four of trial |
| 1/11/2006 | PMS | 0.10 | 01/11/2006  TC to atty Charlton [2x], LM RE ? which witnesses heplans to call next week. |
| 1/12/2006 | PMS | 0.10 | 01/12/2006 TC to aty Charlton, per sec he is still out due to auto accidemt. LM in his VM RE his wi |
| 1/13/2006 | PMS | 0.15 | 01/13/2006  TC from atty Charlton. Says that he is thinking of calling John Kelleher, CPA to testif |
| 1/16/2006 | PMS | 8.50 | 01/16/2006  Review online info on witness John Kelleher, prep and revise outline for cross exam of |
| 1/16/2006 | PMS | 2.00 | 01/16/2006 Begin prep of outline of Ameriquest witness [9.00 - 11 P.M.] |
| 1/17/2006 | PMS | 1.50 | 01/17/2006 Continue prep of outline of cross exam of Ameriquest witness, TC w/ Nat Pitnof RE Ameriq |
| 1/17/2006 | PMS | 1.65 | 01/17/2006 Continue prep of outline of cross of Ameriquest witness [12.05 - 1.45 pm] |
| 1/17/2006 | PMS | 1.00 | 01/17/2006  Complete 1st draft of outline of cross exam of Tess Hoo for Ameriquest |
| 1/18/2006 | PMS | 0.10 | 01/18/2006  RC to atyt Charlton, wants to know if PMS will object to Tess Hoo testifying rather tha |
| 1/18/2006 | PMS | 3.50 | 01/18/2006 Complete revisions to outline for cross exam of Tess Hoo. IOC w/ AS about missing pages |
| 1/19/2006 | PMS | 0.25 | 01/19/2006 Obtain and review case law RE in liminae motion |
| 1/19/2006 | PMS | 2.00 | 01/19/2006 Appear for Day Five of Trial. Argued in liminae motion, allowed in part - may only testi |
| 1/19/2006 | PMS | 0.20 | 01/19/2006  TC to atty Charlton, per recpt, "he is in a meeting". LM w/ my name and number, and tha |
| 1/20/2006 | PMS | 0.10 | 01/20/2006  Download and print Order on Mo In Liminae |
| 1/20/2006 | PMS | 1.25 | 01/20/2006  Court appearance for Day Six of trial. Def. did not call Tes Hoo as a witness.  Confer |
| 1/20/2006 | PMS | 0.40 | 01/20/2006 TC w/ Gloria Irwin, she can send all files on a CD in WordPerfect format, will wait to s |
| 1/23/2006 | PMS | 0.15 | 01/23/2006 Download and review notice of deadline to file requests for ruling/findings, notice of h |
| 1/23/2006 | PMS | 0.25 | 01/23/2006 TC w/ NDP, under MA, two torts for emotional distress are recognized, negligent and inte |
| 1/23/2006 | PMS | 0.75 | 01/23/2006 Draft letter to atty Charlton RE possible settlement structure |

6:07 PM

06/14/06

**Philip M. Stone, Esq.**
# Time by Job Detail
### As of June 5, 2006

| Date | Name | Duration | Notes |
|---|---|---|---|
| 1/24/2006 | PMS | 0.15 | 01/24/2006 Revise letter to atty Charlton, fax and mail, cc: clnt |
| 1/31/2006 | PMS | 0.15 | 01/31/2006 TC w/ Gloria Irwin RE fee for files on CD, it will be $325, including copies of last tw |
| 2/6/2006 | PMS | 0.50 | 02/06/2006 TC w/ atty Steve Gordon re elements and computation of damages, see notes |
| 2/10/2006 | PMS | 1.00 | 02/10/2006 Begin prep of requests for findings |
| 2/10/2006 | PMS | 5.00 | 02/10/2006 Continue prep of requested findings. Actual time [2.45 -6.45] |
| 2/11/2006 | PMS | 3.35 | 02/11/2006 Continue prep of requested findings [1.25 - 4.45 PM] |
| 2/12/2006 | PMS | 2.75 | 02/12/2006 Continue prep of requesting findings, review of transcripts of Day 1 and Day 2 [2.10 -3 |
| 2/12/2006 | PMS | 1.25 | 02/12/2006 Continue prep of requesting findings, review of transcripts of Day 3 [7.30 - 8.45 PM] |
| 2/13/2006 | PMS | 3.50 | 02/13/2006 [3.08 PM - 7 PM @ office] TC to atty Charlton, says he faxed PMS's proposal to Ameriques |
| 2/13/2006 | PMS | 1.75 | 02/13/2006 Continue prep of requested findings RE testimony by Dr. Casal [actual time 9 -11.45 PM], |
| 2/14/2006 | PMS | 0.10 | 02/14/2006 RC to clnt, advised that I had spoken to atty Charlton, and that he had not heard from |
| 2/14/2006 | PMS | 1.25 | 02/14/2006 Continue prep of requested findings |
| 2/14/2006 | PMS | 3.35 | 02/14/2006 Continue prep of requested findings-legal [3.45 -> 6.55] |
| 2/14/2006 | PMS | 3.30 | 02/14/2006 Continue prep of findings. Complete rev of trial transcript of testimony by Dr. Casal. |
| 2/15/2006 | PMS | 1.15 | 02/15/2006 Complete prep of summary of trial transcripts RE Dr. Casal and Dr. Lundquist [12.30 - 1 |
| 2/15/2006 | PMS | 1.50 | 02/15/2006 Law library research re prep of findings. Rev Judge Yacos decision RE McCormack claim v |
| 2/15/2006 | PMS | 1.25 | 02/15/2006 Upload files sent vie e-mail from Law Library, rename and set up as converted WP files. |
| 2/15/2006 | PMS | 1.50 | 02/15/2006 Prep summary/digest of Dr. Appell's trial testimony [9.45 - 11.20 PM] |
| 2/16/2006 | PMS | 0.50 | 02/16/2006 Continue prep of requested findings RE Dr. Appell |
| 2/16/2006 | PMS | 0.00 | 02/16/2006 Continue prep of requested findings [11.05 - 12.35] |
| 2/16/2006 | PMS | 3.50 | 02/16/2006 [1.30 -5] Continue prep of requested findings |
| 2/17/2006 | PMS | 5.75 | 02/17/2006 Continue prep of requested findings, TC from client. Says that her reference to the two |
| 2/19/2006 | PMS | 7.35 | 02/19/2006 Continue prep of requested findings. [1.20 -> 5.25] [5.55 - 9.15 PM |
| 2/20/2006 | PMS | 4.50 | 02/20/2006 Continue prep of requested findings [9.05 AM - 12.06 PM] [12.51 2.25 |
| 2/20/2006 | PMS | 2.50 | 02/20/2006 Prepare amended Complaint, mo to amend complaint, final revisions and edits to requested |
| 2/21/2006 | PMS | 0.15 | 02/21/2006 TC from Madeline at Bankr Crt. re changed needed to ECF filing yesterday. Needs PMS to |
| 2/21/2006 | PMS | 0.15 | 02/21/2006 Letter to client w/ copy of Requested Findings/Rulings, amended complaint [in part], an |
| 2/22/2006 | PMS | 0.35 | 02/22/2006 Download and review request for findings filed by atty Amman. Copy sent to JN w/ cvr not |
| 2/23/2006 | PMS | 0.10 | 02/23/2006 Confer w/ Halina RE Judge's Order RE Requested Findings |
| 2/24/2006 | PMS | 4.50 | 02/24/2006 Prepare revised Requested Findings per Crt. Order |
| 2/25/2006 | PMS | 2.50 | 02/25/2006 Forward revised requested findings to office via e-mail from house. Complete final revis |
| 2/25/2006 | PMS | 0.50 | 02/25/2006 Draft and file response to show cause order |
| 3/2/2006 | PMS | 0.30 | 03/02/2006 Download and first review of atty Amman's opposition to motion to amend Complaint |
| 3/3/2006 | PMS | 0.10 | 03/03/2006 TC from clnt RE fax sent regarding insurance. She faxed coverage sheet showing house wa |
| 3/3/2006 | PMS | 0.25 | 03/03/2006 Begin prep of outline for closing argument. |
| 3/5/2006 | PMS | 0.20 | 03/05/2006 Begin outline for closing argument |
| 3/6/2006 | PMS | 0.15 | 03/06/2006 Download notice of hearing, IOC w/ AS RE prep of notice of hearing, review same. |
| 3/6/2006 | PMS | 1.50 | 03/06/2006 Continue prep of closing argument |
| 3/6/2006 | PMS | 1.65 | 03/06/2006 Complete  prep of outline of closing argument, review US Supreme Crt's recent decisions |
| 3/7/2006 | PMS | 0.75 | 03/07/2006 Final revisions to closing argument |
| 3/14/2006 | PMS | 3.25 | 03/14/2006 Law Library research RE motion for reconsideration RE denial of motion to amend |
| 3/14/2006 | PMS | 2.50 | 03/14/2006 Begin prep of mo for reconsideration RE mo to amend. [.5 + from 3.15 PM -> 6.15] |
| 3/15/2006 | PMS | 2.25 | 03/15/2006 Continue prep of mo for reconsideration [actual time 2.55 PM - 5.55 PM] |

