# United States Bankruptcy Court
## District of Massachusetts

| | |
|---|---|
| In re: ) | |
| ) | |
| JACALYN S. NOSEK, ) | Chapter 13 |
|         DEBTOR. ) | Case No. 02-46025 -JBR |
| ) | |
| ) | |
| JACALYN S. NOSEK, ) | Adversary Proceeding |
|         PLAINTIFF, ) | No. 04-4517 and |
| ) | No. 07-4109 |
| v. ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| *et al.* ) | |
|         DEFENDANTS ) | |

**ORDER REGARDING ORDER TO SHOW CAUSE**

For the reasons set forth in the Memorandum of Decision regarding Order to Show Cause, it is hereby ORDERED that

Sanctions will be imposed on

- Ameriquest in the amount of $250,000;

- Ablitt & Charlton, P.C., formerly known as Ablitt & Caruolo, P.C., in the amount of $25,000;

- Attorney Robert Charlton in the amount of $25,000;

- Buchalter Nemer Fields & Younger in the amount of $100,000; and

- Wells Fargo in the amount of $250,000.

Sanctions will not be imposed on

- Attorney Jennifer Haskell;

- Attorney William Amann**;**

- Attorney R. Bruce Allensworth; and Kirkpatrick & Lockhart Preston Gates Ellis.

Dated: April 25 , 2008

_____
Joel B. Rosenthal
United States Bankruptcy Judge.