# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (WESTERN DIVISION)

| | |
|---|---|
| IN RE:  JACALYN S. NOSEK,<br><br>                 Debtor, | Chapter 13<br>Case No. 02-46025-JBR |
| JACALYN S. NOSEK,<br><br>                 Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>ET AL.,<br><br>                 Defendants. | Adversary Proceedings<br>No. 04-4517 and<br>No. 07-4109 |

## STATEMENT OF ISSUES TO BE
## PRESENTED ON APPEAL BY ABLITT & CHARLTON

Pursuant to Bankruptcy Rule 8006, Ablitt & Charlton, P.C., ("Ablitt & Charlton") states herein the issues to be presented on appeal.  Ablitt & Charlton intends to file its designation of record on appeal with the other appellants under separate cover.

1.      Whether the District Court should vacate the sanctions against Ablitt & Charlton if the District Court concludes that sanctions against the client and its national counsel should be vacated.

2.      Whether the Bankruptcy Court committed an error of law by sanctioning Ablitt & Charlton notwithstanding that under Bankruptcy Rule 9011 an attorney should not be sanctioned for relying upon factual information from the client and forwarding counsel.

3.      Whether the Bankruptcy Court committed an error of law by sanctioning Ablitt & Charlton where the Bankruptcy Court found that sanctions against the individual attorneys were not appropriate.

4.      Whether the Bankruptcy Court committed an error of law by holding Ablitt & Charlton to a standard which was not recognized at the time of the conduct at issue.

5.      Whether the Bankruptcy Court committed an error of law
and/or abused its discretion by imposing sanctions of
$25,000 against Ablitt & Charlton without any consideration
or logic of the relationship between the amount of the
sanctions and the purpose of Bankruptcy Rule 9011.

Ablitt & Charlton further incorporates by reference the statements of issues set forth by

the other appealing parties.

ABLITT & CHARLTON, P.C.

By its attorneys,

/s/ Robert A. McCall
George A. Berman, BBO #040200
Robert A. McCall, BBO #552682
PEABODY & ARNOLD LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261
(617) 951-2100

Dated:  June 13, 2008

682749

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
### (WESTERN DIVISION)

IN RE:  JACALYN S. NOSEK,

               Debtor,

JACALYN S. NOSEK,

               Plaintiff,

v.

AMERIQUEST MORTGAGE COMPANY,
ET AL.,

               Defendants.

Chapter 13
Case No. 02-46025-JBR

Adversary Proceedings
No. 04-4517 and
No. 07-4109

## CERTIFICATE OF SERVICE

I, Robert A. McCall, certify that I caused to be served the foregoing upon the parties by

CM/ECF email and/or by mailing a copy, postage prepaid, first class on June 16, 2008 to:

Robert F. Charlton, Esquire
P.O. Box 801
Reading, MA 01867

/s/ Robert A. McCall
Robert A. McCall