UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: JACALYN S. NOSEK,<br><br>         Debtor | Chapter 13<br>No. 02-46025-JBR |
| JACALYN S. NOSEK,<br><br>         Plaintiff,<br><br>    v.<br><br>AMERIQUEST MORTGAGE<br>COMPANY, et al.,<br><br>         Defendants. | Adversary Proceedings<br>No. 04-4517 and<br>No. 07-4109 |

**MOTION OF AMERIQUEST MORTGAGE
COMPANY FOR RETURN OF SUPERSEDEAS BOND**

Ameriquest Mortgage Company ("Ameriquest") hereby files this Motion for return of the Supersedeas Bond posted by Ameriquest on May 14, 2008 to secure the Court's April 25, 2008 Order imposing sanctions against Ameriquest in the amount of $250,000, and for permission to deliver to the Clerk of the Court a check in the amount of $5,000 made payable to the United States Bankruptcy Court for the District of Massachusetts (a copy of which is attached hereto as Exhibit 1).

On April 25, 2008, this Court imposed sanctions against Ameriquest in the amount of $250,000. No. 02-46025, Docket No. 218. On April 29, 2008, this Court directed Ameriquest to pay the sanctions to the Clerk of the Court. No. 02-46025, Docket No. 220.

On May 16, 2008, the Court granted Ameriquest's Emergency Motion For Approval of Corrected Supersedeas Bond, approving Ameriquest's request that the Court approve the Supersedeas Bond posted by Ameriquest nunc pro tunc to May 14, 2008. No. 02-46025, Docket

No. 285.

Ameriquest appealed this Court's sanctions Orders to the United States District Court for the District of Massachusetts (the "District Court"). On May 26, 2009, the District Court affirmed the sanctions imposed on Ameriquest by this Court. *In re Nosek*, No. 08-40095-WGY, Docket No. 21. Ameriquest appealed the District Court's Order to the United States Court of Appeals for the First Circuit ("First Circuit"). On June 14, 2010, the First Circuit affirmed the District Court's May 26, 2009 Order, but reduced the amount of sanctions imposed on Ameriquest to $5,000. *In re Nosek*, No. 09-1806, Judgment (attached hereto as Exhibit 2).

WHEREFORE, in accordance with the First Circuit's ruling, Ameriquest respectfully requests return of the Supersedeas Bond posted by Ameriquest on May 14, 2008 and for permission to deliver to the Clerk of the Court a check in the amount of $5,000 made payable to the United States Bankruptcy Court for the District of Massachusetts.

    Respectfully submitted,

    Ameriquest Mortgage Company

    By its attorneys,

    /s/ Richard A. Oetheimer_____
    Daniel M. Glosband BBO#195620
    Richard A. Oetheimer BBO#377665
    GOODWIN PROCTER LLP
    53 State Street
    Boston, Massachusetts  02109
    Tel.:  617.570.1930
    Fax:  617.523.1231
    E-Mail:  dglosband@goodwinprocter.com
           roetheimer@goodwinprocter.com

Dated:  June 22, 2010

## CERTIFICATE OF SERVICE

      I, Richard A. Oetheimer, hereby certify that on June 22, 2010, a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies shall be served by first class mail postage prepaid on parties listed on the NEF as not receiving electronic notice:

By CM/ECF:

Philip M. Stone
44 Front Street
Worcester, MA 01608
(508) 755-7354
Fax : 508.752.3730
Email: PSTONELAW@RCN.COM

Jeffrey K. Garfinkle
Buchalter, Nemer, Fields & Younger
18400 Von Karman Ave., Ste. 800
Irvine, CA 92612
949-224-6254
Email: jgarfinkle@buchalter.com

Lee Harrington
Nixon Peabody LLP
100 Summer St.
Boston, MA 02110-2131
(617) 345-1000
Email: lharrington@nixonpeabody.com

Gregory N. Blase
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-951-9059
Email: gregory.blase@klgates.com

Phoebe S. Winder
Kirkpatrick & Lockhart Preston Gates Ell
State Street Financial Center
One Lincoln Street
Boston, MA 02111
617-261-3196
Email: phoebe.winder@klgates.com

R. Bruce Allensworth
Kirkpatrick & Lockhart Preston Gates Ell
State Street Financial Ctr
One Lincoln Street
Boston, MA 02111
617-261-3100
Email: bruce.allensworth@klgates.com

By First Class Mail:

Steven A. Ablitt
Ablitt & Charlton, P.C.
333 North Avenue
Wakefield, MA 01880

Robert F. Charlton, Jr.
Ablitt and Caruolo, PC
92 Montvale Ave., Suite 2950
Stoneham, MA 02180

Shannon A. Chlarson
Buchalter, Nemer, Fields & Younger
895 Dove Street, Suite 400
P.O. Box 8129
Newport Beach, CA 92660

Richard King
Assistant U.S. Trustee
Office of US. Trustee
446 Main Street
14th Floor
Worcester, MA 01608

Jonathan R. Goldsmith, Esq.
Trustee
1350 Main Street
Suite 1505
Springfield, MA 01103
413-747-0700

/s/ Richard A. Oetheimer\_\_\_\_\_
Richard A. Oetheimer

LIBA/2097616.1

4