**Philip M. Stone, Esq.**

# Time by Job Detail
### As of June 5, 2006

| Date | Name | Duration | Notes |
|------|------|----------|-------|
| 3/16/2006 | PMS | 2.00 | 03/16/2006 Continue prep of mo for reconsideration [10.40 AM -12.40 PM] |
| 3/16/2006 | PMS | 1.25 | 03/16/2006 Final revision to memo in support of mo for reconsideration. File via ECF, and serve. C |
| 3/22/2006 | PMS | 0.20 | 03/22/2006 Download and review J. Rosenthal's decision denying mo for reconsideration. |
| 3/22/2006 | PMS | 0.05 | 03/22/2006 RC to client, told her that J. Rosenthal denied mo for reconsideration. |
| 3/28/2006 | PMS | 0.10 | 03/28/2006 TC from Bob Charlton, says that Ameriquest is now prepared to "bring the loan current", |
| 3/28/2006 | PMS | 0.15 | 03/28/2006 Rev fax from atty Charlton, forward to clnt. w/ cvr letter, diary ahead one week. |
| 4/7/2006 | PMS | 0.10 | 04/07/2006 TC from clnt w/ ? RE status. Advised I had not heard anything further from Crt. She is |
| 4/10/2006 | PMS | 0.35 | 04/10/2006 Draft file and serve 2nd mo to extend time to file answer to c. 13 Ttee mo to dismiss. |
| 4/18/2006 | PMS | 0.50 | 04/18/2006 Rev and diary Crt. Order to appear for hearing on 4/26 at 10 AM RE ? of whether Crt. has |
| 4/18/2006 | PMS | 0.15 | 04/18/2006 TC to clnt RE notice of hearing rec'd today. Letter to her w/ copy of Crt. Order |
| 4/19/2006 | PMS | 3.50 | 04/19/2006 Research at Law Library [8 AM - 11.30 AM] |
| 4/19/2006 | PMS | 1.50 | 04/19/2006 Begin prep of memo [4.22 - 6 PM] |
| 4/20/2006 | PMS | 0.05 | 04/20/2006 TC w/ Steve Ablitt RE settlement, says that it's Bob 's case, and that "Ameriquest is n |
| 4/21/2006 | PMS | 0.75 | 04/21/2006 Continue prep for Wed. hearing |
| 4/25/2006 | PMS | 0.10 | 04/25/2006 Confer w/ atty Charlton RE hearing tomorrow, settlement positions. |
| 4/25/2006 | PMS | 0.10 | 04/25/2006 TC from client RE hearing tomorrow, status of settlement discussions. |
| 4/25/2006 | PMS | 1.35 | 04/25/2006 Continue prep for hearing tomorrow [4.55 -> 6.15] |
| 4/26/2006 | PMS | 1.00 | 04/26/2006 Attend hearing on jurisdictional issues, confer w/ Judge and counsel RE possible settle |
| 5/1/2006 | PMS | 0.15 | 05/01/2006 TC w/ atty Charlton, says he relayed Judge's thoughts to Ameriquest, and is waiting to |
| 5/3/2006 | PMS | 0.20 | 05/03/2006 Review T&G article RE Ameriquest layoffs. TC to atty Charlton @ 2.30 PM. Expected back |
| 5/3/2006 | PMS | 0.25 | 05/03/2006 2nd TC to atty Charlton. He has been in touch w/ general counsel at Ameriquest. Expect |
| 5/5/2006 | PMS | 0.15 | 05/05/2006 TC from atty Charlton, Says that he is still discussing settlement w/ Ameriquest. Adam |
| 5/8/2006 | PMS | 0.10 | 05/08/2006 Rev letter from Ameri1quest with announcement of increase in monthly mortgage payment. |
| 5/9/2006 | PMS | 0.15 | 05/09/2006 TC to atty Charlton RE status of settlement. He says that Adam Bass is buried with layo |
| 5/10/2006 | PMS | 0.05 | 05/10/2006 TC to atty Charlton @ 2.10 PM, LM asking for c.b. He was to have called back yesterday |
| 5/10/2006 | PMS | 0.10 | 05/10/2006 Rev VM msg left at 3.45 by Bob Charlton, says he hasn't heard anything further. LM that |
| 5/12/2006 | PMS | 0.10 | 05/12/2006 Rev VM msg from atty Charlton, says he did speak to Halina, is still waiting for a CB. f |
| 5/22/2006 | PMS | 0.25 | 05/22/2006 TC from atty Charlton, says he is still waiting to hear from Ameriquest. His contact is |
| 6/5/2006 | PMS | 0.10 | 06/05/2006 Download and review Notice of Decision, TC to atty Charlton; LM on his VM. |
| 6/5/2006 | PMS | 0.10 | 06/05/2006 RC from atty Charlton, is aware of Crt's Notice. He is in touch w/ General Counsel, who |

| | | | |
|------|------|----------|-------|
| Total Hourly Legal | | 337.95 | |
| | | | |
| Total Nosek, Jacalyn S.:Se... | | 337.95 | |
| | | | |
| **TOTAL** | | **337.95** | |

EXHIBIT 4

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 07/20/2004  Continue research, begin drafting adversary complaint | 3.6 | 225.00 | 810.00 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $810.00

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 08/02/2004  Rev e-mail, attached file from client. | 0.1 | 250.00 | 25.00 |
| 08/03/2004  RC to clnt. Left very detailed msg as to options, timing and strategy re Ameriquest. | 0.1 | 250.00 | 25.00 |
| 08/04/2004  TC from new atty at Ablitt & Carulo, says that Brian Hachey is no longer w/ firm. He will be handling file now. Told him that Hachey was to have called Ameriquest and gotten back to me. He will review file notes and follow up. | 0.1 | 250.00 | 25.00 |
| 08/05/2004  TC w/ Jacqui re Ameriquest. Advised that new atty was handling the case, she wants PMS to do whatever it takes to deal w/ Ameriquest. PMS to chk w/ c, 13 Ttee's re balance owed to them. Confer w/ c. 13 Ttee's, JN  owes $2,312 plus Aug due on the 5th for additional $442.  TC to Jacqui, told her that she owes $2,752 including August payment due today. | 0.3 | 250.00 | 75.00 |
| 08/06/2004  Begin draft of mo to determine amnt of liens | 0.3 | 250.00 | 75.00 |
| 08/11/2004  Final revisions, compile exhibits referenced in mo to determine amount of Ameriquest lien. | 0.35 | 250.00 | 87.50 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**                    $312.50

**ITEMIZATION**

MATTER        Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 09/07/2004 Prepare for hearing this PM on mo to determine amnt of Ameriquest lien. They failed to respond to c. 93A demand letter, or acknowledge receipt of Qualified Request letter. | 0.35 | 250.00 | 87.50 |
| 09/07/2004 Attend Crt. hearing on mo to determine amount of liens. Continued to 9/21 at 2.30, Crt. Order to issue.  Hallway conference w/ 3rd atty for Ameriquest, went over issues. | 0.75 | 250.00 | 187.50 |
| 09/08/2004 TC from Ablitt & Caruolo, went over issues, he will get information to PMS by Monday. | 0.1 | 250.00 | 25.00 |
| 09/23/2004 Review corres and attachments from Atty. Amann, is not a payment history. This is merely a payoff letter that is unresponsive.  Review 2nd fax from Ameriquest. IOC w/ Leo at c. 13 Tte's office, they can generate a disbursement log showing payments made trough c. 13 Ttee's office.  Letters to client. | 0.5 | 250.00 | 125.00 |
| 09/23/2004  Review payment log from c. 13 Ttee's office. Confer w/ Leo, says one check "went stale' was not deposited w/in 90 days. Three checks have been sent. | 0.2 | 250.00 | 50.00 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**        $475.00

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 10/01/2004  1st review of very detailed memo from client re Ameriquest's accountings. | 0.35 | 250.00 | 87.50 |
| 10/01/2004  Complete review of client's memo. Review and flag docs. This is the worst example of mortgage servicing screw-ups I have seen! | 3 | 250.00 | 750.00 |
| 10/04/2004  Prepare outline of notes for hearing tomorrow,  table of payments made. | 3.35 | 250.00 | 837.50 |
| 10/05/2004  Court appearance on continued hearing on mo to determine amount of lien. Ameriquest ordered to file brief and provide accounting within 14 days, hearing continued to 11/2 at 2.30 PM.  Confer w/ atty Amann. TC to Leah, LM asking for process to order transcript of hearing | 1.5 | 250.00 | 375.00 |
| 10/06/2004  RC to Leah, obtained amnt of chk needed to order transcript. Chk cut, cover letter drafted, cc: clnt - letter only. | 0.35 | 250.00 | 87.50 |
| 10/26/2004  TC w/ atty Amann, set up a conference call for tomorrow after 1.30 PM.  TC to Leah at Bankr Crt., she will call GCI to chk status of transcript, and c.b.  PACER chk, Amann was ordered to file report w/ Crt. by 10/21, no report filed as of yesterday. He is twice past due now. RC from Leah, per Gloria, PMS will have transcript by Friday. | 0.25 | 250.00 | 62.50 |
| 10/27/2004  TC w/ atty Amann, says that Ameriquest in effect does not have an accounting system that can handle c. 13 cases. Discussed use of suspense account. Says that the memo he was sent by his client was such that he refused to file it w/ the Crt., but will be filing something before Tues.  Told him that Ms. Nosek's goal was to refinance, end her relationship w/ Ameriquest, and move on.  Discussed possible scenarios for Tues., told him I was waiting for copy of transcript, that I had drafted an adversary proceeding initially, but opted to go with a motion because I thought it would be faster, but that I was prepared to file an adversary. | 0.7 | 250.00 | 175.00 |
| 10/29/2004  Review transcript of hearing, copy sent to client w/ cvr letter. | 0.3 | 250.00 | 75.00 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $2,450.00

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 11/02/2004  Crt appearance on continued hearing to determine amount of lien. Confer w/ atty Amann. Ameriquest failed to comply with Crt. Order, sanctioned $500.00. PMS ordered to file adversary proceeding, instructed by the Crt. to seek costs, etc. TC to Roy Bourgeois, set up mtg for next week. | 1.5 | 250.00 | 375.00 |
| 11/03/2004  Download and review Crt's Order re yesterday's hearing. Copy sent to client w/ cvr letter. Ameriquest to file memo within 7 days. | 0.1 | 250.00 | 25.00 |
| 11/04/2004  RC to atty Amann, told him I had forwarded Crt. order to JN, and that I was waiting to hear from her. He will call Crt. to find out who sanctions are payable to. | 0.05 | 250.00 | 12.50 |
| 11/05/2004  Letter to atty Roy Bourgeois, w/ copies of docs. | 0.4 | 250.00 | 100.00 |
| 11/09/2004  Telephone calls w/ atty Bourgeois rescheduling this afternoon's appt. | 0.1 | 250.00 | 25.00 |
| 11/11/2004    Rev additional response from Ameriquest re suspense accounts. They are talking about $.66, the payoff letter is about $3,900 +. | 0.3 | 250.00 | 75.00 |
| 11/11/2004  Confer w/ atty Roy Bourgeois re litigation strategy for adversary. | 1.5 | 250.00 | 375.00 |
| 11/11/2004 Begin on-line research on Ameriquest. | 1 | 250.00 | 250.00 |
| 11/15/2004  TC w/ Denise, she will be available to meet tomorrow morning | 0.05 | 250.00 | 12.50 |
| 11/16/2004  Confer w/ D. Pappalardo, obtained list of open c. 13 cases in Western Distr. of MA in which Ameriquest is a listed creditor, went over accounting issues, | 1 | 250.00 | 250.00 |
| 11/17/2004  Set up data base file structure for 102 active c. 13 cases in MA where Ameriquest holds a mortgage, set up procedure to enter downloaded info from PACER into database, explain procedure to HJ.  TC w/ client re status. She is not well, doctors want to hospitalize her for mental health issues, is on the verge of a nervous breakdown due to stress brought on by Ameriquest. She is very pleased with work PMS has been doing. Set up appointment for Monday at 10 AM w/ her Liz Castle, her minister. She is behind probably two payments to c. 13 Ttee, and 1-2 months to Ameriquest | 1.25 | 250.00 | 312.50 |
| 11/22/2004  Confer w/ client and Elizabeth Castle, her minister re status of case, and elements and proof issues regarding her claim for damages. She has been with the same therapist for 13-14 years.  Advised her to apply for SSI disability, she has only two tutoring clients. | 1.5 | 250.00 | 375.00 |
| 11/29/2004  Begin update of  complaint drafted this past spring, obtain copy of class action suit v. Wells Fargo, decision issued by 2nd Cir in Sept. '04 [ 383 F.3d 49] re RESPA goes to mortgage and re-finance issues. Review file docs, Note and 4/21/2003 letter from Ameriquest, they  appear to be mis-computing interest rate charged, | 1.5 | 250.00 | 375.00 |
| 11/30/2004  Continue revisions to Complaint, on line research re C. 93A, AG's CMR regulations | 1.75 | 250.00 | 437.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $3,000.00

**ITEMIZATION**

MATTER        Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 12/01/2004   Review US Supreme Crt. decision capping damages in Koons v. Nigh. | 0.15 | 250.00 | 37.50 |
| 12/01/2004 Compile exhibits for Complaint, complete drafting of revisions to chronology, causes of action Prepare adversary cover sheet | 5.75 | 250.00 | 1,437.50 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**        $1,475.00

**ITEMIZATION**

MATTER            Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 01/04/2005  1st review of answer to adversary. Was filed by Ablitt & Caruolo. Copy sent to client w/ cvr letter. | 0.2 | 250.00 | 50.00 |
| 01/12/2005  Match answers to allegations set forth in complaint and review same. Begin outline for discovery requests | 0.85 | 250.00 | 212.50 |
| 01/14/2005  TC from Bob Charlton, wants to explore settlement issues. Told him that I wd recommend client accept discharge of mortgage and $25k in cash.  TC from Dr. Appell, told her that I did not need a report just yet, but that I wd at later point. She has been working with Jacqui for 12 years. Discussed other stressors, and elements of damages. She says that Jacqui does not want to apply for SSI Disability because of fears that c. 13 Ttee wd dismiss her case. | 0.45 | 250.00 | 112.50 |
| 01/19/2005  Draft form letter to attys and review for accuracy of list of names/cases. Letter to atty Charlton; cc clnt | 1.85 | 250.00 | 462.50 |
| 01/25/2005  TC from two attys/ One c.13 was dismissed by c. 13 Ttee for lack of insurance. But Steve Midgley @ 508.261.9010 says that he settled for $30k less than what Ameriquest says was owed. They failed to post payments, also said there was a negative escrow balance but the mortgage co. never paid the taxes or the condo fees. His clnt re-financed to get rid of Ameriquest. | 0.25 | 250.00 | 62.50 |
| 01/27/2005  TC from Kim (?) at JP Legal Services, Tara has left the office. She has an adversary pending against Ameriquest - No. 03-1509. Is before J. Feeney. Discussed cases w/her. Downloaded  docket of her case, and reviewed her depo transcript.  She suggests PMS look at J. Feeney's decision in Maxwell v. Fairbanks. | 0.5 | 250.00 | 125.00 |
| 01/28/2005  TC from atty Michael Eramo @ 978..774.2200 re his client Evelyn Golini Case No. 04-15609-WCH. Elderly woman with no mortgage put into a $100k mortgage by Ameriquest which knew she lacked means to pay. Mo to sell house is pending before Crt. Review PACER docket. | 0.25 | 250.00 | 62.50 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**        $1,087.50

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 02/01/2005  Rev corres from atty Joseph Foley | 0.05 | 250.00 | 12.50 |
| 02/08/2005  TC w/ Bill Amann. says that Bob Charlton has the lead responsibility, that Bob is in Buffalo today and will be in office tomorrow. He will follow up w. an e-mail to Buchalter in CA re settlement proposal set forth in Jan 19th letter, and copy | 0.15 | 250.00 | 37.50 |
| 02/09/2005  TC from Diane Anderson, also has problems w/ Ameriquest - has a complete file. She is planning to sell her house and rent an apartment.  Exp[plained process of selling house with Bankr Crt approval, and importance of putting language in Order that proceeds be escrowed, liens attach to escrow, and that Bankr Crt retain jurisdiction. She will look at her file tonight, and have her atty call PMS again. | 0.2 | 250.00 | 50.00 |
| 02/10/2005  TC from Diane Anderson, she will make copies and mail to PMS, says her case is also assigned to Judge Rosenthal. TC w/ Bob Charlton re status of settlement demand, he will call Ameriquest this afternoon. | 0.15 | 250.00 | 37.50 |
| 02/10/2005  TC from Bob Charlton, says Ameriquest wants a breakdown of fees and costs | 0.05 | 250.00 | 12.50 |
| 02/11/2005 Compile information requested by atty Charlton, fax to him w/ cvr note. | 0.45 | 250.00 | 112.50 |
| 02/14/2005  Rev e-mails from client, atty Aframe | 0.25 | 250.00 | 62.50 |
| 02/15/2005  Confer w/ clnt re status. Gave her copy of LA Times article. Told her I had faxed info requested to atty Charlton and was waiting for response. Went over history of settlement demand, reminded her that $25k figure came from meeting w/her and Liz Castle. | 0.1 | 250.00 | 25.00 |
| 02/15/2005  TC w/ atty Charlton, Ameriquest is not ready to settle. Discussed discovery options. | 0.1 | 250.00 | 25.00 |
| 02/17/2005  Begin and complete prep of discovery, including requests for admission, ID of docs referenced as Exhibits, Notice of Deposition, w/ Document Request as Ex A to Deposition Notice, and Ints. Review faxed note from client. | 4.75 | 250.00 | 1,187.50 |
| 02/18/2005  Rev e-mails rejecting pleadings served via e-mail to c. 13 Ttee.  Confer w/ HJ, per HJ, Sue says to drop off hard copies. | 0.1 | 250.00 | 25.00 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $1,587.50

**ITEMIZATION**

MATTER        Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 03/01/2005 TC w/ atty Robert Charlton @ Ablitt & Caruolo. Says that Ben Vitalli ended his employment at Ameriquest at end of February. Told him I wd send letter. Draft supplemental document request, letter re alternate deponents. | 1.25 | 250.00 | 312.50 |
| 03/15/2005  RC to atty Charlton. Says that person who will be deposed will be Judy Johnston, but she is scheduled to testify in a two week long trial in Los Angeles that starts 3/21/05 for 2 weeks and then she goes to Houston to testify in a trial to start April 4, 2005 for also two weeks. He is looking for a continuance. Told him to get me the rest of the discovery responses on schedule so I could see their good faith, and that I would work with him on a new date for the deposition. | 0.25 | 250.00 | 62.50 |
| 03/17/2005 Download and review J. Boroff's decision in Plant - decided 2/10/2003, and 9th Circ. decision in Atwood | 0.5 | 250.00 | 125.00 |
| 03/23/2005  Rev Def's responses to requests for admission.  Rev MLBR 7036-1. Fails to comply. Needs a mo to strike. | 0.3 | 250.00 | 75.00 |
| 03/25/2005 Draft mo to strike answers to req for admissions. Attach exhibits, file via ECF. TC to Joanne Ryan, LM asking her to confirm receipt of pleading, no receipt is coming up.  TC w/ Joanne, they do not show receipt of file via ECF. | 0.8 | 250.00 | 200.00 |
| 03/30/2005 Download and review Def.'s Response to Mo to Strike Response to Requests for Admissions. | 0.15 | 250.00 | 37.50 |
| 03/31/2005  TC from atty Charlton. Wants "slack" on mo to strike, told him that he had promised docs to me, which had not been received. Says his client is not cooperating w/ him. Told him I wd withdraw mo to strike if docs were produced before hearing date. He will prepare 1st draft of report to Crt. on status of discovery. Set up discovery calendar. TC to Halina re outstanding Orders to pay sanctions of $500 per Order of 11/2/04; LM | 0.75 | 250.00 | 187.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**        $1,000.00

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 04/01/2005  Rev msg from Halina re sanctions, RC to her.  Rev e-mail from Halina and reply. | 0.1 | 250.00 | 25.00 |
| 04/05/2005 Draft, file and serve mo for clarification of sanctions Order dated 11/2/2004. | 0.4 | 250.00 | 100.00 |
| 04/05/2005 Review MLBR re process for discovery sanctions. Draft and revise letter to atty Charlton re outstanding issues. Sent via fax and 1st class mail; cc: clnt. | 1.1 | 250.00 | 275.00 |
| 04/06/2005  TC w/ Bob Charlton, agreed that PMS will take depo either  May 4th or 5th, that docs will be provided one week before hand. He will complete draft of jt. pre-trial report, and insert the above dates. | 0.1 | 250.00 | 25.00 |
| 04/07/2005  TC from Bob Charlton, he read his draft of jt status report. Will send it attached to an e-mail for PMS to review and file. Rev e-mail, was attached as .PDF - uneditable. e-mail sent requesting Word .doc. Receive file, edit as minimally needed (reverse parties in caption, correct typos) add signature block, c/s,  file via ECF. | 0.5 | 250.00 | 125.00 |
| 04/13/2005  Rev Crt. Order re $500 sanctions, copy to clnt w/ cvr letter. | 0.2 | 250.00 | 50.00 |
| 04/14/2005  TC from atty Charlton, agreed to give him an additional week to respond to requests for admissions. He will contact Halina to see about availability of new hearing date, and file necessary papers. | 0.1 | 250.00 | 25.00 |
| 508.450.6356  RC to Bob Charlton, agreed that mo wd be continued to 5/12/05, he will file necessary assented to pleading. | 0.1 | 250.00 | 25.00 |
| 04/25/2005  TC to atty Charlton, says we are still on track time wise, he expects to get docs from Ameriquest tomorrow, will fax and overnight them to PMS. He is also working on answers to ints | 0.2 | 250.00 | 50.00 |
| 04/26/2005  Begin prep of deposition outline. | 0.3 | 250.00 | 75.00 |
| 04/28/2005 Begin review of responses to discovery requests | 0.25 | 250.00 | 62.50 |
| 04/28/2005 Review Def's responses to discovery requests, payment history provided and other docs. Continue prep of deposition outline [9.45 PM - 12.45 AM]. | 3 | 250.00 | 750.00 |
| 04/29/2005  IOC w/ HJ re calling client RE getting copy of payment history to her. Continue deposition preparations. | 3.85 | 250.00 | 962.50 |
| 04/30/2005 Deposition preparations [5.10-6.15 PM, 7.15-11 PM]. | 4.75 | 250.00 | 1,187.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**              $3,737.50

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 05/01/2005  Deposition preparations [7 - 7.15 PM, 8.30 -11.15 PM] | 4 | 250.00 | 1,000.00 |
| 05/02/2005  TC w/ McCarthy Reporting re depo on Wed. Told Judy depo in this case was on Wed, and other matter was on Thurs. Asked that she send Michael . Review outline and ID docs for copying,  Pull corres RE return of Dec. check. | 0.6 | 250.00 | 150.00 |
| 05/02/2005 Continue deposition preparations (8.45 PM - 11.15 PM) | 2.5 | 250.00 | 625.00 |
| 05/03/2005 Complete list of docs needed for deposition, compile docs for copying for tomorrow's deposition, IOC w/ HJ re copying | 1.5 | 250.00 | 375.00 |
| 05/04/2005 Final prep, conduct deposition, confer w/ atty Charlton re additional docs to be produced, continuation confer w/ reporter. Re-file docs. [actual time 9.30-4.15 AM] | 6.25 | 250.00 | 1,562.50 |
| 05/09/2005  Rev notice of adjustable rate change effective 7/1/05 | 0.1 | 250.00 | 25.00 |
| 05/09/2005  Rev and RC to client re results of deposition. | 0.1 | 250.00 | 25.00 |
| 05/10/2005 Forward copy of deposition transcript to J. Nosek w/ cover letter. | 0.2 | 250.00 | 50.00 |
| 05/11/2005  TC from Bob Charlton re hearing tomorrow. Told him I wd review my time, and c.b. Computed time re drafting and filing mo to strike, is 1.5 hours or $375. TC to Bob, told him I wd drop mo if he paid. Says it was his error, "cut me some slack". Agreed to continue to 62/2/05, he will call Halina to confirm availability of date. If his client does not produce additional docs promised at deposition, we will go forward on sanctions mo together w/ mo to strike. He is willing to take J. Nosek's depo in Worcester. | 0.25 | 250.00 | 62.50 |
| 05/12/2005 Rev Crt. Order continuing hearing on mo to strike answers to req for admissions, re-diary | 0.1 | 250.00 | 25.00 |
| 05/24/2005  TC from Bob Charlton re taking depo of Jacqui. | 0.1 | 250.00 | 25.00 |
| 05/26/2005 Rev VM msg from atty Charlton, TC w/ him, Will be Fed Exing docs to PMS. Wants to reschedule deposition. Concerned about $500 sanctions | 0.15 | 250.00 | 37.50 |
| 05/27/2005  TC to client; LM. Begin review of docs forwarded by atty Charlton. | 1.35 | 250.00 | 337.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $4,300.00

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 06/01/2005  TC to Bob Charlton; LM on his VM that I intended to go forward with hearing tomorrow. Left best times to reach PMS. | 0.1 | 250.00 | 25.00 |
| 06/01/2005  TC from atty Charlton, told him I wd be going forward on mo tomorrow, and that Jacqui had not called me back yet with available date for taking of her deposition. | 0.15 | 250.00 | 37.50 |
| 06/01/2005  RC to client. She has been preparing a summary of deposition testimony. PMS to send her copy of Lenstar printout and summaries prepared by PMS of monthly payments amnts, and summary from Ameriquest. Discussed loan origination issues; she had a fixed rate mortgage before starting w/ Ameriquest, and she is convinced they set her up, knowing that int rates wd go up. | 0.5 | 250.00 | 125.00 |
| 06/01/2005  Prep for hearing tomorrow, continue review of Lenstar printout. | 0.5 | 250.00 | 125.00 |
| 06/02/2005  Crt appearance on mo to strike answer to req for admissions. Allowed, no attys fees awarded. IOC w/ atty Charlton re depo of J. Nosek. He is willing to limit depo to 2 hours, conduct it at PMS's office, wants to do it 2nd week of June. | 0.75 | 250.00 | 187.50 |
| 06/02/2005  TC to client re depo. She is meeting with her counselor and Dr. tomorrow. Went over options, including telephonic depo, depo by written questions, protective order on medical grounds, etc. She will call back tomorrow between noon and 1 PM. | 0.3 | 250.00 | 75.00 |
| 06/03/2005  Conf call w clnt and her counselor re deposition concerns. She has an appt this PMS w/ her MD and will c.b. afterwards | 0.35 | 250.00 | 87.50 |
| 06/10/2005  TC w/ Bob Charlton, told him I was waiting for letter from MD. He is OK about agreeing to stop depo if Jacqui feels she cannot continue. Will agree to 2 hour cap, OK to begin at 11 AM. Discussed 6/17 date to file pre-trial stip. PMS to file assented to mo to extend for 30 days. | 0.1 | 250.00 | 25.00 |
| 06/13/2005  Draft and file jt. mo to extend deadlines of 2/17/2005 Order | 0.75 | 250.00 | 187.50 |
| 06/14/2005  TC w/ Jacqui, went over terms of agreement I reached re conducting deposition, she prefers to start at 1 PM. She will review her schedule and call back with days that do not work beginning w/ week of 6/20/05. TC from client, she is not available 6/20. 6/21, 6/24. 76/29 or 7/1 | 0.15 | 250.00 | 37.50 |
| 06/16/2005  TC to atty Charlton; LM on his VM that I spoken to client and was calling to discuss mutually convenient dates for him to take her deposition. | 0.05 | 250.00 | 12.50 |
| 06/16/2005  Download and review Order granting mo to extend deadlines in pre-trial Order. | 0.05 | 250.00 | 12.50 |
| 06/16/2005  TC w/ Bob Charlton, agreed upon 6/30 at 1 PM. Letter to client. Diary. | 0.25 | 250.00 | 62.50 |
| 06/22/2005  TC w/ client. Set up appt for Monday at 1 to prep for depo, she is working on raising funds to pay c. 13 ttee. | 0.35 | 250.00 | 87.50 |
| 06/27/2005  Confer w/ J. Nosek in prep for deposition this Thursday. Went over her detailed comments RE Judi Johnston's summary and her review of Lenstar notes. Revised summary of post-petition payments, copy given to client. | 2 | 250.00 | 500.00 |
| 06/28/2005  TC from atty Charlton, told him we prepared to go forward on Thurs as scheduled | 0.1 | 250.00 | 25.00 |
| 06/30/2005  Prep for deposition, confer w/ stenographer. | 0.2 | 250.00 | 50.00 |
| 06/30/2005  Attend deposition, confer w/ client afterwards re prep of mo for partial summary judgment and issues each will cover. | 2 | 250.00 | 500.00 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $2,162.50

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 07/25/2005 Download and first review of J. Rosenthal's decision in RE Patchell | 0.25 | 250.00 | 62.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $62.50

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 08/03/2005 Download and review Boston Globe article. TC to client, set up tent appointment for Fri PM | 0.25 | 250.00 | 62.50 |
| 08/04/2005  Draft mo to extend deadline to file pre-trial Stip | 0.75 | 250.00 | 187.50 |
| 08/05/2005  TC from client, needs to reschedule today's mtg, has a migraine. She will put notes together and have them here for PMS when he returns from vacation. | 0.1 | 250.00 | 25.00 |
| 08/12/2005 Download and review Order allowing mo to extend time to file pre-trial Stip. | 0.1 | 250.00 | 25.00 |
| 08/17/2005  TC w/ client, she will fax and e-mail summary to PMS. | 0.1 | 250.00 | 25.00 |
| 08/18/2005 TC [3x] w/ Jacqui re ways to forward her computer file to PMS. | 0.1 | 250.00 | 25.00 |
| 08/18/2005 TC w/ Jacqui, confirmed receipt of e-mail, 1st review of her summary. | 0.5 | 250.00 | 125.00 |
| 08/23/2005 Begin prep of mo/memo for partial summary judgment | 1.25 | 250.00 | 312.50 |
| 08/24/2005 Continue prep of mo/memo for partial summary judgment | 1.5 | 250.00 | 375.00 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $1,162.50

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 09/01/2005 Continue prep of mo for s.j.; complete review of Ameriquest document [actual time 9 PM - 1.45 AM] | 4 | 250.00 | 1,000.00 |
| 09/06/2005 Prep memo for limited partial summary judgment [1.45 - 6 PM] and 6.30 - 7.45 PM | 5 | 250.00 | 1,250.00 |
| 09/08/2005 RC to atty Charlton RE prep of jt. pre-trial Stipulation; LM @ 10.21 AM. Prepare Affidavit of J. Nosek, continue prep of memo in support of motion for partial s.j. TC w/ atty Charlton, he will begin drafting Jt Pre-Trial Stip, told him I wd work on numbering the Exhibits for inclusion. | 4.85 | 250.00 | 1,212.50 |
| 09/08/2005 Compile list of Exhibits to Memo [8.45 - 10 PM] | 1.25 | 250.00 | 312.50 |
| 09/08/2005 Proof and edit 1st draft of memo [actual time 10.15 - 11.15 PM] | 0.5 | 250.00 | 125.00 |
| 09/09/2005 Revise memo per proofing comments, prepare Exh Summary for Atty Charlton | 1.5 | 250.00 | 375.00 |
| 09/10/2005 Continue drafting memo in support | 2 | 250.00 | 500.00 |
| 09/12/2005 e-mail sent to atty Charlton with lists of exhibits, converted files from WP to MS WORD formats. TC w/ Jacqui RE aff mailed to her. She will be in Worcester this PM for a doctor's appointment and will drop it off then.  Discussed go-forward strategy. Continue drafting memo is support, confer w/ AS re compilation and labeling of exhibits, confer w/ J/ Nosek re affidavit and her review of transcript of deposition taken of her. Revise aff, and re-execute. | 3.1 | 250.00 | 775.00 |
| 09/12/2005 Review and revise memo | 1 | 250.00 | 250.00 |
| 09/13/2005 Incorporate last night's revisions into memo, draft conclusion. Final proof reading, convert pleadings to .PDF formats. Draft emer mo to partially waive requirements of Appendix 8 of MLBR, file via ECF | 2.75 | 250.00 | 687.50 |
| 09/14/2005 PACER chk, no action on emer mo.  Case in chief is Joanne's, Adv case last 2 digits wd be Janet's, both are out this week. TC to Anne Harmon @ 11.31 AM, left detailed msg asking her to check on status of emer mo.  RC to Anne at 1.15 PM. TC w/. Anne, Chambers has denied motion, they still want a courtesy hard copy. She will assist Anna is scanning documents.  TC from clnt, send copies via e-mail to jankendrick@hotmail.com. Sent. | 0.5 | 250.00 | 125.00 |
| 09/14/2005 File pleadings via ECF. | 0.5 | 250.00 | 125.00 |
| 09/15/2005  Download and review Order on emer mo RE exhibits. IOC w/ AS re 5 page summary prepared by Judi Johnston. | 0.1 | 250.00 | 25.00 |
| 09/16/2005  TC w/ atty Charlton RE his issues about proposed exhibits, he has concerns about PMS's summary of monthly payments due. Told him to look at Judi Johnston's depo testimony. He will call Halina RE due date of Jt. Pre-Trial Stip. Per msg left, Pre-Trial is due on Monday. | 0.25 | 250.00 | 62.50 |
| 09/19/2005  PACER review as to treatment of exhibits scanned. IOC w/ AS. She will review and call Crt. Says that reference to Main are the first six exhibits, she will re-organize so that PMS can follow.  TC to atty Charlton RE status of Jt. pre-trial, he says he will get it to PMS w/in 1/2 hour by e-mail. TC from him, reviewed draft of jt pre-trial Stip. He says that Judi Johnston is no longer working with Ameriquest, and that Natasha Pavloff will be designated as person with most knowledge. Also says that he has not yet looked at mo for s.j. Suggested that he call Halina to check time he has to respond. | 0.75 | 250.00 | 187.50 |
| 09/19/2005 Prep additional info for Jt. pre-trial statement, sent attached to e-mail to atty Charlton | 0.7 | 250.00 | 175.00 |
| 09/19/2005  TC from atty Charlton, he will get some help to send attached file to PMS. Says he wants to put in language that gives Ameriquest the right to make further admissions, the response to request to admit is not very specific. | 0.15 | 250.00 | 37.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 09/19/2005  TC from atty Charlton, made changes to attached file as per his request deleted all references to attached exhibits. Filed via ECF | 0.45 | 250.00 | 112.50 |
| 09/21/2005 Rev and diary Notice of Hearing on Mo for Partial SJC. IOM to AS | 0.1 | 250.00 | 25.00 |
| 09/21/2005  TC to client. left detailed msg regarding date of hearing on mo for partial summary judgment, and requested that she forward info regarding amnts needed to include in settlement demand. Rev sec 1322 | 0.2 | 250.00 | 50.00 |
| 09/23/2005 TC w/ Jacqui, says she will get summary of her claims to PMS on Tuesday. Discussed her concerns re possible tax consequences of settlement options; told her I wd speak to atty Giacomarra on Monday | 0.1 | 250.00 | 25.00 |
| 09/23/2005 File Notice of Hearing via ECF RE mo for Partial Summ Judg | 0.2 | 250.00 | 50.00 |
| 09/29/2005  1st review of client's faxed itemization of damages. IOC w/ attys CB and AG RE tax treatment of possible settlement options | 0.75 | 250.00 | 187.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $7,675.00

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 10/03/2005 TC to SAK; LM at his home #. | 0.05 | 250.00 | 12.50 |
| 10/04/2005 TC to SAK at home #, LM asking for c.b. | 0.05 | 250.00 | 12.50 |
| 10/05/2005 Download and review opposition to motion for partial summary judgment, forward copy to J. Nosek w/ cvr letter. Reviewed date of filing of emer mo to waive ECF requirements. RC from SAK, set up mtg for Thurs at 10 AM here. | 0.35 | 250.00 | 87.50 |
| 10/06/2005  Confer w/ atty SAK RE go-forward strategy, potential trial issues, settlement options, and demand letter | 1.25 | 250.00 | 312.50 |
|  | 0 | 250.00 | 0.00 |
| 10/07/2005 TC from Jacqui, draft and revise demand letter. Send to atty Charlton via fax and first class mail; cc: client. | 0.95 | 250.00 | 237.50 |
| 10/20/2005 Unscheduled IOC w/ client. Told her I had rec'd msg from atty Charlton, but we had not connected yet. TC to atty Charlton, on hold 5 minutes. Per sec, he is on a conference call.  Confer w/ client RE upcoming hearing and elements of her damage claim. TC w/ atty Charlton, says he has a conference call scheduled for this afternoon w/ Ameriquest. Told him that I had support fort he figures in demand letter, and wd provide them if requested. | 0.25 | 250.00 | 62.50 |
| 10/24/2005 Rev MLBR, Fed R. 56,  Affidavits in opposition are to be filed "prior to the day of hearing". Chk PACER, affs were filed today. Download, print and review. 1sr Aff is from an accountant discussing GAPP, 2nd is a one page aff signed by Natasha. There is no statement of disputed facts in the opposition; per the Rule they are deemed admitted. Rev memo and exhibits, and Jacqui's affidavit,  in preparation for hearing tomorrow AM | 1.5 | 250.00 | 375.00 |
| 10/25/2005 Prep for hearing at 11 AM, TC from clnt,  offers to pick PMS up. Crt. Appearance on mo for partial summary judgment. Denied as to Count 1, Allowed as to Cts 2 and 3. Trial date set for balance of Cts. See calendar. | 2.25 | 250.00 | 562.50 |
| 10/27/2005  Rev to Bankr Crt. Per Halina, judge will not be issuing a written decision, to get it in writing, will need to Order a transcript. TC w/ Leah, says she will call PMS back w/ price for portion of Judge's rulings only,  RC from Leah, says that from beginning of his decision to end of hearing, including scheduling and mediation would cost $129.00, and just decision wd be $79.50 payable to GCI and delivered to Leah's attention. | 0.3 | 250.00 | 75.00 |
| 10/28/2005  Cut check, forward w/ letter to Leah at Bankr Crt for portion of transcript; cc: client | 0.35 | 250.00 | 87.50 |
| 10/31/2005  TC to atty Charlton @ 1.45 PM, per sec he is gone for the remainder of the day. left detailed msg on his VM. | 0.15 | 250.00 | 37.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $1,862.50

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 11/01/2005 Rev e-mail from Halina, TC to atty Charlton @ 11.08 AM, LM in his VM. | 0.1 | 250.00 | 25.00 |
| 11/01/2005  RC from atty Charlton, says his client will not pay $6m, and probably not $2m. Agreed that we did not need a mediator. PMS sd he wd send him a breakdown of the basis for the claim amount. | 0.25 | 250.00 | 62.50 |
| 11/03/2005  TC to atty Pitnof, LM. | 0.05 | 250.00 | 12.50 |
| 11/03/2005  TC from Jackie w/ ? RE status. Told her that judge was unable to come up with a mediator, that I was weighing filing a motion to certify the class, and that I wd be speaking next week w/ 2 PI attys to get a sense of their value of the case. | 0.35 | 250.00 | 87.50 |
| 11/04/2005 Rev notice of change in variable rate. Download and review mo for reconsideration, | 0.3 | 250.00 | 75.00 |
| 11/04/2005 TC w/ atty NDP RE valuing case from PI atty's perspective. Set up appt for Tues AM at 9. IOC w/ AS RE copies of docs to be delivered to him for review. | 0.25 | 250.00 | 62.50 |
| 11/07/2005 IOC w/ AS re copies to NDP. | 0.05 | 250.00 | 12.50 |
| 11/08/2005 Confer w/ atty Pitnof, TC to clnt; LM @ 10.58 AM | 1.25 | 250.00 | 312.50 |
| 11/08/2005  Begin prep of response to mo for reconsideration, download and rev. J. Feeney's decision in Maxwell v. Fairbanks Capital | 0.75 | 250.00 | 187.50 |
| 11/08/2005 Continue draft of opp to mo for reconsideration | 0.25 | 250.00 | 62.50 |
| 11/09/2005  Confer w. Leah RE status TC w/ clnt RE conf w. NDP yesterday. Discussed scheduling mtgs w/ medical care providers, went over schedule for next week. Discussed possible settlement options, issue of certifying class. | 0.4 | 250.00 | 100.00 |
| 11/09/2005 Complete prep of opp to mo to reconsideration, per TC from Leah, transcript was completed and is in shipment to PMS. | 3 | 250.00 | 750.00 |
| 11/10/2005  TC w. atty Charlton RE settlement options. TC fro Jane Appell RE her concerns RE testifying, she is available next Fri PM to meet or following Monday 11/21 at 1 or 2 PM. Told her I wd spk to NDP | 0.75 | 250.00 | 187.50 |
| 11/11/2005 Revise opposition to  Motion for Reconsideration, file via ECF, hard copy to client. | 0.25 | 250.00 | 62.50 |
| 11/11/2005 Begin draft of demand letter to atty Charlton. TC to Jacqui, she will stop in to review it this afternoon. | 1.25 | 250.00 | 312.50 |
| 11/11/2005 Confer w/ client. Rev draft of letter to atty Charlton, discussed testimony of therapist and concerns raised by J. Appell. | 0.75 | 250.00 | 187.50 |
| 11/11/2005 Revise letter per IOC w/ clnt, fax and mail to atty Charlton; cc: client | 0.45 | 250.00 | 112.50 |
| 11/14/2005  TC to atty Charlton, LM on his VM. IOC w/ AS RE prep of medical records release authorizations. Prep calendar of possible mtg times/ TC to NDP, no answer. TC w/ clnt, she has an appt for Fri @ 1 PM, TC to Jane, NDP RE appt Fri. | 0.4 | 250.00 | 100.00 |
| 11/15/2005  TC from Bob Charlton RE letter sent, he wants a demand to forward to his client. Told him that he had previously asked for breakdown of damage claim. Told him I wd fax him additional letter, draft, and fax to him. | 0.5 | 250.00 | 125.00 |
| 11/17/2005  TC w/  Jane Appell RE mtg tomorrow at 1 PM, obtained directions, TC to NDP, PMS will pick him up at noon tom | 0.25 | 250.00 | 62.50 |
| 11/17/2005 Crt appearance on Ameriquest's mo for reconsideration, Denied. | 0.75 | 250.00 | 187.50 |
| 11/19/2005 Download and review J. Rosenthal's Decision on Mo for Reconsideration. Review exhibits and confer w/ AS re numbering and preparing for copying. | 0.75 | 250.00 | 187.50 |
| 11/18/2005 Trial prep. Trav to Concord w/ atty Pitnof and return. Confer w/ J. Appell, Liz Castle, client. See notes. IOC w/ AS re copies of exhibits, they still need to be 3 hole punched. | 4.6 | 250.00 | 1,150.00 |
| 11/18/2005 Review Offer of Judgment of $40,000. | 0.1 | 250.00 | 25.00 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**

**ITEMIZATION**

MATTER        Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 11/21/2005 Trial Prep. IOC w/ AS RE assembly of exhibit binders, TC w/ Bob at Henry's Copy Center. Confer w/ AS, rev 1st assembly, instruct as to changes needed. | 0.3 | 250.00 | 75.00 |
| 11/21/2005 [2.30 -> 7.40 PM] TC to Jacqui, she spoke to Dr. Lundquist, who will be expecting a call shd will c.b. with her Tel #, set up an appointment w/ JN for tom at 5 P.M. Trial preparations, begin outline of direct examination, review memo RE summary judgement, JN's affidavit, | 4 | 250.00 | 1,000.00 |
| 11/21/2005 Trial prep. Continue outline of direct exam of J. Nosek. [actual time 8.30 PM to 11:45 PM], review J. Sterns decision in Harmon class action suit RE certification of class. | 2 | 250.00 | 500.00 |
| 11/22/2005 Continue trial preparations, prepare for meeting this PM w/ JN, 1st witness to be called on Monday | 0.6 | 250.00 | 150.00 |
| 11/22/2005 Trial prep. Continue working on direct examination outline, notes regarding exhibits. Review payment history, at depo JN states that Aug '04 payment was last payment made | 2.75 | 250.00 | 687.50 |
| 11/22/2005 Confer w/ JN RE hearing on Mon, see notes .She will fax medical history, has spoken to both doctors about meeting with PMS. | 2.3 | 250.00 | 575.00 |
| 11/23/2005  IOC w/ JN RE medical history. She will update and fax to PMS for Friday, says that one doctor is missing some records. | 0.2 | 250.00 | 50.00 |
| 11/25/2005 Came in to review fax of medical history, promised for 10 AM, not here at 2.30 PM. Revise outline, | 1.5 | 250.00 | 375.00 |
| 11/27/2005 Trial prep. Draft and revise opening statement. | 1.25 | 250.00 | 312.50 |
| 11/28/2005 Trial prep. Rev filed pre-trial Stip, RE admitted facts, transcript of Court's decision on summ judg mo. Refers to 20 pages of uncontested facts. Decision entered after jt. pre-trial was filed. Update payment history to enter addit dates taken from copies of MO's produced. Rev notes from mtg w/ clnt and Jane Appell, TC to client, cell call dropped. TC w/ her RE medical history, was unable to find it on her computer discs, she has updated it in handwritten form, also has a chronology of significant life events. Will meet PMS at Crt  @ 1 PM | 1.2 | 250.00 | 300.00 |
| 11/28/2005 Begin trial. Confer w/ JN afterwards RE testimony at next hearing on Wednesday. | 3.75 | 250.00 | 937.50 |
| 11/30/2005 TC to Dr. Lundquist, see notes in file. LM. TC to Dr. Casal, told to call back after 1.15 PM today. | 0.1 | 250.00 | 25.00 |
| 11/30/2005 Rev outline RE JN's testimony for today. | 0.2 | 250.00 | 50.00 |
| 11/30/2005 Crt appearance for 2nd day of trial. Confer afterwards w/ client RE prep for cross examination by atty Charlton on Fri. | 3.25 | 250.00 | 812.50 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**        $10,300.00

**ITEMIZATION**

MATTER            Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 12/02/2005  Court appearance for 3rd day of trial. Confer w/ client RE MD witnesses. | 2.75 | 250.00 | 687.50 |
| 12/02/2005  TC from clnt. She spoke to Dr. Lundquist, who wd like JN to obtain records from prior treating psychiatrist. She will meet w/ PMS, w/ JN present, if necessary. Also met w/ Jane this PM, she has three calls into Dr. Casal's office. RC to Dr. Lundquist's office, LM that I wd be available all day on Monday. | 0.4 | 250.00 | 100.00 |
| 12/05/2005  TC w/ Dr. Lundquist, went over status of case, set up appt for Thurs 12/15 at 10 AM at her office, TC to JN, LM RE appt, asked that she c.b. to confirm | 0.25 | 250.00 | 62.50 |
| 12/06/2005  Download, print and review Washington Post article RE Ameriquest's failure to make payment per settlement agreement. | 0.2 | 250.00 | 50.00 |
| 12/06/2005  TC w/ client re her health care provider witnesses. She has an appointment on Fri at 1 PM w Dr Casal, told her I had hearings in CDC at 2 PM. Agreed that PMS wd be available for conf call from 1 to 1:30 PM. Discussed sequence of scheduling witnesses, Jane Appell has a scheduled vacation, wants to be called as first witness. | 0.2 | 250.00 | 50.00 |
| 12/08/2005  Download and review: Notice of Appeal dtd 12/7/2005, election to have appeal by US District Crt., Motion for Leave to Appeal.. Review applicable Bankr Rules. PMS has 10 days to file objection to motion for leave to appeal, notice of appeal was not filed timely, even using date of Order denying motion for reconsideration.  TC to atty Charlton; left detailed message. RC to Stephanie at Dr. Casal's office. She sd that Fri (tomorrow's) appointment's wd be canceled due to storm warning. Gave her best times for me to  conf/meet w/ Dr. Casal next week. She is in on Mon/Wed and Fri only. TC from client, appt w/ Dr. Casal is now set for 12/14/05 at 11 AM. Discussed possible settlement parameters, she wants PMS to demand $500k plus a discharge or mortgage. | 1 | 250.00 | 250.00 |
| 12/08/2005  TC w/ atty Charlton, they will agree to split costs of transcript. Made demand for $.5m and discharge of mortgage. He is waiting to hear back from them. TC w/ JN, advised that I had made demand as previously authorized | 0.2 | 250.00 | 50.00 |
| 12/14/2005 Trav and return for mtg. w/ Dr. Casal, she will appear without need for a subpoena. Obtained copies of partial file history. Confer w/ JN RE mtg tom w/ Dr. Lundquist. | 1.75 | 250.00 | 437.50 |
| 12/14/2005  Rev msg left by Jane Appell RE served w/ subpoena. RC to her at all numbers, given. LM on all with best times to call. | 0.1 | 250.00 | 25.00 |
| 12/14/2005 1st review of medical records from Dr. Casal. | 0.3 | 250.00 | 75.00 |
| 12/14/2005 TC w/ Leah, she says that Steve Ablitt has already ordered transcripts of hearing on mo for reconsideration. | 0.1 | 250.00 | 25.00 |
| 12/14/2005  TC from Dr. Jane Appell, discussed subpoena she received today. She will fax it to PMS tomorrow, and will be available early afternoon to discuss it. Says that JN has not signed a release. Rev MGL c. 233, sec 20B RE psychotherapist privilege. Attempt to locate copy of Kippenham v. Chaulk - Middlesex Superior Crt. decision, on-line research RE waiver of privilege by plntff | 0.95 | 250.00 | 237.50 |
| 12/14/2005 Rev J. Agnes's unreported decision in Donovan v. Prussman (Essex Superior 11/22/2004) re c. 233, sec. 20B(c) psychotherapist privilege issues and exceptions. | 1 | 250.00 | 250.00 |
| 12/15/2005 Rev faxed copy of subpoena received by Jane Appell. | 0.1 | 250.00 | 25.00 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 12/15/2005  Trav to UMMC, confer w/ client and Dr. Lundquist, she was also served with a subpoena. Discussed confidentiality issues. [9.30 - 11.45]. Deliver check for transcript to Leah at Bankr Crt.  TC to atty Charlton, LM. TC w/ Jane Appell RE subpoena she was served with.  Told her I wd file emer mo to quash subpoena, discussed what records she might be comfortable producing, limited in time, not to include details of sexual abuse. PMS to e-mail her pleading showing key dates in question. Follow up TC to atty Charlton, per sec he is in Crt in Boston all this PM. Asked for cell phone. She will get his cell # and call him, asking him to call PMS. Draft mo to quash, file and serve via ECF, by e-mail to Dr. Appell. | 3.25 | 250.00 | 812.50 |
| 12/16/2005 Obtain copies unpublished decision, FRD decision at Law Library | 0.35 | 250.00 | 87.50 |
| 12/16/2005 Rev msg from Dr. Lundquist.  RC to Bob Charlton, LM. | 0.1 | 250.00 | 25.00 |
| 12/16/2005  TC w/ atty Charlton RE subpoenas he issued. He will agree that med records produced by Drs. Casal and Lundquist can be sealed, he will agree that Jane Appell can limit records to past two years, can redact all reference to non-relevant items, and hers can also be sealed.  His office will be closed at noon today for office holiday party. TC to Halina at Bankr Crt. per her VM she is out of office today. TO to Joann Ryan, case administrator, LM. e-mail sent to Jane Appell. | 0.5 | 250.00 | 125.00 |
| 12/16/2005  e-mail to Dr. Appell RE status of mo to quash. Draft and revise opp to mo to appeal, file and serve [2 PM to 7.15 PM] | 5 | 250.00 | 1,250.00 |
| 12/18/2005 Prep 1st draft of outline of direct exam of Dr. Casal. | 1.2 | 250.00 | 300.00 |
| 12/19/2005  Rev and reply to e-mail from J. Appell. | 0.2 | 250.00 | 50.00 |
| 12/19/2005  TC to JN, LM on both #s asking about status of UMMC records. TC w/ Jane Appell [32 min] RE status of Crt. Order on records, she says that it makes more sense to go back three years to Sept/Oct '02. Told her that JN contacted PMS in Oct. '02. TC to Leah @ 10.40 AM, LM on her machine | 0.65 | 250.00 | 162.50 |
| 12/19/2005 PACER check @ 10.47 AM. Crt. has scheduled an emergency hearing for tom @ 9 AM. Download Order, send to Dr. Appell by e-mail. TC w/ Madeline at Bankr Crt RE process to present records under seal. Prep Notice of Hearing w/ c/s and file via ECF. Attempt to fax Order to atty Charlton, [2x], busy each time. TC to him, LM on his VM. 3rd attempt to fa, still busy. TC to client RE UMMC records, land line is now busy, LM on her cell#. RC from atty Charlton, does not want to come to Worc. tomorrow. PMS to draft proposed stip, discussed problems with fax, PMS to e-mail it to him at rcharlton@acdlaw.com | 1.2 | 250.00 | 300.00 |
| 12/19/2005  TC to JN at home #, calls are not going through.  LM on her cell # @ 1.05 PM. Begin draft of Stipulation. TC w/ Halina, draft and revise emer motion. send via e-mail to atty Charlton to review. Reply to e-mails from atty Charlton. | 1.35 | 250.00 | 337.50 |
| 12/19/2005  TC to JN's cell#, LM on VM @ 2.40 PM RE UMMC records. TC from atty Charlton, he is OK w/ docs as drafted. Continue outline of direct exam of Dr. Casal. Unscheduled visit from JN, docs were not available from UMMC until this PM. Apologized for not having her cell phone with her. Went over copies given to her, they are more extensive than psych notes we saw when we met w/ Dr. Lundquist. JN sees no reason for these records to be redacted, they consist almost entirely of attempts to regulate her medications, with some references to mortgage situation. Complete review of docs provided, will take home to review this evening. Complete outline for direct exam of Dr. Casal. Will need to make copies, flag significant reports w/ date on tabs. TC to Liz Castle at home, LM at 6.05 PM | 2.75 | 250.00 | 687.50 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 12/20/2005 Crt. appearance RE mo to quash, Stip allowed and emer mo filed in open Crt. and allowed. J. Rosenthal did not want additional discovery produced in mid trial. Confer w/ atty Charlton RE provision of docs, PMS to fax them to him, says to call if there is again a problem w/ fax. RC to Pamela Heacock [sp ?], asst counsel at UMMC RE docs to be produced by Dr. Lundquist, told her that JN had picked up docs yesterday, and that I wd provide them to atty Charlton Rev msg from Dr. Jane Appell. | 0.75 | 250.00 | 187.50 |
| 12/20/2005  TC w/ Dr. Appell RE picking up records. She is at home now, PMS to make calls. TC to JN [3x], LM on home #, and on cell.2nd attempt no ring at home. Rev e-mails from Jane, TC to atty Charlton, LM on his VM, IOC w/ AS RE faxing  docs to atty Charlton. TC from J. Appell, she will try to fax two poorest quality pages to see if they transmit. PMS to call her upon receipt. Discussed descriptions of diagnosis that she sent.  TC w/ Dr. Appell and atty Charlton RE logistics of getting docs to him, atty Charlton says they will be withdrawing the appeal, per instructions from client.  Agreed they will exchange docs at Burlington mall between 3:30 - 4, gave Bob her cell #. | 1.35 | 250.00 | 337.50 |
| 04-04517 Paged Liz Castle, TC to Liz, set up apt for tom at 3 PM, she says she keeps notes of her schedule. Told her she wd be last witness Thurs PM, per msg from Dr. J. Appell, sent her via e-mail copies of Stip and Emer Mo filed in open Crt. today w/ msg that signed margin Order wd not be available until tomorrow | 0.3 | 250.00 | 75.00 |
| 12/20/2005  IOC w/ AS, says that Dr. Appell delivered notes to atty Charlton, that she mailed copies to PMS via Express Mail. IOC w/ atty NDP RE procedural issues of introducing info from notes into record via witnesses testimony. | 0.3 | 250.00 | 75.00 |
| 12/20/2005  TC from atty Charlton, Dr. Appell wd not give him copies unless he had a signed Order from the Crt. He wrote up a statement saying that J. signed Order this A.M. and gave it to her. Discussed scheduling of witnesses on Thurs, Jan trial date. Rev VM msg from Dr. Appell left earlier this PM. RC from atty Charlton, he has the dates as Jan 19th at 1 PM and Jan 20th starting at 9.30 AM | 0.25 | 250.00 | 62.50 |
| 12/20/2005 Continue prep of out of direct exam of MD's. TC to Halina, LM asking what time 1st afternoon witness should plan to be present. | 0.75 | 250.00 | 187.50 |
| 12/21/2005 Letters to Dr. witnesses, TC to Dr . Appell, TC w/ client RE Jan. scheduled trial dates, she needs to have surgery. Revise outline of direct exam. | 1 | 250.00 | 250.00 |
| 12/21/2005 Continue prep of outline of direct exam of Dr. Appell, review notes from mtg/ w/ J. Nosek. | 1 | 250.00 | 250.00 |
| 12/21/2005 Rev copies of notes from J. Appell, delivered by UPS at 2.30 PM! | 0.5 | 250.00 | 125.00 |
| 12/21/2005 Confer w/ Liz Castle RE hearing tomorrow , prep summary of notes, outline of her direct examination, TC from Halina RE schedule tomorrow PM,  confer w. her again, revise outline | 2.85 | 250.00 | 712.50 |
| 12/22/2005 Full day of trial [9.00 - 12.30], confer w/ JN [.25], return @ 1.15 PM, confer w/ Liz Castle, resume trial, confer w/ Leah RE ordering transcripts, confer w/ client RE Ameriquest's "expert" medical rebuttal witness. JN to prepare outline of questions. Return to office @ 4.30 PM. | 7 | 250.00 | 1,750.00 |
| 12/22/2005 Download and review Orders dismissing case. | 0.1 | 250.00 | 25.00 |
| 12/27/2005 Rev and reply to e-mail from Bob Charlton RE costs of transcripts, download and review ECF Order on Ameriquest's Mo for Judgment on Partial Findings | 0.35 | 250.00 | 87.50 |
| 12/28/2005 Legal research at Law Library RE satisfying requirements for class certification, obtained copies of two reported 1st Cir. cases. | 0.5 | 250.00 | 125.00 |
| 12/28/2005 Rev and reply to e-mail from Jane Appell RE borderline personality | 0.2 | 250.00 | 50.00 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          **$10,762.50**

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 01/10/2006 1st rev of trial transcripts | 0.75 | 250.00 | 187.50 |
| 01/10/2006 1st rev of transcript of Day Four of trial | 0.5 | 250.00 | 125.00 |
| 01/11/2006  TC to atty Charlton [2x], LM RE ? which witnesses he plans to call next week. | 0.1 | 250.00 | 25.00 |
| 01/12/2006 TC to atty Charlton, per sec he is still out due to auto accident. LM in his VM RE his witnesses for next week. | 0.1 | 250.00 | 25.00 |
| 01/13/2006  TC from atty Charlton. Says that he is thinking of calling John Kelleher, CPA to testify Thurs, Ameriquest wants to send Tess, Unit Supervisor, to testify instead. He will close with doctor as final witness. Will be having a conference call this evening with Ameriquest and will get details of their travel arrangements tonight. Told him I wd be working late, and that he cd leave a VM if necessary. he will be in on Monday also. | 0.15 | 250.00 | 37.50 |
| 01/16/2006  Review online info on witness John Kelleher, prep and revise outline for cross exam of him. TC w/ Jane Appell RE diagnostic criteria, rev and print e-mails from her. [9.45 -1.45] [2.15 - 6.45] review transcript of final hearing as to names of expert witness. Charlton says they are a rebuttal witness, TC to him, no answer at his office, continue prep of outline of cross exam of psychiatrist, including on-line research, review of applicable Fed Rules of Evidence, review Diag and Static Manual-IV, revise cross exam outline | 8.5 | 250.00 | 2,125.00 |
| 01/16/2006 Begin prep of outline of Ameriquest witness [9.00 - 11 P.M.] | 2 | 250.00 | 500.00 |
| 01/17/2006 Continue prep of outline of cross exam of Ameriquest witness, TC w/ Nat Pitnof RE Ameriquest's MD witness. Addit TC w/ NDP RE witness, see notes. | 1.5 | 250.00 | 375.00 |
| 01/17/2006 Continue prep of outline of cross of Ameriquest witness [12.05 - 1.45 PM] | 1.65 | 250.00 | 412.50 |
| 01/17/2006  Complete 1st draft of outline of cross exam of Tess Hoo for Ameriquest | 1 | 250.00 | 250.00 |
| 01/18/2006  RC to atty Charlton, wants to know if PMS will object to Tess Hoo testifying rather than Natasha. Told him not | 0.1 | 250.00 | 25.00 |
| 01/18/2006 Complete revisions to outline for cross exam of Tess Hoo. IOC w/ AS about missing pages from fax, she will follow up w/ call to atty Charlton. TC w/ clnt RE tomorrow's hearing. Draft, revise and file via ECF emergency mo in liminae | 3.5 | 250.00 | 875.00 |
| 01/19/2006 Obtain and review case law RE in liminae motion | 0.25 | 250.00 | 62.50 |
| 01/19/2006 Appear for Day Five of Trial. Argued in liminae motion, allowed in part - may only testify on rebuttal, denied in part. Def's 1st witness  - John Kelleher, CPA, called. PMS's objection to his qualifications to testify as an expert on mortgage servicing sustained. Crt. adjourned until 9.30 AM tomorrow. Confer w/ client. Went over elements of damages. She has faith that Judge will do the "right thing". Discussed settlement options, she wants to demand $2m plus discharge of mortgage. | 2 | 250.00 | 500.00 |
| 01/19/2006  TC to atty Charlton, per recpt, "he is in a meeting". LM w/ my name and number, and that I wd be here until 6 PM. TC w/ him, conveyed JN's demand for $2m plus discharge of the mortgage. | 0.2 | 250.00 | 50.00 |
| 01/20/2006  Download and print Order on Mo In Liminae | 0.1 | 250.00 | 25.00 |
| 01/20/2006  Court appearance for Day Six of trial. Def. did not call Tess Hoo as a witness. Confer w/ client and atty Charlton RE possible settlement options. Per atty Charlton, Tess Hoo did not feel competent to testify. TC to NDP. | 1.25 | 250.00 | 312.50 |
| 01/20/2006 TC w/ Gloria Irwin, she can send all files on a CD in WordPerfect format, will wait to send them all on one CD. Says that on a verbatim transcript they will not include "umms" and "uhhs", but she will indicate pauses. | 0.4 | 250.00 | 100.00 |
| 01/23/2006 Download and review notice of deadline to file requests for ruling/findings, notice of hearing for final argument, pocket diary. Rev e-mail from Leah RE transcripts for final days | 0.15 | 250.00 | 37.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**

**ITEMIZATION**

MATTER        Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 01/23/2006 TC w/ NDP, under MA, two torts for emotional distress are recognized, negligent and intentional. Language in PMS's complaint is test for intentional, will need to amend under MRCP Rule 15. Rev'd Fed. R. Civ. Pro. R. 32(a)(3)(b) RE use of deposition testimony | 0.25 | 250.00 | 62.50 |
| 01/23/2006 Draft letter to atty Charlton RE possible settlement structure | 0.75 | 250.00 | 187.50 |
| 01/24/2006 Revise letter to atty Charlton, fax and mail, cc: clnt | 0.15 | 250.00 | 37.50 |
| 01/31/2006  TC w/ Gloria Irwin RE fee for files on CD, it will be $325, including copies of last two days of hearings, PMS should receive them tomorrow. | 0.15 | 250.00 | 37.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**        $6,375.00

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 02/06/2006  TC w/ atty Steve Gordon re elements and computation of damages, see notes | 0.5 | 250.00 | 125.00 |
| 02/10/2006 Begin prep of requests for findings | 1 | 250.00 | 250.00 |
| 02/10/2006 Continue prep of requested findings. Actual time [2.45 -6.45] | 5 | 250.00 | 1,250.00 |
| 02/11/2006  Continue prep of requested findings [1.25 - 4.45 PM] | 3.35 | 250.00 | 837.50 |
| 02/12/2006  Continue prep of requesting findings, review of transcripts of Day 1 and Day 2 [2.10 -3.20 PM, 4. -5.15 PM, 6.- 6.20 PM] | 2.75 | 250.00 | 687.50 |
| 02/12/2006  Continue prep of requesting findings, review of transcripts of Day 3 [7.30 - 8.45 PM] | 1.25 | 250.00 | 312.50 |
| 02/13/2006 [3.08 PM - 7 PM @ office] TC to atty Charlton, says he faxed PMS's proposal to Ameriquest but hasn't heard from them, continue prep of requested findings | 3.5 | 250.00 | 875.00 |
| 02/13/2006 Continue prep of requested findings RE testimony by Dr. Casal [actual time 9 -11.45 PM], also completed 1st review of Dr. Lundquist's testimony | 1.75 | 250.00 | 437.50 |
| 02/14/2006  RC to clnt, advised that I had spoken to atty Charlton, and that he had not heard from Ameriquest in response to the last settlement proposal I had made. | 0.1 | 250.00 | 25.00 |
| 02/14/2006  Continue prep of requested findings | 1.25 | 250.00 | 312.50 |
| 02/14/2006 Continue prep of requested findings-legal [3.45 -> 6.55] | 3.35 | 250.00 | 837.50 |
| 02/14/2006  Continue prep of findings. Complete rev of trial transcript of testimony by Dr. Casal. Dr. Lundquist. 1st review of transcripts of Liz castle and Dr. Appell. [8.40 PM - 11 PM] Review case law, highlight for pick up at Law Library tom PM [11.05 - 11.58 PM] | 3.3 | 250.00 | 825.00 |
| 02/15/2006  Complete prep of summary of trial transcripts RE Dr. Casal and Dr. Lundquist [12.30 - 1.40] | 1.15 | 250.00 | 287.50 |
| 02/15/2006 Law library research for prep of findings. Rev Judge Yacos decision RE McCormack claim v. Chase Mortgage | 1.5 | 250.00 | 375.00 |
| 02/15/2006 Prep summary/digest of Dr. Appell's trial testimony [9.45 - 11.20 PM] | 1.5 | 250.00 | 375.00 |
| 02/16/2006 Continue prep of requested findings RE Dr. Appell | 0.5 | 250.00 | 125.00 |
| 02/16/2006 Continue prep of requested findings [11.05 - 12.35] | 1.5 | 250.00 | 375.00 |
| 02/16/2006 [1.30 -5] Continue prep of requested findings | 3.5 | 250.00 | 875.00 |
| 02/17/2006 Continue prep of requested findings, TC from client. Says that her reference to the two payments came from Judi Johnston's 5 pages summary [10 AM - 1 PM 2.5 hours] [1.50 -5.10] | 5.75 | 250.00 | 1,437.50 |
| 02/19/2006 Continue prep of requested findings. [1.20 -> 5.25] [5.55 - 9.15 PM] | 7.35 | 250.00 | 1,837.50 |
| 02/20/2006 Continue prep of requested findings [9.05 AM - 12.06 PM] [12.51 2.25 | 4.5 | 250.00 | 1,125.00 |
| 02/20/2006 Prepare amended Complaint, mo to amend complaint, final revisions and edits to requested findings, convert all pleadings into .pdf format and file via ECF w/ Bank Crt. Rev  PACER, no activity since 2/16/06 by Ameriquest, nothing has been filed. [3 - 5.35 PM] | 2.5 | 250.00 | 625.00 |
| 02/21/2006  TC from Madeline at Bankr Crt. re changed needed to ECF filing yesterday. Needs PMS to refile mo to amend, re-file. | 0.15 | 250.00 | 37.50 |
| 02/21/2006  Letter to client w/ copy of Requested Findings/Rulings, amended complaint [in part], and mo to amend | 0.15 | 250.00 | 37.50 |
| 02/22/2006 Download and review request for findings filed by atty Amman. Copy sent to JN w/ cvr note. | 0.35 | 250.00 | 87.50 |
| 02/23/2006  Confer w/ Halina RE Judge's Order RE Requested Findings | 0.1 | 250.00 | 25.00 |
| 02/24/2006 Prepare revised Requested Findings per Crt. Order | 4.5 | 250.00 | 1,125.00 |
| 02/25/2006 Forward revised requested findings to office via e-mail from house. Complete final revisions at office, convert to ECF format, file w/ Crt. | 2.5 | 250.00 | 625.00 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $16,150.00

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 03/02/2006 Download and first review of atty Amman's opposition to motion to amend Complaint | 0.3 | 250.00 | 75.00 |
| 03/03/2006  TC from clnt RE fax sent regarding insurance. She faxed coverage sheet showing house was always insured, told her I wd follow up w/ Ameriquest. | 0.1 | 250.00 | 25.00 |
| 03/03/2006 Begin prep of outline for closing argument. | 0.25 | 250.00 | 62.50 |
| 03/05/2006 Begin outline for closing argument | 0.2 | 250.00 | 50.00 |
| 03/06/2006 Download notice of hearing, IOC w/ AS RE prep of notice of hearing, review same. | 0.15 | 250.00 | 37.50 |
| 03/06/2006 Continue prep of closing argument | 1.5 | 250.00 | 375.00 |
| 03/06/2006 Complete  prep of outline of closing argument, review US Supreme Crt's recent decisions regarding caps on punitive damage awards. TC from clnt RE date/time of hearing, and when decision could be expected. | 1.65 | 250.00 | 412.50 |
| 03/07/2006 Final revisions to closing argument | 0.75 | 250.00 | 187.50 |
| 03/14/2006 Law Library research RE motion for reconsideration RE denial of motion to amend | 3.25 | 250.00 | 812.50 |
| 03/14/2006 Begin prep of mo for reconsideration RE mo to amend. [.5 + from 3.15 PM -> 6.15] | 2.5 | 250.00 | 625.00 |
| 03/15/2006 Continue prep of mo for reconsideration [actual time 2.55 PM - 5.55 PM] | 2.25 | 250.00 | 562.50 |
| 03/16/2006 Continue prep of mo for reconsideration [10.40 AM -12.40 PM] | 2 | 250.00 | 500.00 |
| 03/16/2006  Final revision to memo in support of mo for reconsideration. File via ECF, and serve. Copy to client. | 1.25 | 250.00 | 312.50 |
| 03/22/2006 Download and review J. Rosenthal's decision denying mo for reconsideration. | 0.2 | 250.00 | 50.00 |
| 03/22/2006 RC to client, told her that J. Rosenthal denied mo for reconsideration. | 0.05 | 250.00 | 12.50 |
| 03/28/2006  TC from Bob Charlton, says that Ameriquest is now prepared to "bring the loan current", write off about $35k, and that would enable her to re-finance. Told him I wd pass all written proposals on to clnt., but that I wd not recommend acceptance, that it was a step backwards. He forwarded letter RE insurance to Ameriquest, and is waiting for response. | 0.1 | 250.00 | 25.00 |
| 03/28/2006 Rev fax from atty Charlton, forward to clnt. w/ cvr letter, diary ahead one week. | 0.15 | 250.00 | 37.50 |

For informational purposes only; payments are to be
made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $4,162.50

**ITEMIZATION**

MATTER          Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 04/07/2006  TC from clnt w/ ? RE status. Advised I had not heard anything further from Crt. She is concerned that Judge may use c. 13 Ttee's mo to dismiss as reason not to make a decision. | 0.1 | 250.00 | 25.00 |
| 04/10/2006 Draft file and serve 2nd mo to extend time to file answer to c. 13 Ttee mo to dismiss. | 0.35 | 250.00 | 87.50 |
| 04/18/2006 Rev and diary Crt. Order to appear for hearing on 4/26 at 10 AM RE ? of whether Crt. has jurisdiction over Count Six claim for emotional distress. 1st review of statute, and cases cited in Norton discussion | 0.5 | 250.00 | 125.00 |
| 04/18/2006 TC to clnt RE notice of hearing rec'd today. Letter to her w/ copy of Crt. Order | 0.15 | 250.00 | 37.50 |
| 04/19/2006 Research at Law Library [8 AM - 11.30 AM] | 3.5 | 250.00 | 875.00 |
| 04/19/2006 Begin prep of memo [4.22 - 6 PM] | 1.5 | 250.00 | 375.00 |
| 04/20/2006  TC w/ Steve Ablitt RE settlement, says that it's Bob 's case, and that "Ameriquest is no longer as worried". PMS to call Bob tomorrow. | 0.05 | 250.00 | 12.50 |
| 04/21/2006 Continue prep for Wed. hearing | 0.75 | 250.00 | 187.50 |
| 04/25/2006 Confer w/ atty Charlton RE hearing tomorrow, settlement positions. | 0.1 | 250.00 | 25.00 |
| 04/25/2006  TC from client RE hearing tomorrow, status of settlement discussions. | 0.1 | 250.00 | 25.00 |
| 04/25/2006 Continue prep for hearing tomorrow [4.55 -> 6.15] | 1.35 | 250.00 | 337.50 |
| 04/26/2006  Attend hearing on jurisdictional issues, confer w/ Judge and counsel RE possible settlement options, confer w/ clnt RE above. Bob Charlton to confer w/ Ameriquest and advise. | 1 | 250.00 | 250.00 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**          $2,362.50

**ITEMIZATION**

MATTER            Ameriquest, Claim v.

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| 05/01/2006  TC w/ atty Charlton, says he relayed Judge's thoughts to Ameriquest, and is waiting to hear back from them. Went over Crt. Order dated 4/26/06.  We have until Wed. to report to Halina status of settlement. | 0.15 | 250.00 | 37.50 |
| 05/03/2006  Review T&G article RE Ameriquest layoffs.  TC to atty Charlton @ 2.30 PM. Expected back from Crt. in an hour. LM in his VM. | 0.2 | 250.00 | 50.00 |
| 05/03/2006  2nd TC to atty Charlton.  He has been in touch w/ general counsel at Ameriquest. Expects to hear from them on Thursday. He is in Crt. in the PM, will call after he hears from them. | 0.25 | 250.00 | 62.50 |
| 05/05/2006  TC from atty Charlton, Says that he is still discussing settlement w/ Ameriquest. Adam Bass apparently has the final sign off. He will call Halina to ask that the judge hold off until early next week in entering his decision. | 0.15 | 250.00 | 37.50 |
| 05/08/2006  Rev letter from Ameri1quest with announcement of increase in monthly mortgage payment. | 0.1 | 250.00 | 25.00 |
| 05/09/2006  TC to atty Charlton RE status of settlement. He says that Adam Bass is buried with layoffs and office closures, told him that tomorrow wd be a week over the original deadline. He will call PMS back this afternoon, says that he has been in touch w/ Halina. | 0.15 | 250.00 | 37.50 |
| 05/10/2006  TC to atty Charlton @ 2.10 PM, LM asking for c.b. He was to have called back yesterday PM | 0.05 | 250.00 | 12.50 |
| 05/10/2006  Rev VM msg left at 3.45 by Bob Charlton, says he hasn't heard anything further. LM that I wd be in office until 5.30, bit that if no word was rec'd today that we should tell Crt. that Judge Rosenthal should continue working on his decision. | 0.1 | 250.00 | 25.00 |
| 05/12/2006 Rev VM msg from atty Charlton, says he did speak to Halina, is still waiting for a CB. from CA. Will be back late this PM. RC to him @ 4 PM, not back yet, LM in his VM that I wd be here until 6 PM. | 0.1 | 250.00 | 25.00 |
| 05/22/2006  TC from atty Charlton, says he is still waiting to hear from Ameriquest. His contact is with General Counsel, who tells him that he does not have authority to approve the settlement, it is up to Adam Bass. 2nd TC from atty Charlton, says that Halina is on vacation this week, per Joanne, he will file a status report, hopes to get  it drafted tomorrow, will call PMS to review if before filing it with the Crt. | 0.25 | 250.00 | 62.50 |

For informational purposes only; payments are to be made only with approval of the U.S. Bankruptcy Court.

**TOTAL**            $375.00

EXHIBIT  5

**4:03 PM**

**06/14/06**

**Accrual Basis**

**Philip M. Stone, Esq.**

# Find Report

**All Transactions**

| Type | Date | Num | Name | Memo | Account | Class | Clr | Split | Amount | Balance |
|------|------|-----|------|------|---------|-------|-----|-------|--------|---------|
| Invoice | 7/31/2004 | 6266 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | Fees | 810.00 | 810.00 |
| Invoice | 8/31/2004 | 6325 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 312.50 | 1,122.50 |
| Invoice | 9/30/2004 | 6376 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 475.00 | 1,597.50 |
| Invoice | 10/31/2004 | 6422 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 2,450.00 | 4,047.50 |
| Invoice | 11/30/2004 | 6467 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 3,000.00 | 7,047.50 |
| Invoice | 12/31/2004 | 6522 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 1,475.00 | 8,522.50 |
| Invoice | 1/31/2005 | 6575 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 1,087.50 | 9,610.00 |
| Invoice | 2/28/2005 | 6628 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 1,587.50 | 11,197.50 |
| Invoice | 3/31/2005 | 6721 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 1,000.00 | 12,197.50 |
| Invoice | 4/30/2005 | 6746 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 3,737.50 | 15,935.00 |
| Invoice | 5/31/2005 | 6799 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 4,300.00 | 20,235.00 |
| Invoice | 6/30/2005 | 6850 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 2,162.50 | 22,397.50 |
| Invoice | 7/31/2005 | 6900 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | Fees | 62.50 | 22,460.00 |
| Invoice | 8/31/2005 | 6949 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 1,162.50 | 23,622.50 |
| Invoice | 9/30/2005 | 7008 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 7,675.00 | 31,297.50 |
| Invoice | 10/31/2005 | 7071 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 1,862.50 | 33,160.00 |
| Invoice | 11/30/2005 | 7125 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 10,300.00 | 43,460.00 |
| Invoice | 12/31/2005 | 7170 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 10,762.50 | 54,222.50 |
| Invoice | 1/31/2006 | 7223 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 6,375.00 | 60,597.50 |
| Invoice | 2/28/2006 | 7273 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 16,150.00 | 76,747.50 |
| Invoice | 3/31/2006 | 7322 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 4,162.50 | 80,910.00 |
| Invoice | 4/30/2006 | 7366 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 2,362.50 | 83,272.50 |
| Invoice | 5/31/2006 | 7416 | Nosek, Jacalyn S.:... | | Accounts Receiva... | | | -SPLIT- | 375.00 | 83,647.50 |
| **Total** | | | | | | | | | **83,647.50** | **83,647.50** |

Summary of Costs Advanced and Disbursed

| Date | Stenographer's Fee | Postage | Printing & Copying | Travel/Mileage | Trial Supplies | TOTAL |
|---|---|---|---|---|---|---|
| 10/6/04 | $62.80 | | | | | |
| 5/10/05 | | $2.90 | | | | |
| 5/13/05 | $666.65 | | | | | |
| 8/25/05 | $203.80 | | | | | |
| 9/14/05 | | | $144.60 | | | |
| 10/28/05 | $79.50 | | | | | |
| 11/14/05 | ($23.10) | | | | | |
| 111/18/05 | | | | $41.71 | | |
| 11/21/05 | | | $214.20 | | | |
| 11/21/05 | | | | | $38.84 | |
| 12/15/05 | $1,008.60 | | | | | |
| 12/16/05 | | | $0.50 | | | |
| 1/11/06 | ($386.20) | | | | | |
| 2/3/06 | $341.00 | | | | | |
| Sub Total | $1,953.05 | $2.90 | $359.30 | $41.71 | $38.84 | $2,395.80 |